**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| Plaintiff, | : |
| v. | : CASE NUMBER 1:07CV00407 (EGS) |
| KENT H. ROBERTS, 4001 Lovers Lane Dallas, TX 75225 | : |
| Defendant. | : |

**STIPULATION FOR AN EXTENSION OF TIME TO RESPOND TO COMPLAINT AND BRIEFING SCHEDULE FOR MOTION TO TRANSFER PURSUANT TO 28 U.S.C. SECTION 1404(a)**

Plaintiff Securities and Exchange Commission and Defendant Kent H. Roberts, through their counsel, stipulate and agree as follows to extend the time to respond to the Complaint on file in this action and to a mutually agreed upon briefing schedule for any Motion to Transfer Venue pursuant to 28 U.S.C. 1404(a).

1. The Parties agree to extend the time for Defendant to respond to the Complaint filed in this case until May 21, 2007.

2. The parties agree to the following briefing schedule should Defendant file a Motion to Transfer Venue pursuant to 28 U.S.C. Section 1404(a). Any such motion shall be filed by May 21, 2007. Any opposition to such a motion by Plaintiff shall be due June 13, 2007 and any Reply shall be due June 20, 2007.

    This stipulation is made without prejudice to the right of Defendant to seek additional time to answer or otherwise respond to the Complaint for good cause shown.

| | |
|---|---|
| Dated: April 26, 2007 | Respectfully submitted, |
| | COOLEY GODWARD KRONISH LLP<br>Five Palo Alto Square<br>3000 El Camino Real<br>Palo Alto, CA 94306<br>(650) 843-5000 |
| | By: _____/s/_____<br>    William S. Freeman (CA Bar No. 82002) |
| | COOLEY GODWARD KRONISH LLP<br>1200 19th Street, NW<br>5th Floor<br>Washington, DC 20036<br>(202) 842-7800 |
| | By: _____/s/_____<br>    Michael J. Klisch (DC Bar No. 429711) |
| | Attorneys for Defendant<br>KENT H. ROBERTS |
| Dated: April 26, 2007 | Respectfully submitted, |
| | SECURITIES AND EXCHANGE COMMISSION<br>100 F Street, N.E.<br>Washington, D.C. 20549-4030<br>(202) 551-4472 |
| | By: _____/s/_____<br>    Stephen L. Cohen (D.C. Bar No. 478601) |
| | Attorneys for Plaintiff<br>SECURITIES AND EXCHANGE COMMISSION |

## [PROPOSED] ORDER

UPON CONSIDERATION of the Stipulation for an Extension of Time to Respond to Complaint and Briefing Schedule for Motion to Transfer pursuant to 28 U.S.C. Section 1404(a) it is hereby ORDERED that:

1. The deadline for Defendant to respond to the Complaint filed in this case is extended to May 21, 2007; and

2. The Court will set the following briefing schedule should Defendant file a Motion to Transfer Venue pursuant to 28 U.S.C. Section 1404(a). Any such motion shall be filed by May 21, 2007. Any opposition to such a motion by Plaintiff shall be due June 13, 2007 and any Reply shall be due June 20, 2007.

Dated: April __, 2007

EMMET G. SULLIVAN
United States District Judge

-2-

**NAMES OF PERSONS TO BE SERVED WITH PROPOSED ORDER UPON ENTRY**

PURSUANT TO Local Civil Rule of Procedure 7(k), listed below are the names and addresses of all attorneys entitled to be notified of the proposed order's entry.

> William S. Freeman
> COOLEY GODWARD KRONISH LLP
> Five Palo Alto Square
> 3000 El Camino Real
> Palo Alto, CA 94306
>
> Michael J. Klisch
> COOLEY GODWARD KRONISH LLP
> 1200 19th Street, NW
> 5th Floor
> Washington, DC 20036
>
> Stephen L. Cohen
> SECURITIES AND EXCHANGE COMMISSION
> 100 F Street, N.E.
> Washington, D.C.  20549-4030

752095 v1/PA

**[PROPOSED] ORDER**

UPON CONSIDERATION of the Stipulation for an Extension of Time to Respond to Complaint and Briefing Schedule for Motion to Transfer pursuant to 28 U.S.C. Section 1404(a) it is hereby ORDERED that:

1. The deadline for Defendant to respond to the Complaint filed in this case is extended to May 21, 2007; and

2. The Court will set the following briefing schedule should Defendant file a Motion to Transfer Venue pursuant to 28 U.S.C. Section 1404(a). Any such motion shall be filed by May 21, 2007. Any opposition to such a motion by Plaintiff shall be due June 13, 2007 and any Reply shall be due June 20, 2007.

Dated: April __, 2007

EMMET G. SULLIVAN
United States District Judge

-2-

**NAMES OF PERSONS TO BE SERVED WITH PROPOSED ORDER UPON ENTRY**

PURSUANT TO Local Civil Rule of Procedure 7(k), listed below are the names and addresses of all attorneys entitled to be notified of the proposed order's entry.

>William S. Freeman
>COOLEY GODWARD KRONISH LLP
>Five Palo Alto Square
>3000 El Camino Real
>Palo Alto, CA 94306
>
>Michael J. Klisch
>COOLEY GODWARD KRONISH LLP
>1200 19th Street, NW
>5th Floor
>Washington, DC 20036
>
>Stephen L. Cohen
>SECURITIES AND EXCHANGE COMMISSION
>100 F Street, N.E.
>Washington, D.C. 20549-4030

752095 v1/PA