## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SECURITIES AND EXCHANGE
COMMISSION,

   Plaintiff,

  v.

KENT H. ROBERTS,

   Defendant.

:

:

:

:

:

CASE NUMBER 1:07CV00407 (EGS)

## DECLARATION OF WILLIAM S. FREEMAN IN SUPPORT OF DEFENDANT'S

## MOTION TO TRANSFER VENUE (28 U.S.C. SECTION 1404(a))

**DECLARATION OF WILLIAM S. FREEMAN IN SUPPORT OF DEFENDANT'S MOTION TO
TRANSFER VENUE (28 U.S.C. SECTION 1404(a))**

                     **Case No.
1:07CV00407 (EGS)**

I, William S. Freeman, declare as follows:

1.      I am an attorney licensed to practice law in the State of California and a member of the law firm of Cooley Godward Kronish LLP, counsel of record for defendant Kent H. Roberts ("Roberts" or the "Defendant"). The following facts are based on personal knowledge or on information and belief based upon my review of documents and sources I believe to be trustworthy.

2.      McAfee, Inc. ("McAfee" or the "Company") is a Delaware corporation headquartered in Santa Clara, California, which is located in the Northern District of California.

3.      I am informed and believe that McAfee conducted an internal investigation into its stock option practices within and from the Northern District of California.

4.      Based on documents produced to Defendant by the U.S. Department of Justice and/or the Securities and Exchange Commission (collectively, the "Government"), it appears that regular meetings of McAfee's Board of Directors ("Board") and Compensation Committee were typically held at, and/or originated from, McAfee's company headquarters in Santa Clara, California.

5.      Based on documents produced to Defendant by the Government, it appears that the January 15, 2002 meeting of McAfee's Compensation Committee, at which the Compensation Committee allegedly approved a grant of 420,000 option shares to McAfee's then-CEO George Samenuk (*see* Complaint ("Compl.") ¶ 19), was held at McAfee's headquarters in Santa Clara, California. A true and correct copy of a document produced by the Government purporting to be minutes of this meeting is attached hereto as Exhibit A.

6.      Leslie Denend served as president of McAfee from December 1997 to May 1998 and as a member of its Board from 1995 to 2005. He was a member of the Compensation

Committee from 1995 through 1998. He was a member of the Audit Committee from 1998 through 1999. He is expected to be a witness with respect to the events surrounding the January 15, 2002 Board meeting. He currently resides in St. Helena, California, which is located within the Northern District of California.

7.      Sylvia Garcia-Lechelt was McAfee's Senior Vice President of Human Resources and the administrator of its stock options program during the time period referred to in the Complaint. She is expected to be a witness with respect to all grants at issue. Ms. Garcia-Lechelt currently resides in Pacifica, California, which is located within the Northern District of California.

8.      Richard Hornstein was the General Counsel of McAfee, the person who hired Mr. Roberts and was Mr. Roberts' immediate supervisor during certain times. He is expected to be a witness with respect to stock option practices at McAfee and with respect to the responsibilities of his position – later held by Mr. Roberts – and other positions in McAfee's Legal Department. He currently resides in Redwood City, California, and is employed by Elemental Security, Inc. which is in San Mateo, California. Both of these cities are located within the Northern District of California.

9.      Enzo Torresi was a member of McAfee's Board of Directors in 2000 and 2001. He was a member of the Audit Committee in 2000. He is expected to be a witness to the practices of McAfee's Board and its delegation of responsibility to management. He is currently the managing partner at myQube, based in Cupertino, California and currently resides in Los Gatos, California, both of which are located within the Northern District of California.

10.     Peter Watkins was the President and Chief Operations Officer of McAfee in 2000. He is expected to be a witness to the practices of the Board and its delegation of responsibility to management. Mr. Watkins currently serves as the Chief Executive Officer of WebRoot

Software, which has an office in Mountain View, California and he currently resides in Atherton, California, both of which are located within the Northern District of California.

11.    Jennefer Koopman was an administrator in Human Resources at McAfee and is expected to be a witness to McAfee's stock option practices. She currently resides in San Jose, California, which is located in the Northern District of California.

12.    Sharon Miwa worked with Ms. Koopman in the Human Resources department at McAfee and is expected to be a witness to McAfee's stock option practices and the circumstances surrounding Mr. Samenuk's 2002 option grant. She currently works at McAfee in Sunnyvale, California, which is located in the Northern District of California.

13.    Terry Davis was the Controller of McAfee from 2000 through 2002. He is expected to be a witness to the events surrounding Mr. Roberts' promotion grant as well as McAfee's stock option practices in general. Mr. Davis currently resides in Portland, Oregon.

14.    Vernon Eugene ("Gene") Hodges served as the President of McAfee from 2001 to 2006. He is expected to be a witness with respect to stock option practices at McAfee and to management's interaction with the Board. He resides in La Jolla, California and is currently the Chief Executive Officer of Websence, located in San Diego, California.

15.    Edwin Harper was a member of McAfee's Board of Directors from 1996 through 2001. He was a member of the Audit Committee from 1997 through 2002. He was also a member of the Compensation Committee from 1998 through 2000. He is expected to be a witness to the practices of the Board and its delegation of responsibility to management. His last known residence address is in Fort Collins, Colorado.

16.    William ("Bill") Larson was the Chief Executive Officer of McAfee from 1993 to 2000. He is expected to be a witness with respect to stock option practices at McAfee and to

**DECLARATION OF WILLIAM S. FREEMAN IN SUPPORT OF DEFENDANT'S MOTION TO TRANSFER VENUE (28 U.S.C. SECTION 1404(a))**

Case No.
1:07CV00407 (EGS)

management's interaction with the Board.  His last known residence address is in Saratoga, California, which is within the Northern District of California.

17.    Stephen Richards was McAfee's Chief Financial Officer from 2001 through 2004. He is expected to be a witness with respect to stock option practices at McAfee and to management's interaction with the Board.  He is also expected to be a witness with respect to Mr. Samenuk's 2002 option grant.  His last known residence address is in Cupertino, California, which is within the Northern District of California.

18.    McAfee's Corporate Governance Guidelines require that the Board meet at least four times annually.  A true and correct copy of McAfee's Corporate Governance Guidelines, Amended March 30, 2004 and available on McAfee's corporate website, www.mcafee.com, is attached hereto as Exhibit B.

19.    Denis O'Leary has been a member of McAfee's Board of Directors and a member of the Compensation Committee since 2003.  He is expected to be a witness to the practices of the Board and its delegation of responsibility to management.  His last known residence is in New York, New York; however, as a member of McAfee's Board, he is required to travel regularly to the Northern District of California.

20.    Robert Pangia has been a member of McAfee's Board of Directors since 2001. He has served on the Audit Committee since 2001 and on the Compensation Committee since 2002.  He is expected to be a witness to the practices of the Board and its delegation of responsibility to management.  His last known residence address is in Watchung, New Jersey; however, as a member of McAfee's Board, he is required to travel regularly to the Northern District of California.

21.    Liane Wilson has been a member of McAfee's Board of Directors since 2002, is a member of the Audit Committee and was a member of the Compensation Committee through

**DECLARATION OF WILLIAM S. FREEMAN IN SUPPORT OF DEFENDANT'S MOTION TO TRANSFER VENUE (28 U.S.C. SECTION 1404(a))**

Case No.
1:07CV00407 (EGS)

2005. She is expected to be a witness to the practices of the Board and its delegation of responsibility to management. Her last known residence address is in Seattle, Washington; however, as a member of McAfee's Board, she is required to travel regularly to the Northern District of California.

22. Dale Fuller was the interim Chief Executive Officer at McAfee in 2006. He has also been a member of McAfee's Board of Directors since January 2006. He is expected to be a witness to the Board's actions relevant to the internal investigation of stock options and the termination of Mr. Roberts. His last known residence address is in Dulzura, California. In addition, however, as a member of McAfee's Board, he is required to travel regularly to the Northern District of California.

23. Robert Dutkowsky was a member of McAfee's Board of Directors from 2001 to January 2007. He was a member of the Audit Committee from 2002 to 2007 and was a member of the Compensation Committee from 2001 to 2007. He is expected to be a witness to the practices of the Board and its delegation of responsibility to management. His last known residence addresses are in Westborough, Massachusetts, Bluffton, South Carolina, and/or Tampa, Florida.

24. George Samenuk was the Chief Executive Office and Chairman of McAfee's Board of Directors from 2001 to 2006. He is expected to be a witness regarding the January 15, 2002 Board meeting and events subsequent to that meeting regarding Mr. Samenuk's option grants; McAfee's stock option practices during the time period referred to in the Complaint; and the circumstances surrounding the grant to Arthur Matin, a McAfee division president (Compl., ¶¶ 29-36). His last known residence address is in Ridgefield, Connecticut.

25. Virginia ("Ginna") Gemmell was a member of McAfee's Board of Directors from 1996 to 2001. She was also a member of the Compensation Committee from 1997 to 2000, and

**DECLARATION OF WILLIAM S. FREEMAN IN SUPPORT OF DEFENDANT'S MOTION TO TRANSFER VENUE (28 U.S.C. SECTION 1404(a))**

Case No.
1:07CV00407 (EGS)

of the Audit Committee from 1999 to 2002. She is expected to be a witness with respect to the January 15, 2002 Board meeting and the ratification of the minutes for that meeting, and with respect to McAfee's stock option practices during the relevant time period. Ms. Gemmell currently resides in Alexandria, Virginia.

26.    Arthur ("Art") Matin was the President of the McAfee Division of Network Associates, Inc. (McAfee's predecessor) from 1999 to at least 2002. Mr. Matin was the recipient of an option grant as to which it is alleged that Defendant made false statements (Compl. ¶¶ 29-36). He is expected to be a witness regarding the circumstances surrounding that grant. Mr. Matin is the President and Chief Executive Officer of TouchTunes Music Corporation in Lake Zurich, Illinois and his last known address is in Westport, Connecticut.

27.    Kevin Weiss was the President of McAfee in 2006. Mr. Weiss is expected to be a witness regarding the stock option practices at McAfee, the events leading to the announcement of an investigation into McAfee's stock option practices and the termination of Mr. Samenuk. Mr. Weiss' last known residence address is in Houston, Texas.

28.    On January 4, 2006, McAfee entered into a consent decree with the Securities and Exchange Commission ("SEC") in an SEC enforcement proceeding, requiring that McAfee pay a $50 million civil penalty to the SEC arising out of allegations that McAfee fraudulently misstated revenues and earnings by hundreds of millions of dollars between 1998 and 2000. A true and correct copy of SEC Litigation Release No. 19520, describing the consent decree, is attached hereto as Exhibit C. The Litigation Release reflects that the SEC filed its civil complaint against McAfee in that matter in the Northern District of California.

29.    McAfee announced on April 26, 2007, that the Company anticipates that it will restate its past financial statements to record between $100 million and $150 million in charges to earnings arising out of irregularities in past stock option grants. A true and correct copy of

**DECLARATION OF WILLIAM S. FREEMAN IN SUPPORT OF DEFENDANT'S MOTION TO TRANSFER VENUE (28 U.S.C. SECTION 1404(a))**

Case No.
1:07CV00407 (EGS)

McAfee's April 26, 2007 press release making this announcement is attached as Exhibit D hereto.

30.     During the past year, the *Wall Street Journal* has published an "Options Scorecard" ("Scorecard") listing companies that "have come under scrutiny for past stock-option grants and practices." The Scorecard is regularly updated on the *Journal*'s website at http://online.wsj.com/public/resources/documents/info-optionsscore06-full.html. A true and correct copy of the Options Scorecard updated through May 11, 2007 is attached to the Request for Judicial Notice ("RJN") as Exhibit E. According to the Scorecard, 136 U.S.-based public companies "have come under scrutiny" related to their stock options; of these 66 (or 48.5%) are located in California and 50 (or 36.8%) are located within the Northern District of California. Not a single one of these 136 companies is located within the District of Columbia. Also according to the Scorecard, 90 U.S. companies have disclosed SEC probes into their stock option grants or practices. Of these 90 companies, 47 (or 52.2%) are located in California, and 30 (or 33.3%) located within the Northern District of California. None are located within the District of Columbia.

31.     A true and correct copy of a study entitled "Securities Class Action Case Filings, 2006: A Year in Review," by Cornerstone Research, is attached to the RJN as Exhibit F. According to this study, of the total of twenty civil complaints filed in stock option backdating-related cases in federal courts in 2006, eleven were filed within the Districts comprising the Ninth Circuit; none were filed in this District. In 2005, only two option backdating-related cases were filed in federal courts, and both were within the Ninth Circuit as well. Of these thirteen cases filed in the Ninth Circuit, all but one were filed in California and eight were filed in the Northern District. (RJN, Exh. F at p. 15.)

**DECLARATION OF WILLIAM S. FREEMAN IN SUPPORT OF DEFENDANT'S MOTION TO TRANSFER VENUE (28 U.S.C. SECTION 1404(a))**

Case No.
1:07CV00407 (EGS)

32.    I supervised a review of the Lexis-Nexis database by attorneys and staff of my firm of newspaper articles discussing the stock option backdating issue that were published by major newspapers of general circulation in the Northern District of California and the District of Columbia (the *San Jose Mercury News*, the *San Francisco Chronicle*, *The Washington Post*, and *The Washington Times*) from December 31, 2005 to May 3, 2007.  Attorneys from my firm ran a search of the above newspapers for articles containing the terms "backdat!" and "stock" within the Lexis database and found that 116 articles contained those terms appeared in the *Washington Post* and 4 appeared in the *Washington Times*, while 115 appeared in the *San Francisco Chronicle* and 436 appeared in the *San Jose Mercury News*.  This review reveals that over the last 16 months, newspaper articles discussing the stock option backdating issue published within the Northern District outnumbers such newspaper articles published within the District of Columbia by nearly a 5 to 1 ratio.  A true and correct copy of the results of the Lexis-Nexis search is attached hereto as Exhibit E.

/ / /

/ / /

**DECLARATION OF WILLIAM S. FREEMAN IN SUPPORT OF DEFENDANT'S MOTION TO TRANSFER VENUE (28 U.S.C. SECTION 1404(a))**

Case No.
1:07CV00407 (EGS)

33.     I supervised a review of the SEC Litigation Releases database by attorneys and staff of my firm for the period May 1, 2006 to May 18, 2007. This database is published by the SEC on its website (www.sec.gov) and lists civil enforcement actions filed by the SEC in federal courts. This review reveals that during that time, the SEC filed civil enforcement actions in at least 35 different judicial districts throughout the country, including 12 such actions in the Northern District of California. In addition, it appears from the same review that the SEC filed a total of seven civil enforcement actions other than the instant case claiming securities law violations arising out of alleged stock option backdating. Two of these backdating cases were filed in the Northern District of California (involving Apple Computer, Inc. and Brocade Communications Systems, Inc.). True and correct copies of the SEC press releases announcing the filing of the actions involving Apple and Brocade in the Northern District are attached hereto as Exhibits F and G, respectively. The SEC has filed no other complaints involving options backdating allegations in this District. It therefore appears that the SEC will not be inconvenienced by litigating this action in the Northern District of California.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 21, 2007, at Palo Alto, California.

_____/s/ William S. Freeman_____

William S. Freeman

753569 v1/PA
05/21/07 10:35 AM

10

**DECLARATION OF WILLIAM S. FREEMAN IN SUPPORT OF DEFENDANT'S MOTION TO TRANSFER VENUE (28 U.S.C. SECTION 1404(a))**

**Case No.
1:07CV00407 (EGS)**

# EXHIBIT A

**MINUTES OF A REGULAR MEETING OF**
**THE COMPENSATION COMMITTEE OF**
**NETWORKS ASSOCIATES, INC.**

January 15, 2002

Pursuant to a notice duly given, a meeting of the Compensation Committee of the Board of Directors (the "Board") of Networks Associates, Inc., a Delaware corporation (the "Company") was held on Tuesday, January 15, 2002, commencing at 8:15 a.m. (PST) at the offices of the Company.

Present:      Virginia Gemmell, Chairman
             Edwin L. Harper
             Robert Dutkowsky

Also Present: George Samenuk of the Board of Directors
             Leslie Denend of the Board of Directors
             Robert Pangia of the Board of Directors (joined at 8:45 a.m.)
             Kent H. Roberts, EVP and General Counsel

Ms. Gemmel presided as Chairman of the meeting and asked Mr. Roberts to serve as Secretary and record the minutes of the meeting.

**Executive Bonus and George Samenuk Employment Agreement**

Mr. Samenuk presented information concerning his and the Company's performance against goals for the fourth quarter 2001 set by the Compensation Committee. The Compensation Committee held a general discussion of the progress of the Company during the fourth quarter and the targeted bonus compensation for Mr. Samenuk relative to fourth quarter of 2001.

Mr. Samenuk further presented proposed goals for calendar year 2002 and for the first quarter 2002. A copy of the proposal is attached hereto as Exhibit A.

In addition, Mr. Samenuk presented certain proposed changes to the George Samenuk Employment Agreement.

Mr. Samenuk and Mr. Roberts were also excused at 8:30 am.

Following discussion and upon a motion duly made and seconded, the Compensation Committee authorized and approved a full executive bonus of $180,000 for Mr. Samenuk for the fourth quarter.

Following discussion and upon a motion duly made and seconded, the Compensation Committee approved the goals for Mr. Samenuk set forth on Exhibit A, subject to the Board's right to modify the same in the best interests of the Company and its stockholders.

FOIA CONFIDENTIAL
TREATMENT REQUESTED

MFE-USAO 000976
CONFIDENTIAL

MFE-SEC 009410
FOIA CONFIDENTIAL
TREATMENT REQUESTED

Following discussion and upon a motion duly made and seconded, the Compensation Committee authorized the following modifications to Mr. Samenuk's compensation with respect to calendar year 2002.

1. No change to base salary:

2. In addition to the quarterly bonus of $180,000, Mr. Samenuk will be eligible following the conclusion of the year for an additional cash bonus of $200,000 in connection with completion of the goals for the year and the Company's performance during this period.

3. The Committee directed that Mr. Samenuk be granted an additional stock option for 420,000 shares on January 16, 2002 at the closing price on that date. The option will vest on January 15, 2005, with no vesting prior to that date.

4. The Committee directed that Mr. Samenuk be granted an option to purchase 3,000 shares at an option price of $0.01, not subject to any repurchase right. As of January 15, 2002, the Committee further directed that Mr. Samenuk be granted an option to purchase 47,000 shares at an option price of $0.01, subject to repurchase by the Company at the option price at any time prior to January 15, 2005. The Company will loan Mr. Samenuk any amounts necessary to pay the taxes on the options for the 50,000 shares upon terms the Chief Financial Officer deems desirable.

Mr. Samenuk and Mr. Roberts rejoined the meeting.

**Art Matin Agreement**

Mr. Samenuk presented the terms of the compensation package for Mr. Art Matin, including salary, bonus, a 500,000 share fair market value stock option grant and the grant of a 100,000 share unrestricted $0.01 stock option to Mr. Matin, with associated tax loan. Mr. Samenuk recounted the qualifications of Mr. Matin and the negotiation to retain his services.

Following discussion, the Board ratified the Art Matin compensation package:

**Option Grants**

Following a discussion regarding such goals, the Compensation Committee addressed stock option grants for certain employees. The Compensation Committee discussed the proposed option grants and upon a motion duly made and seconded, the following resolutions were unanimously approved:

**WHEREAS**: The Committee has determined it to be in the best interest of the Company and the Company's stockholders to grant certain employees and prospective employees' stock options to purchase shares of the Company's Common Stock under the Company's 1997 Stock Incentive Plan and 2000 Nonstatutory Stock Option Plan.

-2-

FOIA CONFIDENTIAL
TREATMENT REQUESTED

MFE-USAO 000977
CONFIDENTIAL

MFE-SEC 009411
FOIA CONFIDENTIAL
TREATMENT REQUESTED

1:07CV00407 (EGS)

**RESOLVED**: That the individuals set forth on the Grant Recap Report, attached hereto as Exhibit B, are hereby granted stock options to purchase the number of shares of Company Common Stock set forth opposite their names.

**RESOLVED FURTHER**: That the exercise prices of the stock options granted above shall be equal to the fair market value of the Company's Common Stock as reported at the close of business on each individual's Grant Date, as set forth on Exhibit B hereto.

**RESOLVED FURTHER**: That the option agreements by and between the above mentioned employees or prospective employees, whichever the case may be, and the Company shall be in the form of the Company's standard nonqualified stock option agreement.

**RESOLVED FURTHER**: That the officers of the Company are, and each of them hereby is, authorized to do and perform any and all such acts, including execution of any and all documents and certificates, as such officers shall deem necessary or advisable, to carry out the purposes and intent of the foregoing resolutions.

**Adjournment**

There being no further business to come before the meeting, upon motion duly made, seconded and unanimously carried, the meeting was adjourned at 9:05 a.m. (PST).

Kent H. Roberts
Secretary of the Meeting

-3-

FOIA CONFIDENTIAL
TREATMENT REQUESTED

MFE-USAO 000978
CONFIDENTIAL

MFE-SEC 009412
FOIA CONFIDENTIAL
TREATMENT REQUESTED

1:07CV00407 (EGS)

EXHIBIT A

Samenuk Goals

**Full Year 2002**

1. Improve investor confidence in NETA
   Measures: Increase in positive analysts' comments and recommendations. Continue Stock Appreciation.

2. Demonstrate incremental growth in international revenue - move from 30% in 2000 to 35% in 2001 and greater than 35% in 2002.
   Measure: Actual numbers

3. Complete hiring of open executive positions (France, Australia)
   Measure: Actual hiring of open positions

4. Continue to broaden/retain management team
   Measure: Retain and upgrade current management team

5. Improve customer relationship management.
   Measure: Customer satisfaction surveys
            Demonstrate visits to key accounts
            Create an IT strategic plan for board approval
            Implement CRM

6. Implement strategic plans for Sniffer and Magic
   Measure: Show progress in the sale/return of these businesses

7. Exceed full year 2002 revenue and profit objectives
   Measure: Actual Performance

**First Quarter 2002**

1. Exceed Q1 revenue and profit objective
   Measure: Actual performance

2. Keep DSO under 50
   Measure: Actual performance

3. Close or sell PGP units
   Measure: Close or sell the businesses in Q1 '02

-4-

FOIA CONFIDENTIAL
TREATMENT REQUESTED

MFE-USAO 000979
CONFIDENTIAL

MFE-SEC 009413
FOIA CONFIDENTIAL
TREATMENT REQUESTED

1:07CV00407 (EGS)

EXHIBIT B

GRANT RECAP REPORT

-5-

FOIA CONFIDENTIAL
TREATMENT REQUESTED

MFE-USAO 000980
CONFIDENTIAL

MFE-SEC 009414
FOIA CONFIDENTIAL
TREATMENT REQUESTED

1:07CV00407 (EGS)

## NETWORK ASSOCIATES, INC.

Grant Recap Report

Grant Date: 10/1/01 - 12/31/01
15,000 shares and above

| Name | Grant Date | Grant Type | Options Granted | Option Price | Plan |
|------|-----------|------------|-----------------|--------------|------|
| Arthur R. Matin | 10/30/01 | NQ | 500,000 | $ 18.95 | 1997 Stock Incentive Plan |
| Vernon G. Hodges | 10/9/01 | NQ | 300,000 | $ 15.59 | 1997 Stock Incentive Plan |
| Michele Fitzpatrick | 11/5/01 | NQ | 200,000 | $ 20.54 | 1997 Stock Incentive Plan |
| Wilson Grava | 11/1/01 | NQ | 50,000 | $ 19.64 | 1997 Stock Incentive Plan |
| Richard B. Brown Jr. | 10/1/01 | NQ | 20,000 | $ 13.40 | 1997 Stock Incentive Plan |
| Bryan R. Barney | 11/26/01 | NQ | 15,000 | $ 23.10 | 1997 Stock Incentive Plan |

*George Samenuk*

GEORGE SAMENUK
CHAIRMAN AND CHIEF EXECUTIVE OFFICER

January 15, 2002

FOIA CONFIDENTIAL
TREATMENT REQUESTED

MFE-USAO 000981
CONFIDENTIAL

MFE-SEC 009415
FOIA CONFIDENTIAL
TREATMENT REQUESTED

1:07CV00407 (EGS)

# EXHIBIT B

# MCAFEE, INC.

## CORPORATE GOVERNANCE GUIDELINES

### AMENDED MARCH 30, 2004

The following Corporate Governance Guidelines (the "Guidelines") have been adopted by the Board of Directors (the "Board") of McAfee, Inc. (the "Company") to assist the Board in the exercise of its responsibilities to the Company and its stockholders. These Guidelines should be interpreted in the context of all applicable laws and the Company's Certificate of Incorporation, Bylaws and other corporate governance documents, and are intended to serve as a flexible framework within which the Board may conduct its business and not as a set of legally binding obligations. These Guidelines are subject to modification from time to time, as the Board may deem appropriate or as required by applicable laws and regulations.

## THE BOARD

1.     **Size of the Board.**  The Board is composed of 8 members in accordance with the Company's Bylaws.  The Board periodically reviews its size to evaluate whether a smaller or larger slate of directors would better serve the interests of the Company and its stockholders.

2.     **Selection of Board Members**.  The Company's stockholders elect all Board members, except as noted below with respect to vacancies on the Board.   The Governance and Nominations Committee is responsible for identifying, screening and recommending candidates to the entire Board for Board membership. After the screening process is completed, the Board will select the nominees for director.

Vacancies and newly created directorships are filled by a majority of the directors then serving, and the directors so elected shall serve until the next election of directors and such director's successor has been duly elected and qualified.   The Board shall consider any recommendations of the Governance and Nominations Committee with respect to such new directors.

The Governance and Nominations Committee will consider director candidates submitted by one or more stockholders under circumstances to be described in a policy to be adopted by the Board.  Upon adoption, such policy will be considered a part of these guidelines and attached.

3.     **Board Membership Criteria.**   The Governance and Nominations Committee is responsible for reviewing the appropriate skills and characteristics required of prospective director nominees.  There are no specific minimum qualifications that must be met by a Board nominee.  Nominees for director are selected on the basis of, among other criteria, broad experience in business, trade, finance or management; extent of knowledge of regional, national and international business affairs; reputation for working constructively with others; absence of conflicts of interest what would interfere with performance as a director; wisdom, integrity, and moral character; ability to make independent analytical inquiries, understanding of the Company's business and willingness to devote adequate time to Board duties. The Governance and Nominations Committee evaluates each individual in the context of the Board as a whole,

with the objective of recommending a group that will best serve the interests of the Company and its stockholders.

**4.    Independence of the Board.**  The Board must be comprised of a majority of directors who qualify as "independent directors" under the listing standards of the New York Stock Exchange.  Generally, the Board will deem a director independent if such director:

(i)    has no material relationship with the Company (either directly or as a partner, stockholder or officer of an organization that has a relationship with the Company).  Material relationships may include, among others, commercial, industrial, banking, consulting, legal, accounting, charitable and familial relationships;

(ii)    is not an employee, and none of their immediate family members is an executive officer, and has not received, and no immediate family member has received, more than $100,000 per year in direct compensation from the Company, other than director and committee fees and pension or other forms of deferred compensation for prior service (provided such compensation is not contingent in any way on continued service) within the preceding three years;

(iii)is    not affiliated with or employed by, and none of their immediate family members is affiliated with or employed in a professional capacity by, a present or former auditor of the Company within the preceding three years (provided that a former auditor shall cease to be considered such three years after the end of the auditing relationship);

(iv)    is not employed, and none of their immediate family members is employed, as an executive officer of another company where any of the Company's present executives have served on that company's compensation committee within the preceding three years; and

(v)    is not an executive officer or an employee, and none of their immediate family members is an executive officer, of another company to which the Company has made payments, or from which it has received payments, which in any of the last three fiscal years accounted for at least 2% or $1 million, whichever is *greater*, of such other company's consolidated gross revenues.

An "immediate family member" includes spouses, parents, children, mothers and fathers-in-law, sons and daughters-in-law, brothers and sisters-in-law and anyone (other than employees) who shares such director's home.

The Board believes it is impossible to anticipate, or explicitly provide for, all circumstances that might signal potential conflicts of interests.  Accordingly, in making "independence" determinations, the Board will consider all relevant facts and circumstances. The Board will annually review the relationship that each director has with the Company and using the criteria listed above (and any other facts and circumstances the Board deems relevant) determine which directors are independent (provided that no director shall be deemed independent if they fail any of the criteria above and an independent director dissents on a vote to declare them independent).  Any determination of independence for a director who does not meet the criteria set forth above will be explained in the Company's annual proxy statement.

**5.    Director Responsibilities.**  The business and affairs of the Company shall be managed under the direction of the Board.  Accordingly, directors are expected to regularly attend, and properly prepare for, all meetings of the Board and committees on which they serve; exercise independence and integrity; actively and objectively participate in Board and committee discussions, as applicable; and remain accessible to the Company's management and outside advisors.

**6.    Term Limits.**  The Board does not believe it should limit the terms for which a director may serve.  Directors who have served on the Board for an extended period of time have a sound understanding of the Company's history, policies and objectives and are able to provide valuable insight into the Company's operations.  The Board further believes that the evaluation and nomination process described in these Guidelines will ensure the Board continues to evolve and adopt new viewpoints.

**7.    Board Compensation.**  The Company's director compensation program is designed to align the interests of directors with the Company's stockholders and to provide fair compensation.  Accordingly, non-employee directors of the Company are awarded 50,000 options to purchase the Company's common stock at its fair market value on the date they first become a director (an additional 25,000 options are granted annually on the director's anniversary date), are paid an annual retainer of $40,000 (an additional $10,000 annual retainer is paid to the chairpersons of board committees),  $1,500 per meeting of the Board attended and $1,500 per meeting of a committee attended, are reimbursed for certain out-of-pocket expenses incurred in connection with their duties as members of the Board or a committee and medical insurance benefits.  Directors who are employees or are otherwise affiliates of the Company are not compensated for their services as directors.

The Compensation Committee shall report to the Board periodically on the Company's director compensation program in relation to other U.S. companies of comparable size and the Company's competitors.  Changes in director compensation, if any, should reflect consideration of the Compensation Committee recommendation, but with full discussion and concurrence by the Board.

Directors serving on the Audit Committee shall not receive any compensation from the Company other than for serving on the Board and/or a Board committee.

**8.    Evaluation of the Board.**  The Governance and Nominations Committee shall annually evaluate the Board's performance.  The Governance and Nominations Committee is responsible for establishing the evaluation criteria, conducting the evaluations and reporting the evaluation results to the full Board.  The purpose of the annual reviews is to improve the effectiveness of the Board and each Board committee and not to target the performance of any individual director or committee member.

**9.    Separate Sessions of Independent Directors.**  The Board's independent directors regularly meet without the Company's management in regularly scheduled executive sessions (the "Executive Sessions").  The purpose of the Executive Sessions is to foster communication among the independent directors of the Board.  Such meetings shall occur at least annually.

1:07CV00407 (EGS)

**10. Board Contact with Management.** Board members have complete access to the Company's management and, as necessary and appropriate, to the Company's outside advisors. Access to the Company's management is generally coordinated through the Company's Chief Executive Officer.

**11. Conflicts of Interest.** If an actual or potential conflict of interest develops between a director and the Company, such conflict should be immediately reported to the Chairman of the Board for evaluation. A significant conflict must be resolved or the director should resign.

If a director has a personal interest in a matter before the Board, the director shall disclose the interest to the Board, excuse himself or herself from the participation in the discussion and shall abstain from voting on the matter.

**12. Board Orientation and Continuing Education.** The Company generally familiarizes new directors with the Company's business, strategic plans, significant financial, accounting and risk management issues, compliance programs, conflicts policies, code of business conduct and ethics, corporate governance guidelines, principal officers, internal auditors and independent auditors. Additionally, each director is expected to participate in continuing educational programs in order to maintain the necessary level of expertise to perform his or her responsibilities as a director.

**13. Management Succession.** The Board is responsible for ensuring the Company has adopted an adequate management succession plan. The Chief Executive Officer shall report to the Board on a continuing basis a short-term succession plan that delineates a temporary delegation of authority to certain officers of the Company, if all or a portion of the executive officers should unexpectedly become unable to perform their duties. The short-term succession plan shall be in effect until the Board has the opportunity to consider the situation and take action, when necessary.

**14. Personal Loans to Executives.** The Company shall not, directly or indirectly (including through a subsidiary) extend or maintain credit to, arrange for the extension of credit to, or renew the extension of credit, in the form of a personal loan to or for any director or officer (or equivalent thereof) of the Company. Any such loans that were outstanding on the date of the Sarbanes-Oxley Act of 2002 are exempt from this prohibition, provided that there is no material modification to any term, or any renewal, of such loans. Notwithstanding the above, any loans made to the Company's directors or officers in compliance with the Sarbanes-Oxley Act of 2002 are exempt from this prohibition.

**15. Stockholder Communications with Directors.** The Company encourages stockholders who want to communicate directly with a particular director or directors to send their communications in writing to the attention of the Secretary of the Company in an envelope marked "Stockholder Communication with Directors." The Secretary of the Company will review the communication and deliver it to the director or directors named in the correspondence. If the Secretary determines that the communication is threatening, vulgar or of an inappropriate nature not relating to the business of the Company or a director's service as a director, the communication will not be delivered and the Secretary will notify the stockholder that the communication was not delivered. Typically, if a communication requires a response,

the Secretary of the Company will prepare and send the response, working with the director or directors named in the correspondence.

16.    **Attendance at Stockholder Meetings.**  Board members are encouraged to attend all stockholder meetings.

## BOARD MEETINGS

1.    **Frequency of Meetings.**  The Board shall meet at least four (4) times annually.  In addition, special meetings may be called from time to time as provided in the Company's Bylaws.

2.    **Meeting Materials.**  To the extent feasible, board materials should be distributed to directors in advance of a meeting to allow sufficient time for review.  Management will attempt to ensure board materials are concise and provide adequate information to allow the directors to make informed decisions on all corporate governance matters.

## COMMITTEE MATTERS

1.    **Number and Names of Board Committees.**  The Company shall have at least three standing committees:   Audit Committee, Governance and Nominations Committee and Compensation Committee.  The purpose and responsibilities for each of the Audit, Governance and Nominations and Compensation Committees are outlined in the respective committee charters adopted by the Board, which (i) will be publicly disclosed, (ii) include specific items as required by applicable law and (iii) provide for annual committee self-assessment.  The Board may determine to appoint a new committee (including an ad hoc committee) or disband a current committee, as provided in the Company's Bylaws.

2.    **Independence of Board Committees.**  The Audit, Governance and Nominations and Compensation Committees will be composed entirely of independent directors.

3.    **Frequency of Committee Meetings.**  The chairperson of each committee, in accordance with the committee's charter and in consultation with the members of the committee, will determine the frequency of the committee meetings.

4.    **Committee Agendas.**   The chairperson of each committee, in consultation with committee members and appropriate members of management and staff, will develop the committee's agenda, and will attempt to ensure committee materials are concise and provide adequate information to allow committee members to make informed decisions.

5.    **Evaluation of Committees of the Board.**  Each committee shall annually review its charter and recommend to the Board any changes it deems necessary.

6.    **Use of Consultants.**  Each committee may hire outside consultants and experts to assist it in evaluating proposals, transactions and information supplied by management, and such costs will be paid by the Company.

# EXHIBIT C



## U.S. Securities and Exchange Commission

**Litigation Release No. 19520 / January 4, 2006**

**Accounting and Auditing Enforcement Release No. 2360 / January 4, 2006**

***Securities and Exchange Commission v. McAfee, Inc.,*** Civil Action No. 06-009 (PJH) (N.D. Cal.) (January 4, 2006)

**SEC SUES MCAFEE, INC. FOR ACCOUNTING FRAUD**

**MCAFEE AGREES TO SETTLE AND PAY A $50 MILLION PENALTY**

The Securities and Exchange Commission today filed securities fraud charges against McAfee, Inc. (formerly known as Network Associates, Inc.), a Santa Clara, California-based manufacturer and supplier of computer security and antivirus tools.  The Commission's complaint alleges that from the second quarter of 1998 through 2000, McAfee misled investors when it engaged in a fraudulent scheme to overstate its revenue and earnings by hundreds of millions of dollars in violation of the federal securities laws. The complaint specifically alleges that, during the period 1998 through 2000, McAfee inflated its cumulative net revenues by $622 million and that, for 1998 alone, McAfee overstated revenues by $562 million (a misstatement of 131 percent).

McAfee has consented, without admitting or denying the allegations of the complaint, to the entry of a Court order enjoining it from violating the antifraud, books and records, internal controls, and periodic reporting provisions of the federal securities laws. The order also requires that McAfee pay a $50 million civil penalty, which the Commission will seek to distribute to harmed investors pursuant to the Fair Funds provision of the Sarbanes-Oxley Act of 2002. In addition, McAfee has agreed to appoint an Independent Consultant to examine and recommend improvements to McAfee's internal accounting controls and revenue recognition and reserves practices to better ensure compliance with the federal securities laws. This proposed settlement is subject to court approval.

According to the complaint, McAfee defrauded investors into believing that it had legitimately met or exceeded its revenue projections and Wall Street earnings estimates during the 1998 through 2000 period. In reality, however, McAfee had used a variety of undisclosed ploys during the period to aggressively oversell its products to distributors in amounts that far exceeded the public's demand for the products. While engaging in this "channel stuffing," McAfee improperly recorded the sales to distributors as revenue. McAfee offered its distributors lucrative sales incentives that included deep price discounts and rebates in an effort to persuade the distributors to continue to buy and stockpile McAfee products. McAfee also secretly paid distributors millions of dollars to hold the excess inventory, rather than return it to McAfee for a refund and consequent reduction in

McAfee's revenues. In other instances, McAfee used an undisclosed, wholly-owned subsidiary, Net Tools, Inc., to repurchase inventory that McAfee had oversold to its distributors. All of these actions were inconsistent with Generally Accepted Accounting Principles and led to McAfee's October 2003 restatement of its financial results for 1997 through 2003.

The complaint further alleges that McAfee took action to conceal the fraud from investors by, among other things, wrongly recording in its books the payments and discounts that it offered to distributors, and improperly manipulating reserve accounts to increase inadequate sales reserves and cover the costs of the distributor payments. The complaint alleges that McAfee defrauded investors by reporting false and materially misleading financial and other information in periodic reports, financial statements, and securities registration statements that McAfee filed with the Commission, in press releases, and in other public statements.

The Final Judgment would enjoin McAfee from violating Section 17(a) of the Securities Act of 1933, Sections 10(b), 13(a), 13(b)(2)(A) and 13(b)(2)(B) of the Securities Exchange Act of 1934, and Exchange Act Rules 10b-5, 12b-20, 13a-1, and 13a-13 thereunder.

This is the fourth lawsuit that the Commission has filed in connection with fraudulent accounting issues at McAfee. See *SEC v. Terry W. Davis*, Litigation Release No. 18189 (June 12, 2003); *SEC v. Prabhat K. Goyal*, Litigation Release No. 18748 (June 16, 2004); *SEC v. Evan S. Collins*, Litigation Release No. 18986 (November 30, 2004).

➤ SEC Complaint in this matter

*http://www.sec.gov/litigation/litreleases/lr19520.htm*

Modified: 01/04/2006

1:07CV00407 (EGS)

# EXHIBIT D

# McAfee®

## McAfee, Inc. Reports Preliminary First Quarter Revenue of $314 million

### Company Delivers Consistency with Nine Consecutive Quarters of Record Revenues, Excluding Divested Businesses

SANTA CLARA, Calif., April 26 /PRNewswire-FirstCall/ McAfee, Inc. (NYSE: MFE) today announced preliminary unaudited results for the first quarter ended March 31, 2007. These results are preliminary because, as previously announced, McAfee has determined that it will need to restate its historical financial statements to record additional non-cash charges associated with past stock option grants and to reflect the related tax impact for stock-based compensation expense over a 10-year period. McAfee believes this restatement is likely to result in aggregate non-cash charges in the range of $100 million to $150 million. In addition, McAfee expects the restatement to include other adjustments to certain balance sheet and income statement accounts that will affect its previously reported results. Excluding stock-based compensation, the Company expects that any adjustments in the income statement results will be principally timing-related. McAfee intends to file restated financial results and related periodic reports as soon as practicable.

"McAfee had a very strong first quarter with record revenue, excluding divested businesses, of $314 million," said Dave DeWalt, McAfee's chief executive officer and president. "The management team has positioned the Company to capitalize on the growing demand for security with an innovative mix of technologies and solutions that meet the needs of our diverse customer base."

DeWalt continued, "There is opportunity in the fact that the security industry has no single, dominant vendor, while its markets are growing and its products are increasingly critical for customers. We are executing on 2007 initiatives that leverage our security risk management strategy and position us to become the market leader in this vital space."

All results and guidance reported today are presented without taking into account any adjustments to either current or previously reported results that may be required in connection with the restatement and should be considered preliminary until McAfee files its amended historical financial statements and its Form 10-Q for the first quarter ended March 31, 2007. As indicated above, the restatement also will affect the historical financial metrics provided herein for the first quarter 2007 and 2006 due to adjustments other than for stock-based compensation expense.

First Quarter Financial Highlights and Operational Metrics:

$ in Millions, except per share

and % change data

| | Q1 2007 | Q1 2006 | % Change |
|---|---|---|---|
| Total Net Revenue | $314.2 | $272.0 | 16 |
| GAAP Operating Income | $48.0 | $50.2 | (4) |
| GAAP Net Income | $46.2 | $40.9 | 13 |
| GAAP Net Income Per | | | |
| Share (Diluted) | $0.28 | $0.25 | 12 |

**1:07CV00407 (EGS)**

| | | | |
|---|---|---|---|
| Non-GAAP Operating Income* | $84.2 | $72.3 | 16 |
| Non-GAAP Net Income* | $71.6 | $61.5 | 16 |
| Non-GAAP Net Income Per Share* (Diluted) | $0.44 | $0.37 | 19 |
| Deferred Revenue | $894 | $776 | 15 |
| Cash & Equivalents & Investments | $1,342 | $1,138 | 18 |

\* A complete reconciliation of GAAP to non-GAAP results is set forth in the attachment to this press release.

## First Quarter Operating Summary:

North America revenue of $164 million accounted for 52 percent of first quarter 2007 revenue, up 9 percent from $151 million, or 55 percent, of first quarter 2006 revenue. Compared with the first quarter of 2006, revenues from Europe and the Middle East grew by 24 percent, Japan grew by 18 percent, Asia Pacific grew by 35 percent and Latin America grew by 26 percent.

Revenue from corporate customers grew to $185 million in the first quarter of 2007, a 16 percent gain over the same period last year. First-quarter corporate business was driven primarily by execution in our network protection and management businesses, combined with growing sales of McAfee's Total Protection solutions for enterprise and small and medium businesses. During the quarter we closed 226 deals over $100,000, 15 deals over $500,000 and 6 deals over $1.0 million.

Consumer revenue was $129 million in the first quarter of 2007, a 16 percent gain over the same period last year. During the first quarter of 2007 we signed or extended 21 agreements and launched 62 new or enhanced online partners, including extending our relationship with AOL. McAfee also continues to aggressively distribute McAfee SiteAdvisor, the world's first safe search and surf technology, which has already been downloaded approximately 50 million times by Internet users worldwide.

Effective this quarter, management will no longer provide data on bookings. We believe this decision is generally consistent with industry practice and supports our goal to limit the number of non-GAAP financial measures that we report.

"First quarter results were better than expected due to good sales performance across our geographies versus expectations, higher in-period realization rates relating to product mix, and lower market development fund spending," said Eric Brown, chief financial officer and chief operating officer. "As we look to the remainder of 2007, our expectations remain consistent with previous guidance, reflecting the steady trends we see in our business."

## Financial Outlook:

McAfee expects net revenue in the second quarter of 2007 of $295 million to $310 million.

**1:07CV00407 (EGS)**

The Company expects second quarter 2007 GAAP net income of $0.18 to $0.23 per share and non-GAAP net income of $0.33 to $0.38 per share on a diluted basis.

For the full year 2007, McAfee expects net revenue of $1.220 billion to $1.295 billion.

The Company expects full-year 2007 GAAP net income of $1.07 to $1.27 per share and non-GAAP net income of $1.55 to $1.65 per share, each on a diluted basis.

This guidance reflects an assumed 24 percent GAAP tax rate and a 27 percent non-GAAP tax rate. See the reconciliation of projected GAAP net income per share to projected non-GAAP net income per share attached to this press release.

## Balance Sheet and Cash Flow Summary:

The Company's balance sheet at March 31, 2007, included cash, cash equivalents, and investments of $1.342 billion.

Deferred revenue was $894 million at the end of the first quarter of 2007, a 15 percent increase over the first quarter of 2006. Approximately 84 percent of revenue during the first quarter came from recognition of deferred revenue on the balance sheet.

During the first quarter, the Company generated approximately $102 million in cash flow from operations. Days sales outstanding (DSOs) were 42 days.

"With $102 million in cash generated from operations this quarter, more than $1.3 billion in cash, cash equivalents and investments and no debt on the balance sheet, we have a great deal of financial flexibility as we consider ways to build on our position as the leading dedicated security company," said DeWalt. "We intend to apply our security expertise and our financial resources in ways that generate the maximum returns for stockholders."

## Capital Management:

McAfee intends to invest its surplus cash in research and development, small- to mid-size strategic acquisitions that promise to accelerate profitable growth, and in the repurchase of its shares. However, the Company cannot repurchase shares until it files restated financial results. Upon the filing of amended historical financial statements and outstanding reports, the Company may resume share repurchases. McAfee's Board has previously authorized repurchases up to $246 million through October 25, 2007.

## Business Highlights:

- Dave DeWalt, newly named as chief executive officer and president, began a far-reaching effort to meet with customers, partners, employees and stockholders as part of his plans to leverage McAfee's business strategy, relationships and opportunities
- Released McAfee Data Loss Protection Host and announced McAfee Data Loss Prevention Gateway as additions to its Security Risk Management Portfolio, creating the industry's most comprehensive solution for preventing both accidental and malicious loss of confidential data
- Availability of Total Protection for Enterprise to Federal agencies through the government-wide SmartBUY program-a program that allows the Federal government to leverage its purchasing power to secure lower prices for software
- Released the McAfee OK program, a mobile content inspection and certification program that creates a trusted and safe content experience for mobile phone users
- Showcased findings from McAfee Avert Labs that its consumer security software and services have blocked over 1.6 billion pieces of malware since these programs first came into widespread existence starting in the year 2000
- McAfee SiteAdvisor unveiled the "Mapping the Mal Web" research report that offers a global map of the riskiest, and the safest, places to surf and search on the World Wide Web. The study estimates that each month,

**1:07CV00407 (EGS)**

Internet users make more than 550 million clicks to risky Web sites. In addition, McAfee expanded the global reach of McAfee SiteAdvisor Plus to include support for 15 languages and dialects.

- Announced availability of a commissioned research report targeting enterprises. Findings from a global research report, "Datagate: The Next Inevitable Corporate Disaster?", revealed a widespread belief that a major security breach, even an unintentional one, could lead to the collapse of a major corporation. In addition, the Company released findings that reveal mobile operators globally are experiencing more mobile malware attacks than ever before, and spending more time and money on recovery from these attacks. McAfee and MessageLabs also released global research that reveals the majority of small- and medium-sized businesses believe an IT security breach would be detrimental in achieving their business priorities.
- Enterprise customers continued to turn to McAfee for its range of products, including customers who signed contracts in the first quarter such as Continental Airlines and Tenet Healthcare Corporation
- McAfee and VeriSign jointly announced a partnership that will automatically enable consumers using Microsoft Internet Explorer 7 operating on Windows XP to get the new Extended Validation functionality for sites that use VeriSign SSL Certificates
- McAfee and USRobotics® announced they have joined forces to offer enhanced security to users in the U.S. and Canada
- McAfee received third-party validation on its award-winning products:
  - McAfee SecurityAlliance received CMP Technology's VARBusiness magazine's Five-Star rating for the 3rd consecutive year, acknowledging a strong commitment and strength of its global partner program for IT solution providers
  - McAfee VirusScan Enterprise received the ICSA Labs certification for successful completion of testing under ICSA's most rigorous security standards. The product also received a gold medal in the anti-malware category for Information Security Magazine's Readers Choice award.
  - McAfee Policy Enforcer received the top score in a network access control product round-up conducted by InfoWorld Magazine and was named a Reader Trust Award Finalist for Best Security Management by SC Magazine
  - McAfee AntiSpyware Enterprise received top honors in Redmond Magazine's 2007 Readers' Choice Awards and a gold medal from Information Security Magazine for the Reader's Choice award in the anti-malware category
  - McAfee Total Protection for small business received the 2007 Small Business Computing Excellence in Technology Award for network security
  - McAfee SiteAdvisor received the Best Technology Award from Actualidad Economica business magazine in Spain and was acknowledged by the U.S. Department of Commerce with its "Recognition of Excellence in Innovation" honor
  - McAfee won the most awards of any vendor at the 2007 SC Magazine's European Annual Awards dinner. The company won Best Anti-Malware Solution for McAfee Secure Internet Gateway, and Best SME Security Solution for McAfee Total Protection for Small Business . The company also received the highly commended (2nd place) award for Best Security Management Solution for McAfee Policy Enforcer
- McAfee launched the official podcast show of McAfee Avert Labs titled, "AudioParasitics"
- McAfee and the Rochester Institute of Technology completed their third annual computer security competition titled, "Build and Defend Your Digital Fortress"

## Conference Call Information:

- The Company will host a conference call today at 1:30 p.m. Pacific, 4:30 p.m. Eastern to discuss its quarterly results. Participants should call (800) 809-7467 (U.S. toll-free) or (706) 679-4671 (international), conference name: 2126750.
- Attendees should dial in at least 15 minutes prior to the conference call
- A replay of the call will be available until May 10, 2007 by calling (800) 642-1687 (U.S. toll-free) or (706) 645-9291 (international)
- A Web cast of the call may also be found on the Internet through McAfee's Investor Relations Web site at http://investor.mcafee.com

## Disclosure Statements:

1:07CV00407 (EGS)

Non-GAAP net income and non-GAAP operating income for the first quarter ended March 31, 2007, exclude amortization of purchased technology and intangibles expense, non-cash stock-based compensation charges, retention bonuses and severance payments related to acquisitions, gain or loss on sale of assets and technology, restructuring charges, and SEC and compliance costs. Non-GAAP net income assumes an effective tax rate of 27 percent for 2007. Management believes that the 27 percent non-GAAP effective tax rate reflects a long-term normalized tax rate under the global McAfee legal entity and tax structure as of the period end. Management uses non-GAAP net income and non- GAAP operating results to evaluate the Company's operating performance and believes that excluding these items enhances the ability of management and investors to evaluate McAfee's comparable historical operating results.

## Discussion of Non-GAAP Financial Measures:

Management evaluates and makes operating decisions using various performance measures. In addition to our GAAP results, we also consider adjusted gross profit, operating income and net income, which we will refer to as "non-GAAP gross profit," "non-GAAP operating income" and "non-GAAP net income." Non-GAAP gross profit excludes amortization of purchased technology and non-cash stock-based compensation charges. Non-GAAP net income and non- GAAP operating income exclude amortization of purchased technology and intangibles expense, non-cash stock-based compensation charges, retention bonuses and severance payments related to acquisitions, gain or loss on sale of assets and technology, restructuring charges, SEC and compliance costs, provision for income taxes and certain other items. Management used a 27 percent non-GAAP effective tax rate to calculate non-GAAP net income in 2007 and 2006. Management believes that the 27 effective tax rate in each respective period is reflective of a long-term normalized tax rate under the global McAfee legal entity and tax structure as of the respective period end.

Non-GAAP gross profit, non-GAAP operating income and non-GAAP net income are supplemental measures of our performance that are not required by, or presented in accordance with GAAP. The presentation of these non-GAAP financial measures are not intended to be used in isolation and, moreover, they should not be considered as a substitute for gross profit, operating income, net income or any other performance measure determined in accordance with GAAP. We present non-GAAP gross profit, non-GAAP operating income and non-GAAP net income because we consider each to be an important supplemental measure of our performance. Management uses these non-GAAP financial measures to make operational and investment decisions, to evaluate the Company's performance, to forecast and to determine compensation. Further, management believes that both management and investors benefit from referring to these non-GAAP financial measures in assessing the Company's performance when planning, forecasting and analyzing future periods. We further believe that these non-GAAP financial measures are useful to investors in providing greater transparency to the information used by management in its operational decision making.

In calculating non-GAAP gross profit, non-GAAP operating income and non- GAAP net income, management excludes certain items to facilitate its review of the comparability of the Company's operating performance on a period-to-period basis because such items are not, in management's view, related to the Company's ongoing operating performance. Management uses this view of its operating performance for purposes of comparison with its business plan and individual operating budgets and allocation of resources. Additionally, when evaluating potential acquisitions, management excludes the items described above from its consideration of target performance and valuation. See the footnotes to the "Reconciliation of GAAP to Non-GAAP Financial Measures" for a discussion of the specific categories excluded from GAAP net income in the calculation of non-GAAP net income.

We believe that the use of calculating non-GAAP gross profit, non-GAAP operating income and non-GAAP net income also facilitates a comparison of McAfee's underlying operating performance with that of other companies in our industry, which use similar non-GAAP financial measures to supplement their GAAP results. However, calculating non-GAAP gross profit, non-GAAP operating income and non-GAAP net income have limitations as an analytical tool, and you should not consider this measure in isolation or as a substitute for GAAP gross profit, operating income and net income. In the future, we expect to continue to incur expenses similar to certain of the non-GAAP adjustments described above and exclusion of these items in the presentation of our non- GAAP financial measures should not be construed as an inference that all of these costs are unusual, infrequent or non-recurring. Investors and potential investors are cautioned that there are material limitations associated with the use of non-GAAP financial measures as an analytical tool. Some of the limitations in relying on non-GAAP net income are:

**1:07CV00407 (EGS)**

- Amortization of purchased technology and intangibles, though not directly affecting our current cash position, represents the loss in value as the technology in our industry evolves, is advanced or is replaced over time. The expense associated with this loss in value is not included in the non-GAAP net income presentation and therefore does not reflect the full economic effect of the ongoing cost of maintaining our current technological position in our competitive industry which is addressed through our research and development program.
- The Company regularly engages in acquisition and assimilation activities as part of its ongoing business. Therefore we expect to continue to experience acquisition and retention bonuses and in-process research and development charges related to merger and acquisition activity in future periods.
- The Company's income tax expense will be ultimately based on its GAAP taxable income and actual tax rates in effect, which may differ significantly from the 27 percent rate assumed in our non-GAAP financial measures for 2007 and 2006.
- Other companies, including other companies in our industry, may calculate non-GAAP net income differently than we do, limiting its usefulness as a comparative tool.

In addition, many of the adjustments to our GAAP financial measures reflect the exclusion of items that are recurring and will be reflected in the Company's financial results for the foreseeable future. The Company compensates for these limitations by providing specific information regarding the GAAP amounts excluded from the non-GAAP financial measures. The Company further compensates for the limitations of our use of non-GAAP financial measures by presenting comparable GAAP measures more prominently. The Company evaluates the non-GAAP financial measures together with the most directly comparable GAAP financial measure.

Investors and potential investors are encouraged to review the reconciliation of non-GAAP financial measures contained within this press release with our GAAP net income. For more information, see the consolidated statements of income and the "Reconciliation of GAAP to Non-GAAP Financial Measures" contained in this press release.

## Forward-Looking Statements:

This release contains forward-looking statements, which include those regarding the preliminary unaudited results for the first quarter ended March 31, 2007 and guidance on expected operating results for the second quarter and full year 2007, the anticipated timing for McAfee's filing of the restatements of its historical financial statements and related periodic reports, expectations regarding McAfee's business strategy, relationships and opportunities, the benefits of McAfee's security solutions, expectations regarding the application of McAfee's security expertise and financial resources and the intended use of surplus cash. Actual results could vary, perhaps materially, and the expected results may not occur. In particular, McAfee may be required to make adjustments to its unaudited preliminary first quarter results, as well as to its financial results previously reported for prior periods, as a result of its review into past stock option grants and the announced restatement. In addition, actual results are subject to other risks, including that McAfee may not achieve its planned revenue realization rates, succeed in its efforts to grow its business or combat effectively the security threats of the future, build upon its technology leadership, leverage its relationships and opportunities to the degree expected, or capture market share, notwithstanding related commitment or related investment. The Company may not benefit from its strategic alliances or partnerships as anticipated, customers may not respond as favorably as anticipated to the Company's product or technical support offerings, the Company's product and service offerings may not continue to interoperate effectively with newly developed operating systems, including Microsoft's Windows Vista, or the Company may not satisfactorily anticipate or meet its customers' needs or expectations. Actual results are also subject to a number of other factors, including customer and distributor demand fluctuations and macro and other economic conditions both in the United States and internationally. The forward-looking statements contained in this release are also subject to other risks and uncertainties, including those more fully described in McAfee's filings with the SEC including its annual report on Form 10-K for the year ended December 31, 2005, and its quarterly report filed on Form 10-Q for the first quarter of 2006.

## Financial Tables:

The completion of the ongoing review of past stock option grants will result in prior period non-cash stock compensation charges and related tax effects and is expected to result in other adjustments which will affect the preliminary unaudited GAAP and non GAAP results and full year guidance reported in this release. Therefore, all results reported in this release are unaudited and should be considered preliminary until the Form 10-Q for the first

**1:07CV00407 (EGS)**

quarter ended March 31, 2007 is filed with the SEC.

## About McAfee, Inc.

McAfee, Inc., the leading dedicated security technology company, headquartered in Santa Clara, California, delivers proactive and proven solutions and services that secure systems and networks around the world. With its unmatched security expertise and commitment to innovation, McAfee empowers home users, businesses, the public sector, and service providers with the ability to block attacks, prevent disruptions, and continuously track and improve their security. www.mcafee.com

NOTE: McAfee, SiteAdvisor, IntruShield, SiteAdvisor, Hercules, Citadel, Foundstone, VirusScan, and Avert, OK, Policy Enforcer, Total Protection, AntiSpyware and SecurityAlliance are registered trademarks or trademarks of McAfee, Inc. and/or its affiliates in the US United States and/or other countries. McAfee Red in connection with security is distinctive of McAfee brand products. All other registered and unregistered trademarks herein are the sole property of their respective owners.

McAFEE, INC. AND SUBSIDIARIES

CONDENSED CONSOLIDATED BALANCE SHEETS

(in thousands)

(Preliminary and unaudited)

|  | March 31, | December 31,(1) |
|  | 2007 | 2006 |
| --- | --- | --- |
| Assets: |  |  |
| Cash and marketable securities | $1,342,327 | $1,240,169 |
| Restricted cash | 598 | 950 |
| Accounts receivable, net | 146,774 | 170,655 |
| Prepaid expenses, income taxes |  |  |
| and other current assets | 155,968 | 163,752 |
| Property and equipment, net | 94,245 | 91,977 |
| Deferred taxes | 580,994 | 461,184 |
| Goodwill, intangibles and |  |  |
| other long term assets, net | 671,435 | 671,722 |
| Total assets | $2,992,341 | $2,800,409 |

**1:07CV00407 (EGS)**

Liabilities:

| | | |
|---|---|---|
| Accounts payable | $37,810 | $35,652 |
| Accrued liabilities | 234,321 | 285,994 |
| Deferred revenue | 893,896 | 894,568 |
| Accrued taxes and other long term liabilities | 62,356 | 133,118 |
| Total liabilities | 1,228,383 | 1,349,332 |

Stockholders' Equity:

| | | |
|---|---|---|
| Common stock | 1,726 | 1,726 |
| Treasury stock | (303,270) | (303,074) |
| Additional paid-in capital (2) | 1,691,229 | 1,450,049 |
| Deferred stock-based compensation | -- | -- |
| Accumulated other comprehensive income | 29,688 | 28,662 |
| Retained earnings (2) | 344,585 | 273,714 |
| Total stockholders' equity | 1,763,958 | 1,451,077 |
| Total liabilities and stockholders' equity | $2,992,341 | $2,800,409 |

(1) As previously disclosed, the completion of the restatement of our historical financial statements will result in prior-period, non-cash stock compensation charges and related tax effects and in other adjustments to certain balance sheet and income statement items that will affect our previously reported results as well as our preliminary unaudited results reported in this release. As noted below, certain of these prior period adjustments have been reflected in our preliminary balance sheets as of December 31, 2006 and March 31, 2007:

**1:07CV00407 (EGS)**

McAfee®, about - McAfee, Inc. Reports Preliminary First Quarter Revenue of $314 million. Page 9 of 21

Case 1:07-cv-00407-EGS    Document 7    Filed 03/21/2007    Page 36 of 96

Prior-period

Adjustments

(in thousands)

Estimated increase to total assets, primarily

related to tax effects of adjustments to

liabilities and equity                          $1,102


Estimated decrease to total liabilities,

primarily related to decreased foreign

tax liabilities and deferred revenue, net

of increases related to legal settlements

and payroll taxes                               ($2,134)


Estimated non-cash compensation charge

associated with acceleration of unvested stock

options held by former chief executive officer

in the fourth quarter of 2006, estimated

non-cash compensation benefit for correction

of options modified in the fourth quarter of

2006 and estimated retained earnings impact

as a result of above adjustments                3,236


Estimated increase to total liabilities

and stockholders' equity                        $1,102


While these prior period adjustments have been reflected in the

preliminary balance sheets reported in this release, they have not been

**1:07CV00407 (EGS)**

reflected in our income statement for the three months ended March 31, 2006.

We expect both these balance sheet and income statement results to change, perhaps materially, pending completion of our restatement of our historical financial statements.

(2) As of January 1, 2007, the Company adopted the provisions of FASB Interpretation No. 48, "Accounting for Uncertainty in Income Taxes". As a result of the implementation, we recognized a decrease of $126 million in the liability for unrecognized tax benefits, of which $101 million was accounted for as an increase to the January 1, 2007 balance of additional paid-in capital and $25 million was accounted for as an increase to the January 1, 2007 balance of retained earnings.

McAFEE, INC. AND SUBSIDIARIES

CONDENSED CONSOLIDATED STATEMENTS OF INCOME

(in thousands, except per share data)

(Preliminary and unaudited)

| | Three Months Ended March 31, | |
| --- | --- | --- |
| | 2007 | 2006 |
| Net revenue | $314,234 | $271,967 |
| Cost of net revenue (1) | 61,422 | 48,276 |
| Amortization of purchased technology | 7,812 | 3,841 |

**1:07CV00407 (EGS)**

| | | |
|---|---:|---:|
| Gross profit | 245,000 | 219,850 |
| | | |
| Operating costs: | | |
| Research and development (1) | 50,745 | 43,686 |
| Marketing and sales (1) | 89,152 | 84,958 |
| General and administrative (1) | 43,973 | 36,294 |
| SEC and compliance costs | 5,052 | 420 |
| Restructuring charges | 3,126 | 551 |
| Amortization of intangibles | 2,677 | 2,793 |
| Acquisition retention bonuses and severance | 2,250 | 919 |
| (Gain) loss on sale/disposal of assets and technology | (8) | 24 |
| Total operating costs | 196,967 | 169,645 |
| Income from operations | 48,033 | 50,205 |
| Interest and other income, net | 13,955 | 11,934 |

**1:07CV00407 (EGS)**

| | | |
|---|---|---|
| Income before provision for income taxes | 61,988 | 62,139 |
| Provision for income taxes | 15,819 | 21,249 |
| Net income | $46,169 | $40,890 |
| Net income per share - basic | $0.29 | $0.25 |
| Net income per share - diluted | $0.28 | $0.25 |
| Shares used in per share calculation - basic | 159,799 | 164,940 |
| Shares used in per share calculation - diluted | 163,238 | 166,833 |

(1)  As of January 1, 2006, the Company accounts for stock compensation

expense under SFAS 123R, "Share-Based Payment", which requires stock

compensation expense to be recognized based on grant date fair value.

Cash and non-cash stock-based compensation charges are included as

follows:

| | | |
|---|---|---|
| Cost of net revenue | $953 | $924 |
| Research and development | 3,578 | 3,560 |
| Marketing and sales | 5,549 | 4,800 |
| General and administrative | 5,396 | 4,287 |
| | $15,476 | $13,571 |

McAFEE, INC. AND SUBSIDIARIES

**1:07CV00407 (EGS)**

RECONCILIATION OF GAAP TO NON-GAAP FINANCIAL MEASURES

(in thousands, except per share data)

(Preliminary and unaudited)

|  | Three Months Ended March 31, | |
| --- | --- | --- |
|  | 2007 | 2006 |
| **Net revenue:** | | |
| GAAP net revenue | $314,234 | $271,967 |
| **Gross profit:** | | |
| GAAP gross profit | $245,000 | $219,850 |
| Non-cash stock-based compensation charges (A) | 949 | 924 |
| Amortization of purchased technology (B) | 7,812 | 3,841 |
| Non-GAAP gross profit | $253,761 | $224,615 |
| **Operating income:** | | |
| GAAP operating income | $48,033 | $50,205 |
| Non-cash stock-based compensation charges (A) | 15,245 | 13,571 |
| Amortization of purchased technology (B) | 7,812 | 3,841 |
| SEC and compliance costs (C) | 5,052 | 420 |
| Restructuring charges (D) | 3,126 | 551 |
| Amortization of intangibles (B) | 2,677 | 2,793 |
| Acquisition retention bonuses and severance (E) | 2,250 | 919 |
| (Gain) loss on sale/disposal of | | |

**1:07CV00407 (EGS)**

| | | | |
|---|---|---|---|
| assets and technology | (F) | (8) | 24 |
| | | | |
| Non-GAAP operating income | | $84,187 | $72,324 |

Net income:

| | | | |
|---|---|---|---|
| GAAP net income | | $46,169 | $40,890 |
| Non-cash stock-based compensation charges | (A) | 15,245 | 13,571 |
| Amortization of purchased technology | (B) | 7,812 | 3,841 |
| SEC and compliance costs | (C) | 5,052 | 420 |
| Restructuring charges | (D) | 3,126 | 551 |
| Amortization of intangibles | (B) | 2,677 | 2,793 |
| Acquisition retention bonuses and severance | (E) | 2,250 | 919 |
| (Gain) loss on sale/disposal of | | | |
| assets and technology | (F) | (8) | 24 |
| Provision for income taxes | (G) | 15,819 | 21,249 |
| | | | |
| Non-GAAP income before provision | | | |
| for income taxes | | $98,142 | $84,258 |
| | | | |
| Non-GAAP provision for income taxes | (H) | 26,498 | 22,750 |
| Non-GAAP net income | | $71,644 | $61,508 |

Net income per share - diluted: *

| | | | |
|---|---|---|---|
| GAAP net income per share - diluted | | $0.28 | $0.25 |
| Non-cash stock-based compensation | | | |
| adjustment per share | (A) | 0.09 | 0.08 |
| Other adjustments per share | (B)-(H) | 0.06 | 0.04 |

**1:07CV00407 (EGS)**

Non-GAAP net income per

share - diluted            $0.44    $0.37

Shares used to compute Non-GAAP net

income per share - diluted:        163,238   166,833

* Non-GAAP net income per share is computed independently for each period

    presented.  The sum of GAAP net income per share and non-GAAP

    adjustments may not equal non-GAAP net income per share due to rounding

    differences.

This presentation includes non-GAAP measures.  Our non-GAAP measures are

not meant to be considered in isolation or as a substitute for comparable

GAAP measures, and should be read only in conjunction with our

consolidated financial statements prepared in accordance with GAAP.  For

detailed explanation of the adjustments made to comparable GAAP measures,

the reasons why management uses these measures, the usefulness of these

measures and the material limitations on the usefulness of these measures,

see items (A) through (H).

Items (A) through (H) on the "Reconciliation of GAAP to Non-GAAP Financial

Measures" table are listed to the right of certain categories under "Gross

Profit," "Operating Income," "Net Income" and "Net Income per Share"

correspond to the categories explained in further detail below under

paragraphs (A) through (H).

    While we currently do not believe a non-GAAP net revenue metric is

meaningful, GAAP net revenue has been provided to enable an understanding of

**1:07CV00407 (EGS)**

Case 1:07-cv-00407-EGS    Document 7    Filed 05/21/2007    Page 43 of 96

the relationships between GAAP net revenue and the GAAP and non-GAAP financial measures included in the table above. As an example, this facilitates non-GAAP expense to revenue analysis. The non-GAAP financial measures are non-GAAP gross profit, non-GAAP operating income, non-GAAP net income and non-GAAP net income per share - diluted, which adjust for the following items: non-cash stock-based compensation, amortization of purchased technology and intangibles, SEC and compliance costs, restructuring (benefits) charges, acquisition retention bonuses and severance, loss/gain on sale/disposal of assets and technology, in-process research and development, income taxes and certain other items. We believe that the presentation of these non-GAAP financial measures is useful to investors, and such measures are used by our management, for the reasons associated with each of the adjusting items as described below:

(A)  Non-cash stock-based compensation charges consist of non-cash charges relating to employee stock options, restricted stock awards and units, and employee stock purchase plan awards determined in accordance with SFAS 123R, beginning January 1, 2006. Because of varying available valuation methodologies, subjective assumptions and the variety of award types, the Company believes that the exclusion of non-cash stock-based compensation allows for more accurate comparisons of our operating results to our peer companies, and for a more accurate comparison of our financial results to previous periods. In addition, the Company believes it is useful to investors to understand the specific impact of the application of SFAS 123R on our operating results.

(B)  Amortization of purchased technology and intangibles expense are non-cash charges that can be impacted by the timing and magnitude of

1:07CV00407 (EGS)

our acquisitions.  The Company considers its operating results

without these charges when evaluating its ongoing performance and/or

predicting its earnings trends, and therefore excludes such charges

when presenting non-GAAP financial measures.  The Company believes

the assessment of its operations excluding these costs is relevant to

its assessment of internal operations and comparisons to the

performance of other companies in its industry.

(C)  SEC and compliance costs are charges related to discrete and unusual

events where the Company has incurred significant compliance costs

and which, in the Company's view are not ordinary course.  Recent

examples of such charges include (i) the Company's engagement through

September 2006 of independent consultants to examine and recommend

improvements to its internal controls to ensure compliance with

federal securities laws as required by the Company's January 2006

settlement with the SEC, and (ii) costs related to the currently

ongoing special committee investigation into the Company's past stock

option practices.  The Company's management excludes these costs when

evaluating its ongoing performance and/or predicting its earnings

trends, and therefore excludes these charges when presenting non-GAAP

financial measures.  Further, the Company believes it is useful to

investors to understand the specific impact of these charges on its

operating results.

(D)  Restructuring charges include excess facility and asset-related

restructuring charges and severance costs resulting from reductions

of personnel driven by modifications to the Company's business

strategy, such as acquisitions or divestitures.  These costs may vary

in size based on the Company's restructuring plan.  In addition, the

Company's assumptions are continually evaluated, which may increase

**1:07CV00407 (EGS)**

or reduce the charges in a specific period. The Company's management

excludes these costs when evaluating its ongoing performance and/or

predicting its earnings trends, and therefore excludes these charges

when presenting non-GAAP financial measures.

(E) Acquisition retention bonuses and severance vary significantly in

size and amount and are disregarded by the Company's management when

evaluating and predicting earnings trends because these charges are

specific to prior acquisitions, and are therefore excluded by the

Company when presenting non-GAAP financial measures.

(F) (Gain) loss on sale/disposal of assets and technology relate to the

sale or disposal of assets or product lines of the Company. These

gains or losses can vary significantly in size and amount. The

Company's management excludes these costs when evaluating its ongoing

performance and/or predicting its earnings trends, and therefore

excludes these charges when presenting non-GAAP financial measures.

In addition, in periods where the Company realizes gains or incurs

losses on the sale of assets and/or technology, the Company believes

it is useful to investors to highlight the specific impact of these

charges on its operating results.

(G) Provision for income taxes is our GAAP provision that must be added

back to GAAP net income to reconcile to non-GAAP income before taxes.

The effective tax rate differs from the statutory rate primarily due

to the impact of foreign tax credits and lower effective rates in

some overseas jurisdictions.

(H) Non-GAAP provision for income taxes. The Company's management used a

27% non-GAAP effective tax rate to calculate non-GAAP net income in

2007 and 2006, respectively. Management believes that the 27%

effective tax rate in each respective period is reflective of a

**1:07CV00407 (EGS)**

long-term normalized tax rate under the global McAfee legal entity

and tax structure as of the respective period end.

McAFEE, INC. AND SUBSIDIARIES

PROJECTED GAAP REVENUE AND RECONCILIATION OF PROJECTED

GAAP NET INCOME PER SHARE TO PROJECTED NON-GAAP NET INCOME PER SHARE

(in millions, except per share data)

(Preliminary and unaudited)

|  | Q2 FY'07 | FY'07 |
|---|---|---|
| Projected GAAP revenue range | $295M - $310M | $1,220M - $1,295M |
| Projected net income per share reconciliation: |  |  |
| Projected GAAP net income per share range - diluted | $0.18 - $0.23 | $1.07 - $1.27 |
| Add back: |  |  |
| Projected non-cash stock-based compensation adjustment per share, net of tax (1) | $0.05 - $0.09 | $0.27 - $0.37 |
| Projected other adjustments per share, net of tax (2) | $0.05 - $0.11 | $0.06 - $0.16 |
| Projected non-GAAP net income per share range - diluted* | $0.33 - $0.38 | $1.55 - $1.65 |

**1:07CV00407 (EGS)**

\* We believe that providing a forecast of the non-GAAP items set forth

above is useful to investors, and such items are used by our

management, for the reasons associated with each of the adjusting items

as described below.


(1)  Non-cash stock-based compensation charges consist of non-cash charges

relating to employee stock options, restricted stock awards and

units, and employee stock purchase plan purchases determined in

accordance with SFAS 123R.  Because of varying available valuation

methodologies, subjective assumptions and the variety of award types,

the Company believes that the exclusion of stock-based compensation

allows for more accurate comparisons of our operating results to our

peer companies, and for a more accurate comparison of our financial

results to previous periods. In addition, the Company believes it is

useful to investors to understand the specific impact of the

application of SFAS 123R on our operating results.


(2)  Other adjustments include amortization of purchased technology and

intangibles, SEC and compliance costs, restructuring charges,

acquisition retention bonuses and severance, loss/gain on sale of

assets and technology, income taxes and certain other items. We

exclude these expenses because we believe they are not directly

related to the operation of our business.  A more detailed

explanation of the reasons why we exclude these categories from our

GAAP net income is contained in paragraphs (B) through (H) above

under the table entitled "Reconciliation of GAAP to Non-GAAP

Financial Measures."

**1:07CV00407 (EGS)**

McAFEE, INC. AND SUBSIDIARIES

Consolidated Revenue by Product Groups - Press Release - Total

Consolidated (in thousands)

| | Q1 2007 | | Q4 2006 | | Q3 2006 | | Q2 2006 | | Q1 2006 | |
|---|---|---|---|---|---|---|---|---|---|---|
| McAfee Corporate | $185,165 | 59% | $173,134 | 57% | $167,969 | 58% | $166,183 | 60% | $160,280 | 59% |
| McAfee Consumer | $129,069 | 41% | $132,082 | 43% | $119,811 | 42% | $111,181 | 40% | $111,687 | 41% |
| Total MFE | $314,234 | 100% | $305,216 | 100% | $287,780 | 100% | $277,364 | 100% | $271,967 | 100% |

SOURCE McAfee, Inc.

Rate this page

**1:07CV00407 (EGS)**

# EXHIBIT E

**Lexis.com search**

**Strategy:**
**((backdat! or back dat!) and (stock option or stock)) and date after 12/31/05**

**Results:**
| | |
|---|---|
| **Washington Post** | **116** |
| **Washington Times** | **4** |
| **San Francisco Chronicle** | **115** |
| **San Jose Mercury News** | **436** |

=================================================================

1. Focus in Apple's options scandal shifts to its board, THE SAN FRANCISCO CHRONICLE (California), May 3, 2007 Thursday,  FINAL Edition, NEWS; Pg. A1, 1858 words, Jessica Guynn, Chronicle Staff Writer

2. LEGAL,  The Washington Post, May 1, 2007 Tuesday,  Suburban Edition, FINANCIAL; Pg. D02, 678 words

3. David Stockman's Reply-Side Strategy,  The Washington Post, April 27, 2007 Friday,  Suburban Edition, FINAN-CIAL; Pg. D01, 1217 words, Carrie Johnson; Washington Post Staff Writer, NEW YORK

4. As profit jumps, Jobs has support;  Apple directors praise his 'integrity' and 'ability to lead',  THE SAN FRANCISCO CHRONICLE (California), April 26, 2007 Thursday,  FINAL Edition, BUSINESS; Pg. C1, 665 words, Ellen Lee, Chronicle Staff Writer

5. Sunrise Suspends CFO Over Missing Records,  The Washington Post, April 26, 2007 Thursday,  Met 2 Edition, FI-NANCIAL; Pg. D01, 469 words, David S. Hilzenrath; Washington Post Staff Writer

6. AIRLINES,  The Washington Post, April 26, 2007 Thursday,  Regional Edition, FINANCIAL; Pg. D02, 552 words

7. JOBS WAS WARNED, EX-APPLE EXEC SAYS;  Co-founder's name resurfaces in SEC suit over backdating,  THE SAN FRANCISCO CHRONICLE (California), April 25, 2007 Wednesday,  FINAL Edition, NEWS; Pg. A1, 2011 words, Jessica Guynn, Chronicle Staff Writer

8. Apple's Former CFO Settles Options Case;  Finance Official Ties CEO Jobs To Stock Backdating Plan,  The Wash-ington Post, April 25, 2007 Wednesday,  Suburban Edition, FINANCIAL; Pg. D01, 802 words, Carrie Johnson and Alan Sipress; Washington Post Staff Writers

9. Ex-Apple execs in SEC sights;  Deal likely with former CFO; counsel faces suit,  THE SAN FRANCISCO CHRONICLE (California), April 24, 2007 Tuesday,  FINAL Edition, BUSINESS; Pg. C1, 1011 words, Jessica Guynn, Chronicle Staff Writer

10. AFL-CIO Goes After 6 Verizon Directors;  Campaign Tests Shareholder Rights,  The Washington Post, April 20, 2007 Friday,  Suburban Edition, FINANCIAL; Pg. D01, 880 words, Tomoeh Murakami Tse; Washington Post Staff Writer, NEW YORK, April 19

11. Nacchio Guilty of Insider Trading;  Former Qwest Chief to Appeal,  The Washington Post, April 20, 2007 Friday Correction Appended,  Suburban Edition, FINANCIAL; Pg. D01, 766 words, Carrie Johnson; Washington Post Staff Writer

12. Wall Street Journal Names New Editor,  The Washington Post, April 19, 2007 Thursday,  Regional Edition, STYLE; Pg. C08, 452 words, Howard Kurtz; Washington Post Staff Writer

13. Jobs: $1 in salary, nearly $1 billion in stock;  CEO's 2003 Apple equity grant fully vested in 2006, expanding ownership stake, THE SAN FRANCISCO CHRONICLE (California), April 17, 2007 Tuesday,  FINAL Edition, BUSINESS; Pg. B3, 475 words, Jessica Guynn, Chronicle Staff Writer

14. Wall Street Journal Takes Two Pulitzer Prizes;  University of Maryand's Roberts Wins in History Category; Post Has Five Finalists, The Washington Post, April 17, 2007 Tuesday  Correction Appended,  Suburban Edition, A-SECTION; Pg. A12, 801 words, Howard Kurtz; Washington Post Staff Writer

15. Justice Dept. criticized S.F. prosecutor, papers show;  Memo suggests Ryan was fired for running a 'fractured' office, THE SAN FRANCISCO CHRONICLE (California), April 14, 2007 Saturday,  FINAL Edition, NEWS; Pg. A1, 1014 words, Bob Egelko, Chronicle Staff Writer

16. SEC Shift May Lead To Lower Penalties;  Policy Addresses Firms' Culpability, The Washington Post, April 13, 2007 Friday,  Suburban Edition, FINANCIAL; Pg. D01, 600 words, Carrie Johnson; Washington Post Staff Writer

17. Timely tips as tax deadline nears, THE SAN FRANCISCO CHRONICLE (California), April 12, 2007 Thursday, FINAL Edition, BUSINESS; NET WORTH; Pg. C1, 1421 words, Kathleen Pender

18. Revolving Door, The Washington Post, April 8, 2007 Sunday,  Every Edition, FINANCIAL; Pg. F03, 182 words

19. Additional `Letters to the Editor', San Jose Mercury News (California), April 6, 2007 Friday, 859 words, From the readers of the Mercury News

20. Four finalists for U.S. Attorney job in San Francisco, San Jose Mercury News (California), April 6, 2007 Friday, 538 words, Howard Mintz, Mercury News

21. Stocks End Holiday Week Up Ahead of Employment Report, The Washington Post, April 6, 2007 Friday,  Regional Edition, FINANCIAL; Pg. D05, 348 words, Associated Press, NEW YORK, April 5

22. SAN FRANCISCO;  Interim U.S. attorney says he's not a candidate for permanent job, THE SAN FRANCISCO CHRONICLE (California), April 5, 2007 Thursday,  FINAL Edition, BAY AREA; Pg. B2, 372 words, Bob Egelko, Chronicle Staff Writer

23. TECH CHRONICLES;  A daily dose of postings from The Chronicle's technology blog (sfgate.com;  blogs;  tech), THE SAN FRANCISCO CHRONICLE (California), April 5, 2007 Thursday,  FINAL Edition, BUSINESS; TECH CHRONICLES; Pg. C1, 908 words, Verne Kopytoff, Ellen Lee, Ben Pimentel, Jessica Guynn

24. U.S. attorney not letting up on backdating;  Interim S.F. leader says he will maintain task force that is investigating stock options, THE SAN FRANCISCO CHRONICLE (California), April 5, 2007 Thursday,  FINAL Edition, BUSINESS; Pg. C1, 663 words, Jessica Guynn, Chronicle Staff Writer

25. Former S.F. federal prosecutor joins law firm, San Jose Mercury News (California), April 3, 2007 Tuesday, 282 words, Howard Mintz, Mercury News

26. Revolving Door, The Washington Post, April 1, 2007 Sunday,  Every Edition, FINANCIAL; Pg. F03, 209 words

27. Investors, child advocates laud boardroom coup at Take-Two, San Jose Mercury News (California), March 30, 2007 Friday, 1072 words

28. ACCOUNTING, The Washington Post, March 30, 2007 Friday,  Suburban Edition, FINANCIAL; Pg. D02, 813 words

29. Ex-Atmel CEO launches battle to regain control of company;  PERLEGOS TO NOMINATE SLATE OF NEW DIRECTORS, San Jose Mercury News (California), March 28, 2007 Wednesday, 1039 words, Therese Poletti, Mercury News

30. LEGAL,  The Washington Post, March 28, 2007 Wednesday,   Suburban Edition, FINANCIAL; Pg. D02, 893 words

31. Will autumn of 2001 lead to Jobs' fall?;  His options were backdated to just before Apple's announcement about first iPod, THE SAN FRANCISCO CHRONICLE (California), March 25, 2007 Sunday,   FINAL Edition, BUSINESS; Pg. D1, 1542 words, Jessica Guynn, Ellen Lee, Chronicle Staff Writers

32. U.S. judge opens trial in Nvidia suit to reporters,  San Jose Mercury News (California), March 23, 2007 Friday, 530 words, Therese Poletti, Mercury News

33. U.S. judge opens trial in Nvidia suit to reporters,  San Jose Mercury News (California), March 23, 2007 Friday, 540 words, Therese Poletti, Mercury News

34. Shareholders amend KLA-Tencor suit;  Plaintiffs' spokeswoman: 'The executives essentially gamed the system' to get more, THE SAN FRANCISCO CHRONICLE (California), March 22, 2007 Thursday,   FINAL Edition, BUSINESS; Pg. C1, 1247 words, Jessica Guynn, Chronicle Staff Writer

35. High-stakes trial involving Nvidia set to get under way Wednesday,  San Jose Mercury News (California), March 21, 2007 Wednesday, 648 words, Therese Poletti, Mercury News

36. High-stakes trial involving Nvidia set to get under way Wednesday,  San Jose Mercury News (California), March 21, 2007 Wednesday, 648 words, Therese Poletti, Mercury News

37. Trial to pit Nvidia against creditors in chip merger,  San Jose Mercury News (California), March 21, 2007 Wednesday, 660 words, Therese Poletti, Mercury News

38. Pixar probe confirms backdating, clears Jobs;  NO `DELIBERATE' MISCONDUCT, DISNEY ASSERTS,  San Jose Mercury News (California), March 19, 2007 Monday, 499 words, Nicole C. Wong, Mercury News

39. Insiders: Buying on the bad news;  3 COMPANIES DRAW INTEREST FROM INVESTORS,  San Jose Mercury News (California), March 19, 2007 Monday, 489 words, Chris O'Brien, Mercury News

40. Can this man reinvent McAfee?,  THE SAN FRANCISCO CHRONICLE (California), March 18, 2007 Sunday, FINAL Edition, BUSINESS; Pg. D1, 1839 words, Jessica Guynn, Chronicle Staff Writer

41. When Seeking Tax Breaks, Every Little Bit Helps,  The Washington Post, March 18, 2007 Sunday,   Every Edition, FINANCIAL; Pg. F04, 1800 words, Kathleen Day; Washington Post Staff Writer

42. Disney clears Pixar's Jobs;  Internal investigation finds no wrongdoing in backdated options,  THE SAN FRANCISCO CHRONICLE (California), March 17, 2007 Saturday,   FINAL Edition, BUSINESS; Pg. C1, 559 words, Ellen Lee, Jessica Guynn, Chronicle Staff Writers

43. Pixar clears Jobs in options probe,  San Jose Mercury News (California), March 17, 2007 Saturday, 491 words, Nicole C. Wong, Mercury News

44. Network Appliance sued for allegedly backdating stock options,  San Jose Mercury News (California), March 16, 2007 Friday, 940 words, Scott Duke Harris, Mercury News

45. Network Appliance sued over options;  SHAREHOLDERS CONTEST COMPANY'S CLAIM TO BE 'CLEAN' ON BACKDATING,  San Jose Mercury News (California), March 16, 2007 Friday, 917 words, Scott Duke Harris, Mercury News

46. Network Appliance sued over options; SHAREHOLDERS CONTEST COMPANY'S CLAIM TO BE 'CLEAN' ON BACKDATING,  San Jose Mercury News (California), March 16, 2007 Friday, 917 words, Scott Duke Harris, Mercury News

47. Apple, Disney's Pixar offer to help clean up employees' stock-option mess;  PLUS: BIG DEAL FOR S.F.'S 52-STORY BANK OF AMERICA TOWER; HP TO BUY BACK $8B IN STOCK,  San Jose Mercury News (California), March 16, 2007 Friday, 745 words, Frank Michael Russell, Mercury News

48. Apple, Disney's Pixar offer to help clean up employees' stock-option mess;  PLUS: BIG DEAL FOR S.F.'S 52-STORY BANK OF AMERICA TOWER; HP TO BUY BACK $8B IN STOCK,  San Jose Mercury News (California), March 16, 2007 Friday, 745 words, Frank Michael Russell, Mercury News

49. HP Investors Reject 'Proxy Access';  Proposal Would Have Opened Up Board-Nominating Process,  The Washington Post, March 15, 2007 Thursday,   Met 2 Edition, FINANCIAL; Pg. D02, 725 words, Tomoeh Murakami Tse; Washington Post Staff Writer

50. Two executives resign from Juniper Networks,  San Jose Mercury News (California), March 14, 2007 Wednesday, 544 words, Mark Schwanhausser, Mercury News

51. Juniper says 2 executives to step down amid changes,  San Jose Mercury News (California), March 14, 2007 Wednesday, 554 words, Mark Schwanhausser, Mercury News

52. Juniper says 2 executives to step down amid changes,  San Jose Mercury News (California), March 14, 2007 Wednesday, 554 words, Mark Schwanhausser, Mercury News

53. Two executives resign from Juniper Networks,  San Jose Mercury News (California), March 13, 2007 Tuesday, 272 words, Mark Schwanhausser, Mercury News

54. Majority of Juniper's option grants tainted,  San Jose Mercury News (California), March 12, 2007 Monday, 658 words, Mark Schwanhausser and Troy Wolverton, Mercury News

55. Leading valley law firm prospers amid its legal storms,  San Jose Mercury News (California), March 12, 2007 Monday, 997 words, Scott Duke Harris, Mercury News

56. Majority of Juniper's option grants tainted,  San Jose Mercury News (California), March 12, 2007 Monday, 658 words, Mark Schwanhausser and Troy Wolverton, Mercury News

57. Leading valley law firm prospers amid its legal storms,  San Jose Mercury News (California), March 12, 2007 Monday, 997 words, Scott Duke Harris, Mercury News

58. Firm synonymous with valley prospers amid its legal storms,  San Jose Mercury News (California), March 11, 2007 Sunday, BU; Pg. 1, 986 words, Scott Duke Harris, Mercury News

59. Senate asks HP for options info;  Request concerns Mercury Interactive, which company acquired in November, THE SAN FRANCISCO CHRONICLE (California), March 10, 2007 Saturday,   FINAL Edition, BUSINESS; Pg. C1, 391 words, Benjamin Pimentel, Chronicle Staff Writer

60. Juniper discloses more detail about options probe,  San Jose Mercury News (California), March 10, 2007 Saturday, 644 words, Mark Schwanhausser and Troy Wolverton, Mercury News

61. Ex-Brocade official seeks separate backdating trial,  San Jose Mercury News (California), March 10, 2007 Saturday, BU; Pg. 3, 288 words, Bloomberg News

62. Most Juniper options tainted;  NETWORKING FIRM ADJUSTS DATES FOR 76% DURING 5 1/2-YEAR PE-RIOD,  San Jose Mercury News (California), March 10, 2007 Saturday, BU; Pg. 1, 648 words, Mark Schwanhausser and Troy Wolverton, Mercury News

63. Most Juniper options tainted;  NETWORKING FIRM ADJUSTS DATES FOR 76% DURING 5 1/2-YEAR PE-RIOD,  San Jose Mercury News (California), March 10, 2007 Saturday, BU; Pg. 1, 648 words, Mark Schwanhausser and Troy Wolverton, Mercury News

64. INSURANCE Katrina Suit Settl ...,  The Washington Post, March 7, 2007 Wednesday,   Final Edition, Financial; D02, 803 words

65. TECH CHRONICLES;  A daily dose of postings from The Chronicle's technology blog (sfgate.com;  blogs;  tech), THE SAN FRANCISCO CHRONICLE (California), March 6, 2007 Tuesday,   FINAL Edition, BUSINESS; TECH CHRONICLES; Pg. B1, 1181 words, Verne Kopytoff, Al Saracevic, Jessica Guynn, Ralph Hermansson

66. DAILY DIGEST,  THE SAN FRANCISCO CHRONICLE (California), March 6, 2007 Tuesday,   FINAL Edition, BUSINESS; DAILY DIGEST; Pg. B2, 324 words, Jessica Guynn, Pia Sarkar

67. McAfee hires new CEO, looks to restore image,  San Jose Mercury News (California), March 6, 2007 Tuesday, 562 words, Mark Schwanhausser, Mercury News

68. McAfee hires new CEO;  SOFTWARE EXECUTIVE SELECTED TO LEAD SANTA CLARA COMPANY,  San Jose Mercury News (California), March 6, 2007 Tuesday, BU; Pg. 1, 552 words, Mark Schwanhausser, Mercury News

69. BlackBerry Head Ousted;  Earnings to Be Restated,  The Washington Post, March 6, 2007 Tuesday,   Final Edition, Financial; D03, 306 words, Chris Fournier and Ville Heiskanen, Bloomberg News

70. More options charges likely;  REPEATED ABUSES, COVER-UPS AMONG FEDS' RED FLAGS,  San Jose Mer-cury News (California), March 5, 2007 Monday, 1238 words, Mark Schwanhausser, Mercury News

71. More options charges likely;  REPEATED ABUSES, COVER-UPS AMONG FEDS' RED FLAGS,  San Jose Mer-cury News (California), March 4, 2007 Sunday, BU; Pg. 1, 1238 words, Mark Schwanhausser, Mercury News

72. Internal probes of backdating can take months;  SEC USUALLY WAITS FOR COMPANIES' DATA BEFORE TAKING ACTION,  San Jose Mercury News (California), March 4, 2007 Sunday, BU; Pg. 5, 291 words, Mark Schwanhausser, Mercury News

73. TECH TICKER,  San Jose Mercury News (California), March 3, 2007 Saturday, BU; Pg. 1, 437 words, From Bloomberg News

74. Not-guilty plea entered in McAfee options case;  FORMER TOP LAWYER FACES FRAUD CHARGES,  San Jose Mercury News (California), March 2, 2007 Friday, 494 words, Therese Poletti, Mercury News

75. Former McAfee lawyer pleads not guilty options case,  San Jose Mercury News (California), March 2, 2007 Friday, 493 words, Therese Poletti, Mercury News

76. Not-guilty plea entered in McAfee options case;  FORMER TOP LAWYER FACES FRAUD CHARGES,  San Jose Mercury News (California), March 2, 2007 Friday, BU; Pg. 1, 493 words, Therese Poletti, Mercury News

77. Former McAfee lawyer pleads not guilty options case,  San Jose Mercury News (California), March 2, 2007 Friday, 493 words, Therese Poletti, Mercury News

78. McAfee options charges mount;  Ex-attorney facing SEC allegations over backdating,  THE SAN FRANCISCO CHRONICLE (California), March 1, 2007 Thursday,   FINAL Edition, BUSINESS; Pg. C1, 578 words, Jessica Guynn, Chronicle Staff Writer

79. Former McAfee lawyer indicted in options probe;  Charges stem from alleged backdating during 2000 and 2002, U.S. attorney says,  THE SAN FRANCISCO CHRONICLE (California), February 28, 2007 Wednesday,  FINAL Edition, BUSINESS; Pg. C1, 744 words, Jessica Guynn, Chronicle Staff Writer

80. McAfee's former general counsel indicted in options backdating case,  San Jose Mercury News (California), February 28, 2007 Wednesday, 752 words, Mark Schwanhausser, Mercury News

81. Former McAfee exec indicted,  San Jose Mercury News (California), February 28, 2007 Wednesday, 759 words, Mark Schwanhausser, Mercury News

82. Former McAfee counsel indicted in options case;  ROBERTS ACCUSED OF RIGGING STOCK GRANTS FOR HIMSELF, CEO,  San Jose Mercury News (California), February 28, 2007 Wednesday, BU; Pg. 1, 804 words, Mark Schwanhausser, Mercury News

83. Fired McAfee Executive Is Charged With Options Fraud,  The Washington Post, February 28, 2007 Wednesday, Final Edition, Financial; D03, 250 words, Michael Liedtke, Associated Press, SAN FRANCISCO

84. AES to Restate Results for 2006;  Accounting for Awards of Stock, Options Under Review,  The Washington Post, February 27, 2007 Tuesday,  Final Edition, Financial; D02, 251 words, Steven Mufson, Washington Post Staff Writer

85. There's tax software to fit every need;  TURBO TAX EASY AND THOROUGH, BUT MY ACCOUNTANT STILL BEST,  San Jose Mercury News (California), February 26, 2007 Monday, 812 words, Dean Takahashi, Mercury News

86. There's tax software to fit every need;  TURBO TAX EASY AND THOROUGH, BUT MY ACCOUNTANT STILL BEST,  San Jose Mercury News (California), February 26, 2007 Monday, 812 words, Dean Takahashi, Mercury News

87. Takahashi: There's tax software to fit every need;  TURBO TAX EASY AND THOROUGH, BUT MY AC-COUNTANT STILL BEST,  San Jose Mercury News (California), February 26, 2007 Monday, PT; Pg. 1, 801 words, Dean Takahashi, Mercury News

88. Herhold: Money talks when it comes to name-calling,  San Jose Mercury News (California), February 25, 2007 Sunday, B; Pg. 1, 623 words, Scott Herhold, Mercury News

89. U.S. probes KB Home over options;  FORMER CEO, HR CHIEF USED `HINDSIGHT' TO ENSURE FAVOR-ABLE EXERCISE PRICES,  San Jose Mercury News (California), February 24, 2007 Saturday, BU; Pg. 3, 436 words, Karen Gullo and Edvard Pettersson, Bloomberg News

90. Options News Could Hurt Radio One, Analysts Say,  The Washington Post, February 23, 2007 Friday,  Final Edition, Financial; D04, 423 words, Anita Huslin, Washington Post Staff Writer

91. Options lawsuit gives up details;  Shareholders suing Mercury Interactive over timing of grants,  THE SAN FRAN-CISCO CHRONICLE (California), February 21, 2007 Wednesday,  FINAL Edition, BUSINESS; Pg. C1, 627 words, Ellen Lee, Chronicle Staff Writer

92. E-mails offer insights into Mercury Interactive backdating case,  San Jose Mercury News (California), February 21, 2007 Wednesday, 855 words, Scott Duke Harris, Mercury News

93. E-mails add heat to options probe of ex-Mercury Interactive execs,  San Jose Mercury News (California), February 21, 2007 Wednesday, 749 words, Scott Duke Harris, Mercury News

94. E-mails add heat to options probe of ex-Mercury Interactive execs,  San Jose Mercury News (California), February 21, 2007 Wednesday, 749 words, Scott Duke Harris, Mercury News

95. E-mails likely to turn up heat on probe of ex-Mercury execs,  San Jose Mercury News (California), February 21, 2007 Wednesday, BU; Pg. 1, 749 words, Scott Duke Harris, Mercury News

96. Clock ticking on prosecutions for backdating stock options,  San Jose Mercury News (California), February 20, 2007 Tuesday, 747 words, Troy Wolverton, Mercury News

97. Clock ticking on prosecuting backdating of stock options,  San Jose Mercury News (California), February 20, 2007 Tuesday, BU; Pg. 1, 736 words, Troy Wolverton, Mercury News

98. Clock ticking on prosecutions for backdating stock options,  San Jose Mercury News (California), February 20, 2007 Tuesday, 747 words, Troy Wolverton, Mercury News

99. The 'Big Two'? The nine-yea ...,  The Washington Post, February 18, 2007 Sunday,   Final Edition, Financial; F02, 436 words

100. Two plead guilty in options backdating cases;  SCOPE OF SCANDAL SLOWS LEGAL PROGRESS,  San Jose Mercury News (California), February 17, 2007 Saturday, 1223 words, Scott Duke Harris, Mercury News

101. Two execs plead guilty;  FORMER TAKE-TWO CHIEF, MONSTER WORLDWIDE COUNSEL ARE SNARED IN PROBE,  San Jose Mercury News (California), February 17, 2007 Saturday, BU; Pg. 1, 1233 words, Scott Duke Harris, Mercury News

102. Bay Area News in Brief,  San Jose Mercury News (California), February 16, 2007 Friday, BRIEFS; Pg. 3, 986 words, Mercury News Staff and Wire Reports

103. Former Monster Executive Admits Illegal Backdating,  The Washington Post, February 16, 2007 Friday,   Final Edition, Financial; D02, 378 words, Larry Neumeister, Associated Press, NEW YORK Feb. 15

104. BEA spells out backdating mess, stands by CEO Chuang,  San Jose Mercury News (California), February 15, 2007 Thursday, 1055 words, Mark Schwanhausser, Therese Poletti and Scott Duke Harris, Mercury News

105. BEA discloses tainted profits;  EXECUTIVES OF S.J. COMPANY AGREE TO REPAY GAINS FROM BACK-DATED OPTIONS,  San Jose Mercury News (California), February 15, 2007 Thursday, 873 words, Mark Schwan-hausser, Therese Poletti and Scott Duke Harris, Mercury News

106. BEA discloses tainted options;  EXECUTIVES OF S.J. COMPANY AGREE TO REPAY GAINS FROM BACKDATED GRANTS,  San Jose Mercury News (California), February 15, 2007 Thursday, A; Pg. 1, 863 words, Mark Schwanhausser, Therese Poletti and Scott Duke Harris, Mercury News

107. Cost of corporate fraud far outweighs cost of legal compliance,  San Jose Mercury News (California), February 15, 2007 Thursday, A; Pg. OP1, 960 words, Sen. Joe Biden

108. Silicon Valley house, condo prices move higher in January;  PLUS: FORMER MONSTER EXECUTIVE PLEADS GUILTY IN BACKDATING CASE,  San Jose Mercury News (California), February 15, 2007 Thursday, 580 words, Frank Michael Russell, Mercury News

109. AIRLINES FAA Proposes No Tic ...,  The Washington Post, February 15, 2007 Thursday,   Final Edition, Financial; D02, 615 words

110. TECH TICKER,  San Jose Mercury News (California), February 14, 2007 Wednesday, BU; Pg. 1, 414 words, Staff and wire reports

111. Ex-Take Two CEO pleads guilty to making false filing in options scheme,  San Jose Mercury News (California), February 14, 2007 Wednesday, 563 words

112. What a sweetie: Fed's Bernanke cheers technology investors;  PLUS: SOCAL HOME SALES SLUMP, PRICES RISE; IBM CLAIMS BOOST FOR CHIP PERFORMANCE,  San Jose Mercury News (California), February 14, 2007 Wednesday, 720 words, Frank Michael Russell, Mercury News

113. What a sweetie: Fed's Bernanke cheers technology investors;  PLUS: SOCAL HOME SALES SLUMP, PRICES RISE; IBM CLAIMS BOOST FOR CHIP PERFORMANCE,  San Jose Mercury News (California), February 14, 2007 Wednesday, 723 words, Frank Michael Russell, Mercury News

114. Charges near in McAfee options case;  Software company fired general counsel in May,  THE SAN FRANCISCO CHRONICLE (California), February 13, 2007 Tuesday,   FINAL Edition, BUSINESS; Pg. C1, 571 words, Ellen Lee, Jessica Guynn, Chronicle Staff Writers

115. Options scandal explained,  San Jose Mercury News (California), February 12, 2007 Monday, A; Pg. OP1, 283 words

116. Culture of greed must be addressed,  San Jose Mercury News (California), February 12, 2007 Monday, A; Pg. OP1, 677 words, Mercury News Editorial

117. Yes, we have a problem, but we can work it out,  San Jose Mercury News (California), February 11, 2007 Sunday, BU; Pg. SUN, 541 words, Frank Michael Russell, Mercury News

118. Questions come about Steve Jobs and backdating at Pixar;  STOCK-OPTION GRANT TO FILM DIRECTOR IN QUESTION,  San Jose Mercury News (California), February 10, 2007 Saturday, 609 words, Troy Wolverton, Mercury News

119. SEC formalizes KLA probe;  ACTION ALLOWS AGENCY TO ISSUE SUBPOENAS TO FORCE DISCLO-SURE,  San Jose Mercury News (California), February 10, 2007 Saturday, BU; Pg. 1, 636 words, Mark Schwanhausser and Ryan Blitstein, Mercury News

120. Jobs pops up in Pixar inquiry;  ROLE IN OPTIONS GRANT TO DIRECTOR QUESTIONED,  San Jose Mercury News (California), February 10, 2007 Saturday, BU; Pg. 1, 608 words, Troy Wolverton, Mercury News

121. IRS lets firms help employees with tainted options,  San Jose Mercury News (California), February 9, 2007 Friday, 824 words, Mark Schwanhausser, Mercury News

122. IRS offers ``cure'' for discounted options,  San Jose Mercury News (California), February 9, 2007 Friday, 298 words, Mark Schwanhausser, Mercury News

123. IRS offers options relief;  COMPANIES CAN PAY EMPLOYEES' TAXES ON TAINTED STOCK,  San Jose Mercury News (California), February 9, 2007 Friday, 841 words, Mark Schwanhausser, Mercury News

124. Unappetizing tax choices on backdated options,  San Jose Mercury News (California), February 9, 2007 Friday, 273 words, Mark Schwanhausser, Mercury News

125. IRS offers options relief;  COMPANIES CAN PAY EMPLOYEES' TAXES ON TAINTED STOCK,  San Jose Mercury News (California), February 9, 2007 Friday, BU; Pg. 1, 830 words, Mark Schwanhausser, Mercury News

126. Unappetizing choices available for workers and their taxes;  BACKDATED OPTIONS COME WITH A PRICE, San Jose Mercury News (California), February 9, 2007 Friday, BU; Pg. 5, 277 words

127. Questions come about Steve Jobs and backdating at Pixar;  STOCK-OPTION GRANT TO FILM DIRECTOR IN QUESTION,  San Jose Mercury News (California), February 9, 2007 Friday, 578 words, Troy Wolverton, Mercury News

128. Jobs now faces options questions at Pixar; STOCK-OPTION GRANT TO FILM DIRECTOR IN QUESTION, San Jose Mercury News (California), February 9, 2007 Friday, 589 words, Troy Wolverton, Mercury News

129. SEC probe of KLA Tencor moves to formal investigation; BACKDATING OF PAST STOCK OPTION GRANTS AT ISSUE, San Jose Mercury News (California), February 9, 2007 Friday, 373 words, Ryan Blitstein, Mercury News

130. Report links Jobs to backdated options grant for Pixar director; PLUS: KLA DISCLOSES SEC PROBE; AD EX-ECS LEAVE GOOGLE; SOUTHWEST FLIES INTO SFO, San Jose Mercury News (California), February 9, 2007 Friday, 643 words, Frank Michael Russell, Mercury News

131. CONTRACTING Cost of Lockheed ..., The Washington Post, February 9, 2007 Friday, Final Edition, Financial; D02, 775 words

132. TECHNOLOGY Wal-Mart Offers M ..., The Washington Post, February 7, 2007 Wednesday, Final Edition, Financial; D02, 804 words

133. FTC ruling restricts Rambus royalties; SHARES CLIMB 24%; INVESTORS HAD EXPECTED MUCH HARSHER LIMITS, San Jose Mercury News (California), February 6, 2007 Tuesday, 780 words, Therese Poletti, Mercury News

134. FTC ruling restricts Rambus royalties; SHARES CLIMB 24%; INVESTORS HAD EXPECTED MUCH HARSHER LIMITS, San Jose Mercury News (California), February 6, 2007 Tuesday, BU; Pg. 1, 780 words, Therese Poletti, Mercury News

135. FTC ruling restricts Rambus royalties; SHARES CLIMB 24%; INVESTORS HAD EXPECTED MUCH HARSHER LIMITS, San Jose Mercury News (California), February 6, 2007 Tuesday, 780 words, Therese Poletti, Mercury News

136. Comedy TV gets Gates; S.J. gets Gore; oil giants get more, San Jose Mercury News (California), February 4, 2007 Sunday, BU; Pg. SUN, 545 words, Frank Michael Russell, Mercury News

137. BUSINESS BRIEFING, The Washington Post, February 3, 2007 Saturday, Final Edition, Financial; D02, 683 words

138. AL GORE, `VALLEY GUY', San Jose Mercury News (California), February 1, 2007 Thursday, A; Pg. 1, 1346 words, Scott Duke Harris, Mercury News

139. Maxim rigged options from '00 to '06; EVEN AS BACKDATING MOVED INTO SPOTLIGHT, San Jose Mercury News (California), February 1, 2007 Thursday, BU; Pg. 1, 639 words, Therese Poletti, Mercury News

140. TECH TICKER, San Jose Mercury News (California), February 1, 2007 Thursday, BU; Pg. 1, 446 words, Bloomberg News

141. Sonsini reportedly advised Apple on options, San Jose Mercury News (California), February 1, 2007 Thursday, 435 words, Troy Wolverton, Mercury News

142. Change of Control Or Out of Control?, The Washington Post, January 31, 2007 Wednesday, Final Edition, Financial; D01 , STEVEN PEARLSTEIN, 847 words, Steven Pearlstein

143. BUSINESS DIGEST, San Jose Mercury News (California), January 30, 2007 Tuesday, BU; Pg. 2, 1095 words

144. KLA admits `falsification'; S.J. COMPANY RESTATES RESULTS, TAKES $370 MILLION IN CHARGES, San Jose Mercury News (California), January 30, 2007 Tuesday, BU; Pg. 1, 617 words, Troy Wolverton, Mercury News

145. KLA admits 'falsification'; S.J. COMPANY RESTATES RESULTS, TAKES $370 MILLION IN CHARGES, San Jose Mercury News (California), January 30, 2007 Tuesday, BU; Pg. 1, 617 words, Troy Wolverton, Mercury News

146. Billionaire boom, The Washington Times, January 30, 2007 Tuesday, COMMENTARY; Pg. A17, 1147 words, By Arnaud de Borchgrave, THE WASHINGTON TIMES

147. Average worker takes a hit; TAX BILL AMONG HEADACHES LOOMING FOR RANK-AND-FILE, San Jose Mercury News (California), January 29, 2007 Monday, A; Pg. 1, 960 words, Mark Schwanhausser, Mercury News

148. IMPACT ON WORKERS, San Jose Mercury News (California), January 29, 2007 Monday, A; Pg. 1, 106 words

149. Aid for employees could include repriced options or bonus checks, San Jose Mercury News (California), January 29, 2007 Monday, A; Pg. 13, 525 words, Mark Schwanhausser, Mercury News

150. Average worker takes a hit; TAX BILL AMONG HEADACHES LOOMING FOR RANK-AND-FILE, San Jose Mercury News (California), January 29, 2007 Monday, A; Pg. 1, 960 words, Mark Schwanhausser, Mercury News

151. Aid for employees could include repriced options or bonus checks, San Jose Mercury News (California), January 29, 2007 Monday, A; Pg. 13, 525 words, Mark Schwanhausser, Mercury News

152. Symantec's latest deal for $1 billion, San Jose Mercury News (California), January 29, 2007 Monday, 799 words, Frank Michael Russell, Mercury News Assistant Business Editor

153. KLA-Tencor reveals extend of backdating; FORMER EXECS FALSIFIED DOCUMENTS, COMPANY SAYS, San Jose Mercury News (California), January 29, 2007 Monday, 380 words, Troy Wolverton, Mercury News

154. Symantec's latest deal for $1 billion, San Jose Mercury News (California), January 29, 2007 Monday, 801 words, Frank Michael Russell, Mercury News Assistant Business Editor

155. KLA-Tencor reveals extent of backdating; FORMER EXECS FALSIFIED DOCUMENTS, COMPANY SAYS, San Jose Mercury News (California), January 29, 2007 Monday, 380 words, Troy Wolverton, Mercury News

156. Broadcom restates $2.2 billion charge; COMPANY BLAMES EX-CEO FOR FLAWS IN STOCK GRANTS, San Jose Mercury News (California), January 24, 2007 Wednesday, BU; Pg. 4, 358 words, Peter J. Brennan, Bloomberg News

157. N.Y. Pension Fund To Lead Lawsuit Over Apple Options, The Washington Post, January 24, 2007 Wednesday, Final Edition, Financial; D02, 197 words, Associated Press, SAN JOSE

158. Sources say Jobs quizzed by feds; Apple CEO's role in getting options remains unclear, THE SAN FRANCISCO CHRONICLE (California), January 23, 2007 Tuesday, FINAL Edition, BUSINESS; Pg. D1, 577 words, Jessica Guynn, Chronicle Staff Writer

159. Foundry Networks CEO keeps job despite role in backdating options, San Jose Mercury News (California), January 23, 2007 Tuesday, 563 words, Mark Schwanhausser, Mercury News

160. Foundry executives will stay on; BOTH MEN ALLEGEDLY INVOLVED IN ABUSES, San Jose Mercury News (California), January 23, 2007 Tuesday, BU; Pg. 1, 564 words, Mark Schwanhausser, Mercury News

161. Turnover could slow backdating inquiries; U.S. ATTORNEY'S OFFICE SHAKE-UP COMES AS APPLE PROBE HEATS UP, San Jose Mercury News (California), January 23, 2007 Tuesday, BU; Pg. 1, 841 words, Troy Wolverton, Mercury News

162. Turnover could slow backdating inquiries; U.S. ATTORNEY'S OFFICE SHAKE-UP COMES AS APPLE PROBE HEATS UP, San Jose Mercury News (California), January 23, 2007 Tuesday, 841 words, Troy Wolverton, Mercury News

163. The Options Paper Trail; Apple's Chief Waited Months Before Filing Disclosure, Records Show, The Washington Post, January 23, 2007 Tuesday, Final Edition, Financial; D01, 845 words, Alan Sipress, Washington Post Staff Writer

164. HP CEO's stock sale letter goes to SEC; TIMING WAS CLOSE TO BOARDROOM SPYING SCANDAL, San Jose Mercury News (California), January 22, 2007 Monday, 710 words, Therese Poletti, Mercury News

165. Sun and Intel's big partnership; PLUS: APPLE, OPTIONS IN THE NEWS; SUPER BOWL ADS BY AMA-TEURS, San Jose Mercury News (California), January 22, 2007 Monday, 404 words, Levi Sumagaysay, Mercury News

166. Sun and Intel's big partnership; PLUS: APPLE, OPTIONS IN THE NEWS; SUPER BOWL ADS BY AMA-TEURS, San Jose Mercury News (California), January 22, 2007 Monday, 407 words, Levi Sumagaysay, Mercury News

167. On the Record: Tom Campbell, THE SAN FRANCISCO CHRONICLE (California), January 21, 2007 Sunday, FINAL Edition, BUSINESS; ON THE RECORD; Pg. F1, 3412 words

168. Departures could slow option probe; Two in U.S. attorney's office were first to file charges for backdating stock grants, THE SAN FRANCISCO CHRONICLE (California), January 21, 2007 Sunday, FINAL Edition, BUSINESS; Pg. F1, 995 words, Jessica Guynn, Chronicle Staff Writer

169. Lead backdating prosecutor resigns, THE SAN FRANCISCO CHRONICLE (California), January 20, 2007 Satur-day, FINAL Edition, BUSINESS; Pg. C2, 269 words, Jessica Guynn, Chronicle Staff Writer

170. HP's Hurd defends timing of stock sale; CONGRESSIONAL LEADERS SEND HIS LETTER TO SEC, San Jose Mercury News (California), January 20, 2007 Saturday, 710 words, Therese Poletti, Mercury News

171. HP CEO's stock sale letter goes to SEC; TIMING WAS CLOSE TO BOARDROOM SPYING SCANDAL, San Jose Mercury News (California), January 20, 2007 Saturday, BU; Pg. 1, 710 words, Therese Poletti, Mercury News

172. WASHINGTON; U.S. attorney was forced out, Feinstein says, THE SAN FRANCISCO CHRONICLE (Califor-nia), January 19, 2007 Friday, FINAL Edition, BAY AREA; Pg. B1, 748 words, Bob Egelko, Chronicle Staff Writer

173. Hurd defends timing of HP stock sale; TELLS CONGRESS SALE NOT LINKED TO BOARDROOM PROBE, San Jose Mercury News (California), January 19, 2007 Friday, 321 words, Therese Poletti, Mercury News

174. It's a billion-dollar quarter; Sales of iPods, Macs propel Apple to record results; options probe still looms, THE SAN FRANCISCO CHRONICLE (California), January 18, 2007 Thursday, FINAL Edition, BUSINESS; Pg. C1, 693 words, Ellen Lee, Chronicle Staff Writer

175. Apple Rides Sales of iPods, Macs to Record Revenue, Profit, The Washington Post, January 18, 2007 Thursday, Final Edition, Financial; D01, 477 words, Mike Musgrove and Alan Sipress, Washington Post Staff Writers

176. U.S. Attorney for Bay Area resigns; Ryan investigated stock options fraud, violent gang crime and steroids in sports, faced criticism for his management style, THE SAN FRANCISCO CHRONICLE (California), January 17, 2007 Wednesday, FINAL Edition, NEWS; Pg. A1, 1150 words, Bob Egelko, Chronicle Staff Writer

177. Apple earnings report may prompt comment on backdating, San Jose Mercury News (California), January 17, 2007 Wednesday, 689 words, Troy Wolverton, Mercury News

178. Options cloud may fade behind glow of iPod sales;  APPLE EARNINGS DUE TODAY,  San Jose Mercury News (California), January 17, 2007 Wednesday, 641 words, Troy Wolverton, Mercury News

179. Options cloud may fade behind glow of iPod sales;  APPLE EARNINGS DUE TODAY,  San Jose Mercury News (California), January 17, 2007 Wednesday, BU; Pg. 1, 641 words, Troy Wolverton, Mercury News

180. Top U.S. attorney in Bay Area resigns;  LEAVES UNDER CLOUD OF JUSTICE PROBE,  San Jose Mercury News (California), January 17, 2007 Wednesday, A; Pg. 1, 935 words, Howard Mintz and Rodney Foo, Mercury News

181. Top U.S. attorney in Bay Area resigns;  LEAVES UNDER CLOUD OF JUSTICE PROBE,  San Jose Mercury News (California), January 17, 2007 Wednesday, A; Pg. 1, 935 words, Howard Mintz and Rodney Foo, Mercury News

182. Options cloud may fade behind glow of iPod sales;  APPLE EARNINGS DUE TODAY,  San Jose Mercury News (California), January 17, 2007 Wednesday, 641 words, Troy Wolverton, Mercury News

183. Senators To Target Executive Benefit;  Deferred Pay May Be Capped,  The Washington Post, January 17, 2007 Wednesday,  Final Edition, Financial; D01, 692 words, Lori Montgomery and Jeffrey H. Birnbaum, Washington Post Staff Writers

184. Don't fret over finding a cure for virginity,  San Jose Mercury News (California), January 16, 2007 Tuesday, AE; Pg. 1, 482 words, Male Call

185. TECH TICKER,  San Jose Mercury News (California), January 16, 2007 Tuesday, BU; Pg. 1, 429 words

186. U.S. Attorney Ryan leaving post amid reports of his being forced out,  San Jose Mercury News (California), January 16, 2007 Tuesday, 655 words, Howard Mintz, Mercury News

187. Don't fret over finding a cure for virginity,  San Jose Mercury News (California), January 15, 2007 Monday, 482 words, Male Call

188. Love your car? Yes, we know;  PLUS: CHIP MAKER ALTERA HIRES CFO; AOL IN ONLINE-AD DEAL,  San Jose Mercury News (California), January 15, 2007 Monday, 463 words, Frank Michael Russell, Mercury News

189. This week's news in review brought to you by the letter `i',  San Jose Mercury News (California), January 14, 2007 Sunday, BU; Pg. SUN, 554 words, Frank Michael Russell, Mercury News

190. 'Let's Make a Deal' Starts a New Season,  The Washington Post, January 14, 2007 Sunday,  Final Edition, Financial; F02, 471 words

191. Attorneys are focus of Apple probe;  Regulators reportedly want to ask 2 lawyers about options,  THE SAN FRANCISCO CHRONICLE (California), January 13, 2007 Saturday,  FINAL Edition, BUSINESS; Pg. C1, 685 words, Jessica Guynn, Chronicle Staff Writer

192. U.S. attorney opens probe into Apple options rigging,  San Jose Mercury News (California), January 13, 2007 Saturday, A; Pg. 1, 1082 words, Troy Wolverton, Therese Poletti and Mark Schwanhausser, Mercury News

193. U.S. attorney opens probe into Apple options rigging,  San Jose Mercury News (California), January 13, 2007 Saturday, A; Pg. 1, 1082 words, Troy Wolverton, Therese Poletti and Mark Schwanhausser, Mercury News

194. Report: Feds are investigating Apple options grant to Steve Jobs,  San Jose Mercury News (California), January 12, 2007 Friday, 845 words, Troy Wolverton, Mercury News

195. P.I. pleads guilty to federal charges in HP spying case;  PLUS: AMD HURT BY CHIP PRICE WAR; FEDS REPORTEDLY LOOKING INTO APPLE OPTIONS,  San Jose Mercury News (California), January 12, 2007 Friday, 648 words, Frank Michael Russell, Mercury News

196. P.I. pleads guilty to federal charges in HP spying case; PLUS: AMD HURT BY CHIP PRICE WAR; FEDS RE-PORTEDLY LOOKING INTO APPLE OPTIONS, San Jose Mercury News (California), January 12, 2007 Friday, 644 words, Frank Michael Russell, Mercury News

197. Mayor Chuck Reed a man of his word, San Jose Mercury News (California), January 11, 2007 Thursday, A; Pg. OP2, 863 words

198. Apple Chief Benefited From Options Dating, Records Indicate, The Washington Post, January 11, 2007 Thursday, Final Edition, A Section; A01, 1588 words, Alan Sipress, Washington Post Staff Writer

199. ECONOMY Trade Deficit Down A ..., The Washington Post, January 11, 2007 Thursday, Final Edition, Financial; D02, 743 words

200. MACWORLD EXPO NOTEBOOK; It's no surprise, but it's stunning; Apple's shiny new iPhone has been ru-mored for months, yet in the hands of Steve Jobs it's met with awed applause, THE SAN FRANCISCO CHRONICLE (California), January 10, 2007 Wednesday, FINAL Edition, BUSINESS; Pg. C1, 1208 words, Dan Fost, Jessica Guynn, Ellen Lee, Tom Abate

201. Apple still faces legal hurdles on backdating practices, San Jose Mercury News (California), January 10, 2007 Wednesday, 985 words, Mark Schwanhausser and Troy Wolverton, Mercury News

202. Apple aims to shake up cell phone industry, San Jose Mercury News (California), January 10, 2007 Wednesday, 1302 words, Troy Wolverton, Mercury News

203. Apple attorney linked to backdating impropriety let go in late 2006, San Jose Mercury News (California), January 10, 2007 Wednesday, 292 words, Scott Duke Harris, Mercury News

204. Is iPhone right call for Apple?, San Jose Mercury News (California), January 10, 2007 Wednesday, 1282 words, Troy Wolverton, Mercury News

205. Stock-option probe still could affect Apple's fortunes; PRODUCTS' GLOW WOULDN'T DETRACT U.S. IN-VESTIGATORS, San Jose Mercury News (California), January 10, 2007 Wednesday, BU; Pg. 1, 938 words, Mark Schwanhausser and Troy Wolverton, Mercury News

206. Report identifies attorney; LEGAL PAPER EXAMINES CIRCUMSTANCES OF JOBS STOCK-OPTION GRANT, San Jose Mercury News (California), January 10, 2007 Wednesday, BU; Pg. 4, 297 words, Scott Duke Harris, Mercury News

207. Stock-option probe still could affect Apple's fortunes; PRODUCTS' GLOW WOULDN'T DETRACT U.S. IN-VESTIGATORS, San Jose Mercury News (California), January 10, 2007 Wednesday, 938 words, Mark Schwan-hausser and Troy Wolverton, Mercury News

208. Report identifies attorney; LEGAL PAPER EXAMINES CIRCUMSTANCES OF JOBS STOCK-OPTION GRANT, San Jose Mercury News (California), January 10, 2007 Wednesday, 297 words, Scott Duke Harris, Mercury News

209. NEWS ANALYSIS; Questions swirl around Jobs as Macworld opens; Options-backdating scandal has Apple under scrutiny from regulators and investors, THE SAN FRANCISCO CHRONICLE (California), January 9, 2007 Tuesday, FINAL Edition, BUSINESS; Pg. E1, 950 words, Jessica Guynn, Chronicle Staff Writer

210. TECH TICKER, San Jose Mercury News (California), January 9, 2007 Tuesday, BU; Pg. 1, 424 words

211. iPhone signals a broader transformation at Apple;  FIRM BECOMING A PLAYER IN CONSUMER ELEC-
TRONICS, San Jose Mercury News (California), January 9, 2007 Tuesday, 1233 words, Troy Wolverton, Mercury
News

212. SHOWTIME!;  MACWORLD EXPO;  Product rumors swirling,  THE SAN FRANCISCO CHRONICLE (Cali-
fornia), January 8, 2007 Monday,  FINAL Edition, BUSINESS; Pg. C1, 1136 words, Ellen Lee, Chronicle Staff Writer

213. APPLE'S BACKDATING SCANDAL,  San Jose Mercury News (California), January 7, 2007 Sunday, A; Pg. 1,
1443 words, Troy Wolverton, Mercury News

214. Finance chief `one of most ethical guys';  FORMER CFO HELPED LEAD TURNAROUND OF COMPANY,
San Jose Mercury News (California), January 7, 2007 Sunday, A; Pg. 12, 501 words, Therese Poletti, Mercury News

215. Valley firms must tell truth about options,  San Jose Mercury News (California), January 7, 2007 Sunday, PE; Pg.
OP1, 550 words, Mercury News Editorial

216. EXIT STRATEGIES Last we ...,  The Washington Post, January 7, 2007 Sunday,  Final Edition, Outlook; B03 ,
The Zeitgeist Checklist By Christopher Beam, 736 words, Christopher Beam

217. Judge to hear Mercury arguments,  THE SAN FRANCISCO CHRONICLE (California), January 6, 2007 Saturday,
FINAL Edition, BUSINESS; Pg. C2, 173 words, Chronicle staff report

218. Silicon Valley tech companies repricing stock-option grants;  EXECUTIVES REIMBURSED AT KLA, TRI-
DENT,  San Jose Mercury News (California), January 6, 2007 Saturday, BU; Pg. 2, 345 words, Ted Bunker, Bloomberg
News

219. Media seeking backdating info;  Mercury Interactive documents could provide details on practice,  THE SAN
FRANCISCO CHRONICLE (California), January 5, 2007 Friday,  FINAL Edition, BUSINESS; Pg. C1, 340 words,
Carolyn Said, Chronicle Staff Writer

220. Apple is giving Jobs a free pass, critics say;  `TRYING TO PRESERVE COMPANY'S NO. 1 ASSET',  San Jose
Mercury News (California), January 5, 2007 Friday, A; Pg. 1, 1018 words, Mark Schwanhausser and Troy Wolverton,
Mercury News

221. Apple is giving Jobs a free pass, critics say;  `TRYING TO PRESERVE COMPANY'S NO. 1 ASSET',  San Jose
Mercury News (California), January 5, 2007 Friday, A; Pg. 1, 1018 words, Mark Schwanhausser and Troy Wolverton,
Mercury News

222. Apple is giving Jobs a free pass, critics say;  `TRYING TO PRESERVE COMPANY'S NO. 1 ASSET',  San Jose
Mercury News (California), January 5, 2007 Friday, 1018 words, Mark Schwanhausser and Troy Wolverton, Mercury
News

223. Blue Coat Systems amends exec options to correct date discrepancies,  San Jose Mercury News (California), Janu-
ary 5, 2007 Friday, 237 words

224. One Bad Apple;  Why corporate governance must not be loosened,  The Washington Post, January 5, 2007 Friday,
Final Edition, Editorial; A16, 459 words

225. More Apple stock-option fallout -- now investors sue;  Cupertino company also being investigated by 2 U.S. agen-
cies,  THE SAN FRANCISCO CHRONICLE (California), January 4, 2007 Thursday,  FINAL Edition, BUSINESS;
Pg. C1, 1170 words, Jessica Guynn, Chronicle Staff Writer

226. Suit turns up heat on Apple;  SHAREHOLDER ACTION CITES SUSPICIOUS GRANT DATES AT APPLE
AND PIXAR,  San Jose Mercury News (California), January 4, 2007 Thursday, A; Pg. 1, 1016 words, Scott Duke Har-
ris, Mercury News

227. APPLE'S OPTION GRANTS,  San Jose Mercury News (California), January 4, 2007 Thursday, A; Pg. 4, 568 words

228. Suit turns up heat on Apple;  SHAREHOLDER ACTION CITES SUSPICIOUS GRANT DATES AT APPLE AND PIXAR,  San Jose Mercury News (California), January 4, 2007 Thursday, A; Pg. 1, 1016 words, Scott Duke Harris, Mercury News

229. Suit turns up heat on Apple;  SHAREHOLDER ACTION CITES SUSPICIOUS GRANT DATES AT APPLE AND PIXAR,  San Jose Mercury News (California), January 4, 2007 Thursday, 1016 words, Scott Duke Harris, Mercury News

230. Stock fraud suits plummet;  STANFORD STUDY CITES BETTER ENFORCEMENT IN '06,  San Jose Mercury News (California), January 3, 2007 Wednesday, BU; Pg. 1, 887 words, Scott Duke Harris, Mercury News

231. Stock fraud suits plummet;  STANFORD STUDY CITES BETTER ENFORCEMENT IN '06,  San Jose Mercury News (California), January 3, 2007 Wednesday, BU; Pg. 1, 887 words, Scott Duke Harris, Mercury News

232. Stock fraud suits plummet;  STANFORD STUDY CITES BETTER ENFORCEMENT IN '06,  San Jose Mercury News (California), January 3, 2007 Wednesday, 898 words, Scott Duke Harris, Mercury News

233. Eating crow: 2006 saw lip-curling officials at every level get a deserved comeuppance,  San Jose Mercury News (California), January 3, 2007 Wednesday, 1403 words, Scott Herhold

234. Eating crow: 2006 saw lip-curling officials at every level get a deserved comeuppance,  San Jose Mercury News (California), January 3, 2007 Wednesday, 1403 words, Scott Herhold

235. McNealy is one reason Sun never backdated,  San Jose Mercury News (California), January 1, 2007 Monday, PT; Pg. 3, 622 words, Elise Ackerman and Nicole C. Wong, Mercury News

236. What a difference a year makes,  THE SAN FRANCISCO CHRONICLE (California), December 31, 2006 Sunday, FINAL Edition, BUSINESS; Pg. C1, 2071 words, David R. Baker, Chronicle Staff Writer

237. Eating crow: 2006 saw lip-curling officials at every level get a deserved comeuppance,  San Jose Mercury News (California), December 31, 2006 Sunday, PE; Pg. 1, 1403 words, Scott Herhold

238. Eating crow: 2006 saw lip-curling officials at every level get a deserved comeuppance,  San Jose Mercury News (California), December 31, 2006 Sunday, PE; Pg. 1, 1403 words, Scott Herhold

239. If Equity Funds Saw It, They Bought It,  The Washington Post, December 31, 2006 Sunday,  Final Edition, Financial; F02, 482 words

240. Apple inquiry clears CEO Jobs of wrongdoing on stock options;  Wall Street relieved, shares rise -- but until federal authorities weigh in, uncertainty remains,  THE SAN FRANCISCO CHRONICLE (California), December 30, 2006 Saturday,  FINAL Edition, NEWS; Pg. A1, 1237 words, Jessica Guynn, Chronicle Staff Writer

241. Jobs played role in backdating;  DOCUMENTS WERE FALSIFIED, FILING SHOWS, BUT STOCK RISES,  San Jose Mercury News (California), December 30, 2006 Saturday, A; Pg. 1, 1129 words, Scott Duke Harris and John Boudreau, Mercury News

242. Jobs played role in backdating;  DOCUMENTS WERE FALSIFIED, FILING SHOWS, BUT STOCK RISES,  San Jose Mercury News (California), December 30, 2006 Saturday, A; Pg. 1, 1129 words, Scott Duke Harris and John Boudreau, Mercury News

243. Apple Admits Wrongdoing But Rallies Around Leader,  The Washington Post, December 30, 2006 Saturday, Final Edition, A Section; A01, 1321 words, Alan Sipress and Carrie Johnson, Washington Post Staff Writers

244. History of Apple Options Controversy,  The Washington Post, December 30, 2006 Saturday,  Final Edition, A Section; A06, 331 words

245. Apple's 2006 report could hold clues in options scandal,  THE SAN FRANCISCO CHRONICLE (California), December 29, 2006 Friday,  FINAL Edition, NEWS; Pg. A1, 997 words, Jessica Guynn, Chronicle Staff Writer

246. Jobs Is Focus of Apple Questions;  Granting of 2001 Options Falsified, Newspaper Says,  The Washington Post, December 29, 2006 Friday,  Final Edition, Financial; D01, 619 words, Alan Sipress and Mike Musgrove, Washington Post Staff Writers

247. Falsified records story unsettles Apple stock;  Jobs reportedly got options without board OK,  THE SAN FRANCISCO CHRONICLE (California), December 28, 2006 Thursday,  FINAL Edition, NEWS; Pg. A1, 1127 words, Jessica Guynn, Chronicle Staff Writer

248. Report: Feds looking at `faked documents' by Apple in options scandal,  San Jose Mercury News (California), December 28, 2006 Thursday, 1003 words, Scott Duke Harris, Mercury News

249. New twist in Apple inquiry;  REPORT: `FAKED DOCUMENTS' COULD LEAD TO CRIMINAL CASE,  San Jose Mercury News (California), December 28, 2006 Thursday, A; Pg. 1, 987 words, Scott Duke Harris, Mercury News

250. ALSO CRUCIAL,  San Jose Mercury News (California), December 28, 2006 Thursday, A; Pg. OP1, 176 words

251. New twist in Apple inquiry;  REPORT: `FAKED DOCUMENTS' COULD LEAD TO CRIMINAL CASE,  San Jose Mercury News (California), December 28, 2006 Thursday, A; Pg. 1, 987 words, Scott Duke Harris, Mercury News

252. STOCK OPTIONS Apple's Down-a ...,  The Washington Post, December 28, 2006 Thursday,  Final Edition, Financial; D02, 719 words

253. New SEC Pay Rule To Benefit Executives;  About-Face on How To Report Options,  The Washington Post, December 28, 2006 Thursday,  Final Edition, Financial; D01, 743 words, David S. Hilzenrath, Washington Post Staff Writer

254. Shares recover in Apple inquiry,  The Washington Times, December 28, 2006 Thursday, BUSINESS; Pg. C10, 549 words, By Kara Rowland, THE WASHINGTON TIMES

255. Investors weigh iPod holiday fervor vs. Apple backdating probe;  PLUS: VIRGIN AMERICA DENIED PERMISSION TO FLY; DOW HITS 12,500 FOR FIRST TIME,  San Jose Mercury News (California), December 27, 2006 Wednesday, 654 words, Frank Michael Russell, Mercury News Assistant Business Editor

256. U.S. ATTORNEY;  On the Record: Kevin Ryan,  THE SAN FRANCISCO CHRONICLE (California), December 24, 2006 Sunday,  FINAL Edition, BUSINESS; ON THE RECORD; Pg. F1, 3191 words

257. Center of the U-verse? It's beautiful Silicon Valley,  San Jose Mercury News (California), December 24, 2006 Sunday, BU; Pg. SUN, 527 words, Frank Michael Russell, Mercury News

258. TECH CHRONICLES;  A daily dose of postings from The Chronicle's technology blog (sfgate.com;  blogs;  tech), THE SAN FRANCISCO CHRONICLE (California), December 21, 2006 Thursday,  FINAL Edition, BUSINESS; TECH CHRONICLES; Pg. C1, 734 words, Al Saracevic, Jessica Guynn

259. Juniper takes big charge for tainted options;  $900 MILLION RESTATEMENT ONE OF LARGEST,  San Jose Mercury News (California), December 21, 2006 Thursday, 588 words, Mark Schwanhausser, Mercury News

260. Juniper takes big charge for tainted options;  $900 MILLION RESTATEMENT ONE OF LARGEST,  San Jose Mercury News (California), December 21, 2006 Thursday, 588 words, Mark Schwanhausser, Mercury News

261. Juniper CEO in spotlight;  $900 MILLION CHARGE SHOWS NETWORKING AND SECURITY FIRM'S PROFITS `WERE MASSIVELY OVERSTATED' DURING BOOM,  San Jose Mercury News (California), December 21, 2006 Thursday, BU; Pg. 1, 599 words, Mark Schwanhausser, Mercury News

262. Maxim founder and CEO Gifford retiring;  COLLEAGUE: STOCK-OPTIONS BACKDATING ISSUE TOOK ITS TOLL,  San Jose Mercury News (California), December 20, 2006 Wednesday, 597 words, Mark Schwanhausser, Mercury News

263. Maxim's CEO says he will retire;  CHIP INDUSTRY PIONEER CITES POOR HEALTH,  San Jose Mercury News (California), December 20, 2006 Wednesday, 599 words, Mark Schwanhausser, Mercury News

264. Maxim's CEO says he will retire;  CHIP INDUSTRY PIONEER CITES POOR HEALTH,  San Jose Mercury News (California), December 20, 2006 Wednesday, BU; Pg. 1, 599 words, Mark Schwanhausser, Mercury News

265. Real estate downturn tops '06 business stories;  STOCK-OPTION BACKDATING, HP BOARDROOM SPYING SCANDALS ALSO IN TOP 10,  San Jose Mercury News (California), December 20, 2006 Wednesday, 530 words, Frank Michael Russell, Mercury News Assistant Business Editor

266. Real estate downturn tops '06 business stories;  STOCK-OPTION BACKDATING, HP BOARDROOM SPYING SCANDALS ALSO IN TOP 10,  San Jose Mercury News (California), December 20, 2006 Wednesday, 530 words, Frank Michael Russell, Mercury News Assistant Business Editor

267. COMMERCIAL REAL ESTATE NEWS DIGEST,  San Jose Mercury News (California), December 19, 2006 Tuesday, BU; Pg. 4, 297 words

268. TECH TICKER,  San Jose Mercury News (California), December 19, 2006 Tuesday, BU; Pg. 1, 420 words

269. Investors optimistic about Apple stock;  FEW WORRY ABOUT BACKDATING PROBLEM, IMPACT ON STEVE JOBS,  San Jose Mercury News (California), December 18, 2006 Monday, 619 words, Troy Wolverton, Mercury News

270. Brocade working past backdating problems;  NETWORKING FIRM ACQUIRES MCDATA, IS `ON THE RE-BOUND',  San Jose Mercury News (California), December 18, 2006 Monday, 633 words, Therese Poletti, Mercury News

271. OPTIONS: What if you threw a scandal and no one cared?,  San Jose Mercury News (California), December 18, 2006 Monday, 1092 words, Mark Schwanhausser, Mercury News

272. Acquisitions boost Oracle's 2Q profit, sales;  PLUS: GOOGLE SPACE; MYSPACE MOBILE; SHUTTERFLY GROWTH,  San Jose Mercury News (California), December 18, 2006 Monday, 738 words, Frank Michael Russell, Mercury News Assistant Business Editor

273. 'Lucky' Stock Options Not Limited to Executives;  Study Finds Board Members Profit, Too,  The Washington Post, December 18, 2006 Monday,  Final Edition, A Section; A06, 548 words, Terence O'Hara, Washington Post Staff Writer

274. HP board distances itself from Sonsini;  Company reduces role for adviser in wake of corporate spying scandal but will retain his law firm,  THE SAN FRANCISCO CHRONICLE (California), December 17, 2006 Sunday,  FINAL Edition, BUSINESS; Pg. F1, 1273 words, Jessica Guynn, Chronicle Staff Writer

275. Investors optimistic about Apple stock;  FEW WORRY ABOUT BACKDATING PROBLEM, IMPACT ON STEVE JOBS,  San Jose Mercury News (California), December 17, 2006 Sunday, BU;  Pg. 6, 619 words, Troy Wolverton, Mercury News

276. Brocade working past backdating problems;  NETWORKING FIRM ACQUIRES MCDATA, IS `ON THE RE-BOUND',  San Jose Mercury News (California), December 17, 2006 Sunday, BU;  Pg. 7, 633 words, Therese Poletti, Mercury News

277. The shares of companies accused of backdating options are up sharply as investors see this mess as past history, San Jose Mercury News (California), December 17, 2006 Sunday, BU;  Pg. 1, 1092 words, Mark Schwanhausser, Mercury News

278. The shares of companies accused of backdating options are up sharply as investors see this mess as past history, San Jose Mercury News (California), December 17, 2006 Sunday, BU;  Pg. 1, 1092 words, Mark Schwanhausser, Mercury News

279. Apple Delays Filing a 2nd Time;  Firm to Restate Earnings to Account for Stock Options,  The Washington Post, December 16, 2006 Saturday,   Final Edition, Financial;  D02, 277 words, Ville Heiskanen, Bloomberg News

280. Executive Compensation Comes Into The Clear,  The Washington Post, December 15, 2006 Friday,   Final Edition, Financial;  D01, 590 words, Terence O'Hara, Washington Post Staff Writer

281. Auditing Reform: Mission Accomplished!,  The Washington Post, December 15, 2006 Friday,   Final Edition, Financial;  D01 , STEVEN PEARLSTEIN, 811 words, Steven Pearlstein

282. HP stock transactions under scrutiny;  Lawmakers want additional details about why CEO cashed in on day of congressional hearing,  THE SAN FRANCISCO CHRONICLE (California), December 14, 2006 Thursday,   FINAL Edition, BUSINESS;  Pg. C1, 735 words, Jessica Guynn, Chronicle Staff Writer

283. Feds reduce pressure in white-collar probes;  Now companies will often be able to offer counsel,  THE SAN FRANCISCO CHRONICLE (California), December 13, 2006 Wednesday,   FINAL Edition, BUSINESS;  Pg. D2, 669 words, Jessica Guynn, Chronicle Staff Writer

284. Congressional panel asks Hurd about stock options cashout,  San Jose Mercury News (California), December 13, 2006 Wednesday, 454 words, Levi Sumagaysay, Mercury News Assistant Business Editor

285. Setting the Record Straight,  San Jose Mercury News (California), December 13, 2006 Wednesday, A;  Pg. 2, 162 words

286. COMMERCIAL REAL ESTATE NEWS,  San Jose Mercury News (California), December 12, 2006 Tuesday Correction Appended, BU;  Pg. 4, 357 words

287. Nice payout for canceled options;  MERCURY EXECS CASH IN AFTER BUYOUT BY HP,  San Jose Mercury News (California), December 11, 2006 Monday, 485 words, Chris O'Brien, Mercury News

288. Nice payout for canceled options;  MERCURY EXECS CASH IN AFTER BUYOUT BY HP,  San Jose Mercury News (California), December 11, 2006 Monday  Correction Appended, PT;  Pg. 2, 526 words, Chris O'Brien, Mercury News

289. Federal tactics under assault;  Prosecutors' tool to investigate fraud draws corporate fire,  THE SAN FRANCISCO CHRONICLE (California), December 9, 2006 Saturday,   FINAL Edition, BUSINESS;  Pg. C1, 681 words, Jessica Guynn, Chronicle Staff Writer

290. House approves bill to extend tax breaks;  SENATE ACTION UNCERTAIN,  San Jose Mercury News (California), December 9, 2006 Saturday, 889 words, Mark Schwanhausser, Mercury News

291. BUSINESS DIGEST,  San Jose Mercury News (California), December 9, 2006 Saturday, BU; Pg. 2, 1058 words

292. BUSINESS BRIEFING,  The Washington Post, December 9, 2006 Saturday,  Final Edition, Financial; D02, 601 words

293. ACCOUNTING Orbital Sciences R ...,  The Washington Post, December 8, 2006 Friday,  Final Edition, Financial; D03, 308 words

294. TECH CHRONICLES;  A daily dose of postings from the Chronicle's technology blog (sfgate.com; blogs; tech), THE SAN FRANCISCO CHRONICLE (California), December 6, 2006 Wednesday,  FINAL Edition, BUSINESS; TECH CHRONICLES; Pg. D3, 817 words, Ellen Lee, Jessica Guynn

295. ;  A daily dose of postings from The Chronicle's technology blog (sfgate.com; blogs; tech), THE SAN FRAN-CISCO CHRONICLE (California), December 4, 2006 Monday,  FINAL Edition, BUSINESS; TECH CHRONICLES; Pg. D1, 1036 words, Ellen Lee, Verne Kopytoff, Jessica Guynn

296. ;  A daily dose of postings from The Chronicle's technology blog (sfgate.com; blogs; tech), THE SAN FRAN-CISCO CHRONICLE (California), December 4, 2006 Monday,  FINAL Edition, BUSINESS; TECH CHRONICLES; Pg. D1, 1036 words, Ellen Lee, Verne Kopytoff, Jessica Guynn

297. Shareholder suit alleges backdating violations against Trident Microsystems,  San Jose Mercury News (California), December 1, 2006 Friday, 153 words

298. Canada may also have options-backdating problems,  San Jose Mercury News (California), November 30, 2006 Thursday, 986 words

299. Hard to resist allure of startup;  CEOs attracted by prospect of stake in high-tech firms,  THE SAN FRANCISCO CHRONICLE (California), November 28, 2006 Tuesday,  FINAL Edition, BUSINESS; Pg. C1, 623 words, Tom Abate, Chronicle Staff Writer

300. ECONOMY Unemployment Claims ...,  The Washington Post, November 23, 2006 Thursday,  Final Edition, Financial; D02, 762 words

301. TECH TICKER,  San Jose Mercury News (California), November 21, 2006 Tuesday, BU; Pg. 1, 429 words

302. Fewer Inflation Worries Inf ...,  The Washington Post, November 19, 2006 Sunday,  Final Edition, Financial; F02, 434 words

303. Black Box notified of SEC informal probe into options,  San Jose Mercury News (California), November 17, 2006 Friday, 155 words

304. TECHNOLOGY BRIEFING,  The Washington Post, November 17, 2006 Friday,  Final Edition, Financial; D07, 425 words

305. More Than Backdating in Common;  Study Links Options Abuses to Inside Directors, Long-Term CEOs,  The Washington Post, November 17, 2006 Friday,  Final Edition, Financial; D02, 421 words, Carrie Johnson, Washington Post Staff Writer

306. TECH TICKER,  San Jose Mercury News (California), November 14, 2006 Tuesday, BU; Pg. 1, 443 words

307. The Options Blood Bath;  Reform is more attractive than revenge.,  The Washington Post, November 14, 2006 Tuesday,  Final Edition, Editorial; A30, 566 words

308. APPOINTMENTS Apple Names Gen ...,  The Washington Post, November 14, 2006 Tuesday,   Final Edition, Financial; D05, 301 words

309. KB Chief Leaves Over Options;  Builder Incorrectly Reported Grants,  The Washington Post, November 14, 2006 Tuesday,   Final Edition, Financial; D03, 527 words, Jeremiah Marquez, Associated Press, LOS ANGELES Nov. 13

310. KB Home chief pushed out in stock option scandal,  San Jose Mercury News (California), November 13, 2006 Monday, A; Pg. 5, 319 words, Annette Haddad and Elizabeth Douglass, Los Angeles Times

311. Apple hires new general counsel;  30-YEAR IBM VETERAN JOINS IPOD MAKER,  San Jose Mercury News (California), November 13, 2006 Monday, 154 words, Troy Wolverton, Mercury News

312. Options have lost their luster, but many still lust for them;  Stock-based compensation a powerful lure for companies that call Silicon Valley home,  THE SAN FRANCISCO CHRONICLE (California), November 12, 2006 Sunday, FINAL Edition, BUSINESS; Pg. F1, 1706 words, Jessica Guynn, Chronicle Staff Writer

313. Weekly Editorials,  San Jose Mercury News (California), November 11, 2006 Saturday, A; Pg. OP1, 472 words

314. Stock options scandal shows need for continued oversight,  San Jose Mercury News (California), November 10, 2006 Friday, A; Pg. OP1, 575 words, Mercury News Editorial

315. STOCK OPTIONS Apollo Group Fa ...,  The Washington Post, November 7, 2006 Tuesday,   Final Edition, Financial; D02, 532 words

316. CHRON QUIZ;  Gang way,  THE SAN FRANCISCO CHRONICLE (California), November 5, 2006 Sunday, FINAL Edition, INSIGHT; CHRON QUIZ; Pg. E2, 223 words, Marshall Kilduff

317. 2 former execs at McKesson acquitted,  THE SAN FRANCISCO CHRONICLE (California), November 4, 2006 Saturday,   FINAL Edition, BUSINESS; Pg. C1, 456 words, Victoria Colliver, Chronicle Staff Writer

318. MCCAIN'S VALLEY SPLASH;  SENATOR CHATS WITH CISCO CEO CHAMBERS AT LEADERSHIP LUNCH,  San Jose Mercury News (California), November 4, 2006 Saturday, BU; Pg. 1, 674 words, Scott Duke Harris, Mercury News

319. TECH TICKER,  San Jose Mercury News (California), November 4, 2006 Saturday, BU; Pg. 1, 434 words

320. MCCAIN'S VALLEY SPLASH;  SENATOR CHATS WITH CISCO CEO CHAMBERS AT LEADERSHIP LUNCH,  San Jose Mercury News (California), November 4, 2006 Saturday, BU; Pg. 1, 674 words, Scott Duke Harris, Mercury News

321. MCCAIN'S VALLEY SPLASH;  SENATOR CHATS WITH CISCO CEO CHAMBERS AT LEADERSHIP LUNCH,  San Jose Mercury News (California), November 4, 2006 Saturday, 674 words, Scott Duke Harris, Mercury News

322. ENTERTAINMENT Cruise Strikes ...,  The Washington Post, November 3, 2006 Friday,   Final Edition, Financial; D02, 823 words

323. SEC Enforcement Cases Decline 9%;  Staff Reduced Because of Budget Crunch,  The Washington Post, November 3, 2006 Friday,   Final Edition, Financial; D03, 620 words, Carrie Johnson, Washington Post Staff Writer

324. Silicon Valley movers,  San Jose Mercury News (California), November 2, 2006 Thursday, BU; Pg. 3, 66 words

325. STOCK OPTIONS Nvidia Plans $ ...,  The Washington Post, November 2, 2006 Thursday,   Final Edition, Financial; D05, 239 words

326. FINANCE Homeowners Refinance ..., The Washington Post, November 2, 2006 Thursday,   Final Edition, Financial; D02, 822 words

327. Bernanke, 36 percent of ARM borrowers worried about adjustable-rate loans; PLUS: ITUNES LATINO LAUNCHED; CHIP MAKER NVIDIA TO RESTATE EARNINGS, San Jose Mercury News (California), November 1, 2006 Wednesday, 533 words, Frank Michael Russell, Mercury News Assistant Business Editor

328. Late options filings proliferate, firm says; An analysis by shareholder adviser Glass Lewis of S.F. blames lax enforcement by the SEC, THE SAN FRANCISCO CHRONICLE (California), October 31, 2006 Tuesday,   FINAL Edition, BUSINESS; Pg. D1, 831 words, Jessica Guynn, Chronicle Staff Writer

329. Silicon Image prompted to review stock option grants, San Jose Mercury News (California), October 31, 2006 Tuesday, BU; Pg. 1, 868 words, Therese Poletti, Mercury News

330. Missed deadlines raise possibility of more backdated option grants, San Jose Mercury News (California), October 30, 2006 Monday, 318 words, Therese Poletti, Mercury News

331. Orbital Finds Misdated Options; Dulles Company Plans to Restate Past Earnings, The Washington Post, October 28, 2006 Saturday,   Final Edition, Financial; D01, 526 words, Kim Hart, Washington Post Staff Writer

332. Apple gains extension to avoid Nasdaq delisting, San Jose Mercury News (California), October 27, 2006 Friday, 140 words, Troy Wolverton, Mercury News

333. Apple gains extension to avoid Nasdaq delisting, San Jose Mercury News (California), October 27, 2006 Friday, 140 words, Troy Wolverton, Mercury News

334. Stock-option tally to top $5.2 billion, THE SAN FRANCISCO CHRONICLE (California), October 26, 2006 Thursday,   FINAL Edition, BUSINESS; Pg. C1, 510 words, Carolyn Said, Chronicle Staff Writer

335. Hidden victims of option backdating, THE SAN FRANCISCO CHRONICLE (California), October 26, 2006 Thursday,   FINAL Edition, BUSINESS; NET WORTH; Pg. C1, 1265 words, Kathleen Pender

336. Harman Profit Up 5% on Sales to Automakers; Quarterly Results Higher for AvalonBay, T. Rowe Price, Hanger Orthopedic, The Washington Post, October 26, 2006 Thursday,   Final Edition, Financial; D04, 556 words

337. A corner office in prison, THE SAN FRANCISCO CHRONICLE (California), October 25, 2006 Wednesday, FINAL Edition, EDITORIAL; EDITORIALS; Pg. B8, 213 words

338. Study finds options scandal has cost companies billions, San Jose Mercury News (California), October 25, 2006 Wednesday, 525 words, Therese Poletti, Mercury News

339. Enron CEO's sins will outlast jail term, San Jose Mercury News (California), October 25, 2006 Wednesday, A; Pg. OP1, 306 words, Mercury News Editorial

340. OPTION TALLY, San Jose Mercury News (California), October 25, 2006 Wednesday, BU; Pg. 4, 66 words

341. Toting up options scandal; STUDY: FALLOUT TRIMS $10.3 BILLION FROM 152 FIRMS, San Jose Mercury News (California), October 25, 2006 Wednesday, BU; Pg. 1, 513 words, Therese Poletti, Mercury News

342. Toting up options scandal; STUDY: FALLOUT TRIMS $10.3 BILLION FROM 152 FIRMS, San Jose Mercury News (California), October 25, 2006 Wednesday, 513 words, Therese Poletti, Mercury News

343. LEGAL Former Refco CFO Indict ..., The Washington Post, October 25, 2006 Wednesday,   Final Edition, Financial; D02, 766 words

344. More U.S. Troops May Be Iraq-Bound;  Bigger Force Among Options, Commander Says, Citing Baghdad Violence,  The Washington Post, October 25, 2006 Wednesday,   Final Edition, A Section; A01, 1547 words, Ellen Knickmeyer, Washington Post Foreign Service, BAGHDAD Oct. 24

345. End of Enron's Saga Brings Era to a Close;  Corporate-Crime Enforcement Shifts Focus,  The Washington Post, October 25, 2006 Wednesday,   Final Edition, Financial; D01, 1289 words, Carrie Johnson, Washington Post Staff Writer, HOUSTON Oct. 24

346. LEGAL Guilty Pleas in Coke S ...,  The Washington Post, October 24, 2006 Tuesday,   Final Edition, Financial; D02, 674 words

347. Top Executives Get Their Wallets Thinned,  The Washington Post, October 22, 2006 Sunday,   Final Edition, Financial; F02, 477 words

348. Report links firms' directors to backdating,  THE SAN FRANCISCO CHRONICLE (California), October 20, 2006 Friday,   FINAL Edition, BUSINESS; Pg. D1, 484 words, Jessica Guynn, Chronicle Staff Writer

349. Who pays mounting legal bills?;  Insurers may cover directors, execs -- for now,  THE SAN FRANCISCO CHRONICLE (California), October 20, 2006 Friday,   FINAL Edition, BUSINESS; Pg. D1, 1426 words, Carolyn Said, Chronicle Staff Writer

350. Options red flag: board members;  ANALYSIS FINDS MANY OVERLAPS IN IMPLICATED FIRMS,  San Jose Mercury News (California), October 20, 2006 Friday, BU; Pg. 1, 740 words, Mark Schwanhausser, Mercury News

351. Options red flag: board members;  ANALYSIS FINDS MANY OVERLAPS IN IMPLICATED FIRMS,  San Jose Mercury News (California), October 20, 2006 Friday  Correction Appended, 785 words, Mark Schwanhausser, Mercury News

352. TECH CHRONICLES;  A daily dose of postings from The Chronicle's technology blog (sfgate.com;  blogs;  tech),  THE SAN FRANCISCO CHRONICLE (California), October 19, 2006 Thursday,   FINAL Edition, BUSINESS; TECH CHRONICLES; Pg. C5, 769 words, Al Saracevic, Jessica Guynn, Dan Fost

353. Profit up 27% as Apple rides Mac, iPod wave;  Strong earnings could be revised for option expenses,  THE SAN FRANCISCO CHRONICLE (California), October 19, 2006 Thursday,   FINAL Edition, BUSINESS; Pg. C1, 629 words, Ellen Lee, Chronicle Staff Writer

354. Apple, EBay Post Earnings Increases;  Revenue, Profit Rose Significantly On New Strategies,  The Washington Post, October 19, 2006 Thursday,   Final Edition, Financial; D01, 776 words, Mike Musgrove and Yuki Noguchi, Washington Post Staff Writers

355. SafeNet's Top 2 Executives Resign After Stock Options Inquiry,  The Washington Post, October 19, 2006 Thursday,   Final Edition, Financial; D04, 488 words, Griff Witte, Washington Post Staff Writer

356. SafeNet executives resign amid stock-options probe,  San Jose Mercury News (California), October 18, 2006 Wednesday, 460 words

357. UnitedHealth's Options Scandal Shows Familiar Symptoms,  The Washington Post, October 18, 2006 Wednesday, Final Edition, Financial; D01 , STEVEN PEARLSTEIN, 1527 words, Steven Pearlstein

358. Two more companies probing stock-option dates announce management changes;  KLA-TENCOR'S GENERAL COUNSEL RESIGNS,  San Jose Mercury News (California), October 17, 2006 Tuesday, 369 words, Scott D. Harris and Ryan Blitstein, Mercury News

359. Former SEC chairman Pitt weighs in on options scandal,  San Jose Mercury News (California), October 17, 2006 Tuesday, BU; Pg. 1, 852 words, Mark Schwanhausser, Mercury News

360. KLA-Tencor, Altera executives leave over options backdating;  BOTH COMPANIES WILL RESTATE EARN-
ING REPORTS,  San Jose Mercury News (California), October 17, 2006 Tuesday, BU; Pg. 8, 392 words, Scott Duke
Harris and Ryan Blitstein, Mercury News

361. KLA-Tencor Chairman Levy retires; company to re-price options granted to him, other execs,  San Jose Mercury
News (California), October 17, 2006 Tuesday, 334 words, Scott Duke Harris, Mercury News

362. REGULATORS SEC to Vote on Ma ...,  The Washington Post, October 17, 2006 Tuesday,   Final Edition, Finan-
cial; D02, 700 words

363. TELECOM AT&T Says It Will Emb ...,  The Washington Post, October 17, 2006 Tuesday,   Final Edition, Finan-
cial; D05, 449 words

364. Earnings Reports to Test Dow's Strength,  The Washington Post, October 17, 2006 Tuesday,   Final Edition, Fi-
nancial; D03, 420 words, Associated Press, NEW YORK Oct. 16

365. Altera finds backdated options; CFO retires,  San Jose Mercury News (California), October 16, 2006 Monday, 291
words, Ryan Blitstein, Mercury News

366. Health-Care Firm's Chief to Depart Over Stock Options;  UnitedHealth Board Cites Report Finding Backdating
'Likely';  Director, Counsel Also Step Down,  The Washington Post, October 16, 2006 Monday,   Final Edition, A Sec-
tion; A22, 445 words, Joshua Freed, Associated Press

367. Finance jobs tarnished by options cases;  Legacy of scandals could linger, threatening guilt by association,  THE
SAN FRANCISCO CHRONICLE (California), October 15, 2006 Sunday,   FINAL Edition, BUSINESS; Pg. D1, 907
words, Carolyn Said, Chronicle Staff Writer

368. CHRON QUIZ;  All numbers,  THE SAN FRANCISCO CHRONICLE (California), October 15, 2006 Sunday,
FINAL Edition, INSIGHT; CHRON QUIZ; Pg. F2, 158 words, Marshall Kilduff

369. FBI's top white-collar crime fighter in hot pursuit on options scandal,  THE SAN FRANCISCO CHRONICLE
(California), October 14, 2006 Saturday,   FINAL Edition, NEWS; Pg. A1, 1583 words, Jessica Guynn, Chronicle Staff
Writer

370. BUSINESS BRIEFING,  The Washington Post, October 14, 2006 Saturday,   Final Edition, Financial; D02, 803
words

371. Sanmina finds problems with option grants;  Company will restate results since 1997; 2 former execs blamed for
backdating,  THE SAN FRANCISCO CHRONICLE (California), October 13, 2006 Friday,   FINAL Edition, BUSI-
NESS; Pg. D1, 566 words, Carolyn Said, Chronicle Staff Writer

372. Sanmina-SCI probe finds most option grants from past 9 years improperly dated;  UNIDENTIFIED MANAGER
RESIGNS,  San Jose Mercury News (California), October 13, 2006 Friday, 622 words, Ryan Blitstein, Mercury News

373. Sanmina finds options problems,  San Jose Mercury News (California), October 13, 2006 Friday, 627 words, Ryan
Blitstein, Mercury News

374. Sanmina finds bad handling of options;  S.J. FIRM TO RESTATE RESULTS; MANAGER RESIGNS WITH
PROBE,  San Jose Mercury News (California), October 13, 2006 Friday, BU; Pg. 1, 616 words, Ryan Blitstein, Mer-
cury News

375. Terms that count when buying a house,  The Washington Times, October 13, 2006 Friday, FRIDAY HOME
GUIDE; Pg. F01, 4238 words, By Chris Sicks, SPECIAL TO THE WASHINGTON TIMES

376. Cnet loses its 'heart and soul' executive; Backdating sends popular Bonnie out the door, THE SAN FRANCISCO CHRONICLE (California), October 12, 2006 Thursday, FINAL Edition, BUSINESS; Pg. C1, 731 words, Jessica Guynn, Chronicle Staff Writer

377. Two firms oust execs in scandal over options; Shakeup at McAfee, Cnet in backdating of stock rewards Backdating of stock rewards bring shakeup at Cnet and McAfee, THE SAN FRANCISCO CHRONICLE (California), October 12, 2006 Thursday, FINAL Edition, NEWS; Pg. A1, 1145 words, Carolyn Said, Chronicle Staff Writer

378. Exec ousters may be just the start of options fallout, San Jose Mercury News (California), October 12, 2006 Thursday, 1149 words, Mark Schwanhausser, Mercury News

379. Shake-up at McAfee creates opportunity for Brown to shin, San Jose Mercury News (California), October 12, 2006 Thursday, 434 words, Ryan Blitstein, Mercury News

380. EXECUTIVE CHANGES, San Jose Mercury News (California), October 12, 2006 Thursday, A; Pg. 1, 243 words

381. Shake-up creates an opportunity; BIGGER ROLE SEEN FOR ERIC BROWN, San Jose Mercury News (California), October 12, 2006 Thursday, A; Pg. 17, 423 words, Ryan Blitstein, Mercury News

382. EXECUTIVE CHANGES, San Jose Mercury News (California), October 12, 2006 Thursday, A; Pg. 1, 249 words

383. INTERNAL PROBES OVER ABUSES CLAIM FIVE AT MCAFEE AND CNET, San Jose Mercury News (California), October 12, 2006 Thursday, A; Pg. 1, 1139 words, Mark Schwanhausser, Mercury News

384. Exec ousters may be just the start of options fallout, San Jose Mercury News (California), October 12, 2006 Thursday, 1149 words, Mark Schwanhausser, Mercury News

385. Shake-up at McAfee creates opportunity for Brown to shin, San Jose Mercury News (California), October 12, 2006 Thursday, 434 words, Ryan Blitstein, Mercury News

386. Shake-up creates an opportunity; BIGGER ROLE SEEN FOR ERIC BROWN, San Jose Mercury News (California), October 12, 2006 Thursday, A; Pg. 17, 423 words, Ryan Blitstein, Mercury News

387. INTERNAL PROBES OVER ABUSES CLAIM FIVE AT MCAFEE AND CNET, San Jose Mercury News (California), October 12, 2006 Thursday, A; Pg. 1, 1139 words, Mark Schwanhausser, Mercury News

388. Sanmina-SCI manager resigns over stock-option granting; SILICON VALLEY COMPANY'S OWN REVIEW LEADS IT TO RE-STATE FINANCIAL RESULTS, San Jose Mercury News (California), October 12, 2006 Thursday, 338 words, Ryan Blitstein, Mercury News

389. Scandal Grows Over Backdating Of Options, The Washington Post, October 12, 2006 Thursday, Final Edition, Financial; D01, 904 words, Frank Ahrens, Washington Post Staff Writer

390. Top executives at McAfee, CNET leave; LATEST IMPACT OF STOCK-OPTION BACKDATING PROBES, San Jose Mercury News (California), October 11, 2006 Wednesday, 286 words, Ryan Blitstein, Mercury News

391. Stock-option probes lead to exit of top execs at McAfee, CNet, San Jose Mercury News (California), October 11, 2006 Wednesday, 464 words, Ryan Blitstein, Mercury News

392. McAfee, CNet CEOs step down over stock-option backdating; PLUS: JUSTICE DEPARTMENT OKS $78.5B AT&T DEAL; HOME BUYERS RETURNING?; VISA PLANS IPO, San Jose Mercury News (California), October 11, 2006 Wednesday, 784 words, Frank Michael Russell, Mercury News Assistant Business Editor

393. Stock-option probes lead to exit of top execs at McAfee, CNet, San Jose Mercury News (California), October 11, 2006 Wednesday, 727 words, Ryan Blitstein, Mercury News

394. Two ex-Comverse executives in plea discussions with DOJ,  San Jose Mercury News (California), October 10, 2006 Tuesday, 550 words

395. It's for real: Google buying YouTube for $1.65 billion;  PLUS: DVDS ON DEMAND FROM NORCAL TECH COMPANIES; ORACLE BUYS SUNOPSIS,  San Jose Mercury News (California), October 9, 2006 Monday, 847 words, Frank Michael Russell, Mercury News Assistant Business Editor

396. NEWS ANALYSIS;  Jobs, Hurd survive messy scandals;  Options abuse, pretexting doesn't tarnish reputations of 2 of Silicon Valley's top CEOs,  THE SAN FRANCISCO CHRONICLE (California), October 8, 2006 Sunday,   FINAL Edition, BUSINESS; Pg. C1, 1078 words, Carolyn Said, Chronicle Staff Writer

397. As HP drama lands in court, Dow has its biggest week,  San Jose Mercury News (California), October 8, 2006 Sunday, BU; Pg. SUN, 574 words, Frank Michael Russell, Mercury News

398. Apple's image might turn sour;  Federal probe opens as internal inquiry confirms backdating,  THE SAN FRAN-CISCO CHRONICLE (California), October 6, 2006 Friday,   FINAL Edition, BUSINESS; Pg. D1, 704 words, Jessica Guynn, Chronicle Staff Writer

399. TECH TICKER,  San Jose Mercury News (California), October 6, 2006 Friday, BU; Pg. 1, 454 words

400. Former CFO Anderson steered Apple through some rough times,  THE SAN FRANCISCO CHRONICLE (California), October 5, 2006 Thursday,   FINAL Edition, BUSINESS; Pg. C5, 403 words, Carolyn Said, Chronicle Staff Writer

401. Apple's stock-option probe clears Jobs;  Director resigns, but company provides no details on reasons for Anderson's departure,  THE SAN FRANCISCO CHRONICLE (California), October 5, 2006 Thursday,   FINAL Edition, BUSINESS; Pg. C1, 955 words, Ellen Lee, Carolyn Said, Chronicle Staff Writers

402. Apple CEO apologizes for rigged options;  INTERNAL REPORT: JOBS WAS AWARE OF BACKDATING, San Jose Mercury News (California), October 5, 2006 Thursday, 1157 words, Mark Schwanhausser, Mercury News

403. Apple CEO issues apology;  INTERNAL REPORT: JOBS WAS AWARE OF OPTIONS BACKDATING,  San Jose Mercury News (California), October 5, 2006 Thursday, A; Pg. 1, 1146 words, Mark Schwanhausser, Mercury News

404. A timeline of Apple stock-options probe,  San Jose Mercury News (California), October 5, 2006 Thursday, A; Pg. 10, 446 words

405. Sure, Dunn went overboard, but so, perhaps, has Lockyer,  San Jose Mercury News (California), October 5, 2006 Thursday, A; Pg. 1, 729 words, Mike Langberg, Mercury News

406. Sure, Dunn went overboard, but so, perhaps, has Lockyer,  San Jose Mercury News (California), October 5, 2006 Thursday, 740 words, Mike Langberg, Mercury News

407. Apple CEO issues apology;  INTERNAL REPORT: JOBS WAS AWARE OF OPTIONS BACKDATING,  San Jose Mercury News (California), October 5, 2006 Thursday, A; Pg. 1, 1146 words, Mark Schwanhausser, Mercury News

408. Sure, Dunn went overboard, but so, perhaps, has Lockyer,  San Jose Mercury News (California), October 5, 2006 Thursday, A; Pg. 1, 729 words, Mike Langberg, Mercury News

409. Apple CEO Apologizes In Options Scandal;  Company Says Jobs Did Not Benefit,  The Washington Post, October 5, 2006 Thursday,   Final Edition, Financial; D01, 653 words, Carrie Johnson, Washington Post Staff Writer

410. Lockyer files criminal charges in HP spying scandal; PLUS: JOBS APOLOGIZES FOR BACKDATED APPLE OPTIONS; DOW CLOSES AT RECORD HIGH, AGAIN,  San Jose Mercury News (California), October 4, 2006 Wednesday, 796 words, Frank Michael Russell, Mercury News Assistant Business Editor

411. Apple exec resigns from board; Jobs aware of `favorable grant dates', San Jose Mercury News (California), October 4, 2006 Wednesday, 307 words, Mercury News staff and wire reports

412. Lockyer files criminal charges in HP spying scandal; PLUS: JOBS APOLOGIZES FOR BACKDATED APPLE OPTIONS; DOW CLOSES AT RECORD HIGH, AGAIN,  San Jose Mercury News (California), October 4, 2006 Wednesday, 796 words, Frank Michael Russell, Mercury News Assistant Business Editor

413. AIRLINES Mesaba Unions Make ...,  The Washington Post, October 4, 2006 Wednesday,   Final Edition, Financial; D02, 701 words

414. It May Sound Pretty, but It's Still a Pig,  The Washington Post, October 3, 2006 Tuesday,   Final Edition, Financial; D02 , DEALS Allan Sloan, 792 words, Allan Sloan

415. Network Appliance execs cash in;  STOCK IS UP 14 PERCENT SINCE AUGUST,  San Jose Mercury News (California), October 2, 2006 Monday, PT; Pg. 2, 489 words, Chris O'Brien, Mercury News

416. Insiders: Network Appliance execs cash in;  STOCK IS UP 14 PERCENT SINCE AUGUST,  San Jose Mercury News (California), October 2, 2006 Monday, 499 words, Chris O'Brien, Mercury News

417. Silicon Valley star attorney caught in the HP spotlight;  Sonsini's sterling reputation likely to withstand onslaught from probe of board tactics,  THE SAN FRANCISCO CHRONICLE (California), October 1, 2006 Sunday,   FINAL Edition, BUSINESS; Pg. C1, 2329 words, Jessica Guynn, Chronicle Staff Writer

418. Ken C. Dahlberg, chief executi ...,  The Washington Post, October 1, 2006 Sunday,   Final Edition, Financial; F02, 78 words

419. REGULATORS Treasury Warns Cha ...,  The Washington Post, September 30, 2006 Saturday,   Final Edition, Financial; D02, 702 words

420. Chip-test firm warns of more option abuses,  San Jose Mercury News (California), September 29, 2006 Friday, BU; Pg. 1, 377 words, Mercury News staff and wire reports

421. The HP hearing,  THE SAN FRANCISCO CHRONICLE (California), September 28, 2006 Thursday,   FINAL Edition, EDITORIAL; EDITORIALS; Pg. B6, 326 words

422. Ex-Comverse CEO nabbed in Namibia;  ISRAELI-AMERICAN FLED CHARGES OF FRAUD IN STOCK OPTIONS CASE,  San Jose Mercury News (California), September 28, 2006 Thursday, BU; Pg. 3, 451 words, Jonathan Peterson, Los Angeles Times

423. AUTOMOTIVE More Take Delphi ...,  The Washington Post, September 28, 2006 Thursday,   Final Edition, Financial; D02, 818 words

424. W. James McNerney Jr., chief e ...,  The Washington Post, September 24, 2006 Sunday,   Final Edition, Financial; F02, 70 words

425. Manufacturing Report Keeps Stocks Down,  The Washington Post, September 23, 2006 Saturday,   Final Edition, Financial; D02, 465 words, From News Services, NEW YORK Sept. 22

426. Cassidy: An executive does well by helping others,  San Jose Mercury News (California), September 22, 2006 Friday, B; Pg. 1, 602 words, Mike Cassidy, Mercury News

427. Cassidy: An executive does well by helping others, San Jose Mercury News (California), September 22, 2006 Friday, B; Pg. 1, 602 words, Mike Cassidy, Mercury News

428. An executive does well by helping others, San Jose Mercury News (California), September 22, 2006 Friday, 613 words, Mike Cassidy, Mercury News

429. Dunn resigns from HP board amid leak probe; Hurd now chairman, CEO; PLUS: GOOGLE LOSES ROUND IN BELGIUM COURT; SONY CUTS PLAYSTATION PRICE IN JAPAN, San Jose Mercury News (California), September 22, 2006 Friday, 653 words, Frank Michael Russell, Mercury News Assistant Business Editor

430. INTERNET Time Warner Unloads ..., The Washington Post, September 22, 2006 Friday, Final Edition, Financial; D04, 428 words

431. Being a director harder than it used to be; Tougher laws, longer hours taking a toll on those who serve on corporate boards, THE SAN FRANCISCO CHRONICLE (California), September 17, 2006 Sunday, FINAL Edition, BUSINESS; Pg. F1, 1273 words, Carolyn Said, Chronicle Staff Writer

432. Silicon Valley loses its sheen; BENDING THE RULES: As rash of scandals erupts, some wonder if South Bay's freewheeling culture isn't to blame, THE SAN FRANCISCO CHRONICLE (California), September 17, 2006 Sunday, FINAL Edition, NEWS; Pg. A1, 2094 words, Jessica Guynn, Chronicle Staff Writer

433. CA to face opposition from shareholders at Monday meeting, San Jose Mercury News (California), September 15, 2006 Friday, 717 words

434. New rules encourage battles in boardroom; TURMOIL INSIDE HP REFLECTS WIDER TREND, San Jose Mercury News (California), September 14, 2006 Thursday, A; Pg. 1, 975 words, Michelle Quinn and Constance Loizos, Mercury News

435. New rules encourage battles in boardroom; TURMOIL INSIDE HP REFLECTS WIDER TREND, San Jose Mercury News (California), September 14, 2006 Thursday, A; Pg. 1, 975 words, Michelle Quinn and Constance Loizos, Mercury News

436. Silicon Valley's Golden Past Tarnished by Latest Probes, The Washington Post, September 14, 2006 Thursday Correction Appended, Final Edition, A Section; A01, 1348 words, Carrie Johnson, Washington Post Staff Writer

437. Pressure mounts on HP board as more inquiries launched; BOARD MEETS TO DISCUSS SCANDAL OVER INVESTIGATION, San Jose Mercury News (California), September 12, 2006 Tuesday, 1077 words, Therese Poletti and Scott Duke Harris, Mercury News

438. Scandal triggers more inquiries; DIRECTORS MEET INTO NIGHT, BELIEVED TO BE VOTING ON FATE OF CHAIRWOMAN DUNN, San Jose Mercury News (California), September 12, 2006 Tuesday, A; Pg. 1, 1032 words, Therese Poletti and Scott Duke Harris, Mercury News

439. Scandal triggers more inquiries; DIRECTORS MEET INTO NIGHT, BELIEVED TO BE VOTING ON FATE OF CHAIRWOMAN DUNN, San Jose Mercury News (California), September 12, 2006 Tuesday, A; Pg. 1, 1032 words, Therese Poletti and Scott Duke Harris, Mercury News

440. Dunn to step down as HP chairwoman in January; REMAINS ON BOARD, REPLACED BY CEO MARK HURD, San Jose Mercury News (California), September 12, 2006 Tuesday, 1071 words, Michelle Quinn, Therese Poletti and Scott Duke Harris, Mercury News

441. Dunn to step down as HP chairwoman in January; SHE WILL STAY A DIRECTOR; CEO HURD WILL LEAD BOARD, San Jose Mercury News (California), September 12, 2006 Tuesday, 1082 words, Michelle Quinn, Therese Poletti and Scott Duke Harris, Mercury News

442. Board drama in East,  THE SAN FRANCISCO CHRONICLE (California), September 10, 2006 Sunday,  FINAL Edition, BUSINESS; NET WORTH; Pg. F1, 1123 words, Kathleen Pender

443. HP snooping furor and valley stock options scandal put power broker in spotlight;  INFLUENTIAL LAWYER LARRY SONSINI IS DRAWN INTO CONTROVERSY,  San Jose Mercury News (California), September 10, 2006 Sunday, 1253 words, Scott Duke Harris, Mercury News

444. TRYING TO FIX STOCK OPTIONS;  SOME SILICON VALLEY COMPANIES ARE MAKING CHANGES, San Jose Mercury News (California), September 10, 2006 Sunday, BU; Pg. 1, 1146 words, Mark Schwanhausser, Mercury News

445. Furors embroil valley titan;  LEADING LAWYER IN MIDST OF HP, STOCK SCANDALS,  San Jose Mercury News (California), September 10, 2006 Sunday  Correction Appended, A; Pg. 1, 1316 words, Scott Duke Harris, Mercury News

446. Broadcom problem grows;  OPTIONS EXPENSE DOUBLES TO $1.5 BILLION, BACK TO 1998,  San Jose Mercury News (California), September 9, 2006 Saturday, BU; Pg. 1, 749 words, Mark Schwanhausser, Mercury News

447. IRS joins probe of stock options;  U.S. Attorney hints scope may widen to other industries,  THE SAN FRANCISCO CHRONICLE (California), September 8, 2006 Friday,  FINAL Edition, BUSINESS; Pg. C1, 708 words, Jessica Guynn, Chronicle Staff Writer

448. HP's lost way,  THE SAN FRANCISCO CHRONICLE (California), September 8, 2006 Friday,  FINAL Edition, EDITORIAL; EDITORIALS; Pg. B10, 260 words

449. Dunn says she wasn't aware of illegal acts in HP leak probe;  INTERNAL REVENUE SERVICE JOINS STOCK-OPTION INVESTIGATION,  San Jose Mercury News (California), September 8, 2006 Friday, 531 words, Frank Michael Russell, Mercury News Assistant Business Editor

450. LEGAL Lay Estate to Settle O ...,  The Washington Post, September 8, 2006 Friday,  Final Edition, Financial; D02, 894 words

451. Backdating scandal has more than 100 companies in SEC's sights,  THE SAN FRANCISCO CHRONICLE (California), September 7, 2006 Thursday,  FINAL Edition, BUSINESS; NET WORTH; Pg. C1, 1187 words, Kathleen Pender

452. TECH CHRONICLES;  A daily dose of postings from The Chronicle's technology blog (sfgate.com;  blogs;  tech), THE SAN FRANCISCO CHRONICLE (California), September 7, 2006 Thursday,  FINAL Edition, BUSINESS; TECH CHRONICLES; Pg. C3, 865 words

453. Federal officials express concern over options backdating;  BUT OFFICIALS LIMITS IN INVESTIGATING, San Jose Mercury News (California), September 7, 2006 Thursday, 601 words, Frank Davies, MediaNews Washington News

454. Backdating of options extensive, senators told;  REGULATORS FACE LIMITS INVESTIGATING PRACTICE, San Jose Mercury News (California), September 7, 2006 Thursday, BU; Pg. 1, 600 words, Frank Davies, MediaNews Washington Bureau

455. Senators May End Executive Pay Deduction,  The Washington Post, September 7, 2006 Thursday  Correction Appended,  Final Edition, Financial; D03, 246 words, Vineeta Anand and Jesse Westbrook, Bloomberg News

456. Options grab the attention of Senate,  THE SAN FRANCISCO CHRONICLE (California), September 6, 2006 Wednesday,  FINAL Edition, BUSINESS; Pg. C1, 665 words, Jessica Guynn, Chronicle Staff Writer

457. To executives who rigged stock options: Stop making excuses,  San Jose Mercury News (California), September 5, 2006 Tuesday, A; Pg. OP1, 713 words, Mark Michael

458. OPTIONS 101,  San Jose Mercury News (California), September 5, 2006 Tuesday, BU; Pg. 7, 130 words

459. Companies race to repair stock options;  GRACE PERIOD IS UP AT END OF THE YEAR,  San Jose Mercury News (California), September 5, 2006 Tuesday, BU; Pg. 1, 440 words, Mark Schwanhausser, Mercury News

460. IRS may add to execs' tax bills;  AGENCY SEEKS BACK TAXES ON ON BACKDATED STOCK GRANTS, San Jose Mercury News (California), September 5, 2006 Tuesday, BU; Pg. 1, 600 words, Mark Schwanhausser, Mercury News

461. Setting the Record Straight,  San Jose Mercury News (California), September 1, 2006 Friday, A; Pg. 2, 150 words

462. Setting the Record Straight,  San Jose Mercury News (California), September 1, 2006 Friday, A; Pg. 2, 150 words

463. Brocade execs say not guilty;  Charges are first over backdating stock options,  THE SAN FRANCISCO CHRONICLE (California), August 31, 2006 Thursday,   FINAL Edition, BUSINESS; Pg. C1, 391 words, Henry K. Lee, Chronicle Staff Writer

464. Brocade's former execs plead not guilty;  TRIAL LOOMS ON CHARGE OF BACKDATING STOCK OPTION GRANTS,  San Jose Mercury News (California), August 31, 2006 Thursday, 527 words, Therese Poletti, Mercury News

465. TECH TICKER,  San Jose Mercury News (California), August 31, 2006 Thursday, BU; Pg. 1, 461 words

466. Brocade's former execs plead not guilty;  TRIAL LOOMS ON CHARGE OF BACKDATING STOCK OPTION GRANTS,  San Jose Mercury News (California), August 31, 2006 Thursday, 538 words, Therese Poletti, Mercury News

467. Brocade ex-execs: `Not guilty';  FIRST TRIAL IN OPTIONS BACKDATING PROBES SET FOR NEXT SUM-MER,  San Jose Mercury News (California), August 31, 2006 Thursday  Correction Appended, BU; Pg. 1, 564 words, Therese Poletti, Mercury News

468. Brocade's former execs plead not guilty;  TRIAL LOOMS ON CHARGE OF BACKDATING STOCK OPTION GRANTS,  San Jose Mercury News (California), August 30, 2006 Wednesday, 229 words, Therese Poletti, Mercury News

469. TiVo's quarterly loss worsens, but DVR maker's sales grow;  REYES PLEADS NOT GUILTY TO BACKDAT-ING CHARGES; GDP GROWTH SLOWS,  San Jose Mercury News (California), August 30, 2006 Wednesday, 536 words, Frank Michael Russell, Mercury News Assistant Business Editor

470. 'Timely' grants at Apple, Pixar could haunt Jobs,  THE SAN FRANCISCO CHRONICLE (California), August 27, 2006 Sunday,   FINAL Edition, BUSINESS; NET WORTH; Pg. F1, 2596 words, Kathleen Pender

471. Companies reassess stock-option grants;  New rules force changes in types of compensation,  THE SAN FRAN-CISCO CHRONICLE (California), August 27, 2006 Sunday,   FINAL Edition, BUSINESS; Pg. F1, 1653 words, Caro-lyn Said, Chronicle Staff Writer

472. Ethics expert blasts execs in options scandal,  San Jose Mercury News (California), August 27, 2006 Sunday, BU; Pg. 1, 2630 words, Mark Schwanhausser, Mercury News

473. One camp thinks backdating options is largely a matter of poor disclosure rather than widespread fraud . . .,  San Jose Mercury News (California), August 27, 2006 Sunday, BU; Pg. 1, 1295 words, Scott Duke Harris, Mercury News

474. Sleuthing the trail of a fugitive CEO; EX-COMVERSE HEAD, SOUGHT IN SCANDAL, DROPS FROM SIGHT, San Jose Mercury News (California), August 26, 2006 Saturday, BU; Pg. 1, 774 words, Jonathan Peterson, Los Angeles Times

475. Additional `Letters to the Editor', San Jose Mercury News (California), August 24, 2006 Thursday Correction Appended, 2043 words

476. Report: Number of late quarterly SEC filings sets record, San Jose Mercury News (California), August 23, 2006 Wednesday, 255 words

477. Firms accelerating stock-option availability, THE SAN FRANCISCO CHRONICLE (California), August 22, 2006 Tuesday, FINAL Edition, BUSINESS; NET WORTH; Pg. E1, 1654 words, Kathleen Pender

478. Reality of stock-option drama is most errors were unintended, San Jose Mercury News (California), August 20, 2006 Sunday, PE; Pg. OP2, 1406 words, Jahan P. Raissi and Jason P. Lee

479. Josh Bolten, White House chief ..., The Washington Post, August 20, 2006 Sunday, Final Edition, Financial; F02, 85 words

480. TECH TICKER, San Jose Mercury News (California), August 19, 2006 Saturday, BU; Pg. 1, 1839 words

481. BUSINESS BRIEFING, The Washington Post, August 19, 2006 Saturday, Final Edition, Financial; D02, 537 words

482. Options scandal? Ho-hum, THE SAN FRANCISCO CHRONICLE (California), August 17, 2006 Thursday, FINAL Edition, BUSINESS; NET WORTH; Pg. C1, 1170 words, Kathleen Pender

483. Dell's profit plummets in latest quarter; TEXAS COMPUTER MAKER TO SELL MORE COMPUTERS WITH AMD PROCESSORS, San Jose Mercury News (California), August 17, 2006 Thursday, 113 words, Frank Michael Russell, Mercury News Assistant Business Editor

484. Options probe extends to 2 more; Tech stalwarts in Silicon Valley find discrepancies, THE SAN FRANCISCO CHRONICLE (California), August 15, 2006 Tuesday, FINAL Edition, BUSINESS; Pg. D1, 797 words, Carolyn Said, Chronicle Staff Writer

485. The Fed Takes a Break The Fe ..., The Washington Post, August 13, 2006 Sunday, Final Edition, Financial; F02, 451 words

486. EPlus Finds Problems in Stock Option Accounting; Herndon Firm Is Latest Affected, The Washington Post, August 12, 2006 Saturday, Final Edition, Financial; D01, 703 words, Carrie Johnson, Washington Post Staff Writer

487. SAN FRANCISCO; 2 indicted in stock options scheme, THE SAN FRANCISCO CHRONICLE (California), August 11, 2006 Friday, FINAL Edition, BAY AREA; BAY AREA DIGEST; Pg. B4, 186 words, Matthai Chakko Kuruvila

488. More than 100 companies now under options scrutiny, San Jose Mercury News (California), August 11, 2006 Friday, BU; Pg. 1, 693 words, Mercury News Wire Services

489. More than 100 companies now under options scrutiny, San Jose Mercury News (California), August 11, 2006 Friday, 703 words, Mercury News Wire Services

490. Judge won't throw out Brocade fraud charges; Federal prosecutors can proceed against 2 former executives, THE SAN FRANCISCO CHRONICLE (California), August 10, 2006 Thursday, FINAL Edition, BUSINESS; Pg. C1, 622 words, Bob Egelko, Chronicle Staff Writer

491. Langberg: The intrigue is afoot at S.J.'s Atmel; FOUNDER'S SUIT CLAIMS HIS FIRING WAS JUST A `PRE-TEXT', San Jose Mercury News (California), August 10, 2006 Thursday, BU; Pg. 1, 812 words, Mike Langberg, Mercury News

492. Ex-Brocade execs dealt a loss; JUDGE DENIES BID TO DISMISS CASES, San Jose Mercury News (California), August 10, 2006 Thursday Correction Appended, BU; Pg. 1, 819 words, Mark Schwanhausser, Mercury News

493. 3 Charged As Probe Into Options Widens; FBI Pursuing Cases of Illegal Stock Profits, The Washington Post, August 10, 2006 Thursday, Final Edition, A Section; A01, 958 words, Carrie Johnson, Washington Post Staff Writer

494. TECH CHRONICLES; A daily dose of postings from The Chronicle's technology blog (sfgate.com; blogs; tech), THE SAN FRANCISCO CHRONICLE (California), August 9, 2006 Wednesday, FINAL Edition, BUSINESS; TECH CHRONICLES; Pg. C1, 456 words, Ellen Lee, Tom Abate, Al Saracevic

495. Cisco shares boosted by sales rise, rosy outlook, San Jose Mercury News (California), August 9, 2006 Wednesday, BU; Pg. 1, 998 words, Sarah Jane Tribble, Mercury News

496. Apple's deft Leopard, THE SAN FRANCISCO CHRONICLE (California), August 8, 2006 Tuesday, FINAL Edition, BUSINESS; Pg. D1, 592 words, Ellen Lee, Chronicle Staff Writer

497. Atmel fires CEO, brother; MISUSE OF TRAVEL FUNDS ALLEGED, San Jose Mercury News (California), August 8, 2006 Tuesday, 148 words

498. Atmel directors fire CEO, his brother; BOARD ALLEGES IMPROPER USE OF TRAVEL FUNDS, San Jose Mercury News (California), August 8, 2006 Tuesday, BU; Pg. 9, 562 words, Dean Takahashi, Mercury News

499. Atmel directors fire CEO, his brother; BOARD ALLEGES IMPROPER USE OF TRAVEL FUNDS, San Jose Mercury News (California), August 8, 2006 Tuesday, 191 words, Dean Takahashi, Mercury News

500. Inquiry at Apple worries investors; New 'irregularities' in stock options might reach to Jobs, THE SAN FRANCISCO CHRONICLE (California), August 5, 2006 Saturday, FINAL Edition, BUSINESS; Pg. C1, 486 words, Tom Abate, Chronicle Staff Writer

501. Software firm tidies up; MERCURY INTERACTIVE ATTEMPTS TO REBUILD IMAGE AMID SCANDAL, San Jose Mercury News (California), August 5, 2006 Saturday, BU; Pg. 1, 817 words, Therese Poletti, Mercury News

502. Apple finds new errors in options; Firm warns it will likely need to restate financial statements, THE SAN FRANCISCO CHRONICLE (California), August 4, 2006 Friday, FINAL Edition, BUSINESS; Pg. C1, 409 words, Ellen Lee, Chronicle Staff Writer

503. Two Verisign board members resign; SPECULATION FUELS STOCK DIP, San Jose Mercury News (California), August 4, 2006 Friday, 547 words

504. Apple to restate earnings; PROFIT LIKELY TO BE CUT BECAUSE OF STOCK OPTIONS, San Jose Mercury News (California), August 4, 2006 Friday, BU; Pg. 1, 637 words, John Boudreau, Mercury News

505. Two members of VeriSign's compensation panel quit, San Jose Mercury News (California), August 4, 2006 Friday, BU; Pg. 1, 522 words, Therese Poletti, Mercury News

506. One-sided stories on Brocade CEO, San Jose Mercury News (California), August 4, 2006 Friday, A; Pg. OP2, 769 words

507. Two members of VeriSign's compensation panel quit, San Jose Mercury News (California), August 4, 2006 Friday, BU; Pg. 1, 522 words, Therese Poletti, Mercury News

**1:07CV00407 (EGS)**

508. Apple May Erase Some Profit Over Stock Options, The Washington Post, August 4, 2006 Friday, Final Edition, Financial; D05, 412 words, Michael Liedtke, Associated Press, SAN FRANCISCO Aug. 3

509. Former Brocade CEO arraigned; Gregory Reyes and another executive face charges of securities fraud in options scandal, THE SAN FRANCISCO CHRONICLE (California), August 3, 2006 Thursday, FINAL Edition, BUSINESS; Pg. C1, 606 words, Verne Kopytoff, Chronicle Staff Writer

510. Brocade executives arraigned on fraud charge for stock-option backdating; GREG REYES IS ``HELLBENT'' ON PROVING INNOCENCE, San Jose Mercury News (California), August 3, 2006 Thursday, 594 words

511. Ex-Brocade execs in court; $2 MILLION BOND FOR REYES, San Jose Mercury News (California), August 3, 2006 Thursday, BU; Pg. 1, 587 words, Therese Poletti, Mercury News

512. Additional `Letters to the Editor', San Jose Mercury News (California), August 3, 2006 Thursday, 2125 words

513. Herhold: Valley binged on options like they were meth, San Jose Mercury News (California), August 3, 2006 Thursday, B; Pg. 1, 591 words, Scott Herhold, Mercury News

514. Langberg: Stakes can be just as high in court of public opinion, San Jose Mercury News (California), August 3, 2006 Thursday, BU; Pg. 1, 779 words, Mike Langberg, Mercury News

515. KEY DATES IN LEGAL CASES, San Jose Mercury News (California), August 3, 2006 Thursday, BU; Pg. 1, 102 words

516. Valley binged on options like they were meth, San Jose Mercury News (California), August 3, 2006 Thursday, 602 words, Scott Herhold, Mercury News

517. Former CEO of Mercury Interactive gives up more stock options; COMPANY CLEANING UP FINANCIAL REPORTS TO END SCANDAL, San Jose Mercury News (California), August 2, 2006 Wednesday, 626 words

518. Ex-Mercury executive to give up options; AGREEMENT PART OF EFFORT TO FIX STOCK SCANDAL AHEAD OF SALE TO HP, San Jose Mercury News (California), August 2, 2006 Wednesday, BU; Pg. 1, 554 words, Therese Poletti, Mercury News

519. Ex-CEO drove Brocade, himself; GREG REYES' JOURNEY FROM CHIEF EXECUTIVE TO PROSECUTOR'S TARGET, San Jose Mercury News (California), August 2, 2006 Wednesday, A; Pg. 1, 1046 words, Michelle Quinn, Mercury News

520. Ex-CEO drove Brocade, himself; GREG REYES' JOURNEY FROM CHIEF EXECUTIVE TO PROSECUTOR'S TARGET, San Jose Mercury News (California), August 2, 2006 Wednesday, A; Pg. 1, 1046 words, Michelle Quinn, Mercury News

521. SanDisk acquires Israeli company; TO CREATE FLASH-MEMORY CHIP POWERHOUSE, San Jose Mercury News (California), August 1, 2006 Tuesday, 720 words

522. SanDisk buying firm hurt by options probe; SECOND SUCH DEAL IN PAST WEEK CREATES A FORCE IN FLASH MEMORY, San Jose Mercury News (California), August 1, 2006 Tuesday, BU; Pg. 1, 711 words, Dean Taka-hashi, Mercury News

523. Spotlight shining on executive pay; A SWEEPING SET OF NEW RULES FROM THE SEC WILL HELP END THE OBFUSCATION BY MANY U.S. CORPORATIONS, San Jose Mercury News (California), July 31, 2006 Monday, A; Pg. OP1, 402 words, Mercury News Editorial

524. Options scandal grew out of 1990s strategy;  Many Silicon Valley businesses offered the incentives to attract and retain their top employees in a competitive market,  THE SAN FRANCISCO CHRONICLE (California), July 30, 2006 Sunday,  FINAL Edition, BUSINESS; Pg. F1, 1638 words, Carolyn Said, Chronicle Staff Writer

525. Reining in options abuses;  PROSECUTOR WHO HEADS FEDERAL TASK FORCE ASSESSES THE STATE OF ITS INVESTIGATION SO FAR,  San Jose Mercury News (California), July 30, 2006 Sunday, BU; Pg. 1, 1152 words, Therese Poletti, Mercury News

526. Chip wars escalate with AMD deal, Intel rollout,  San Jose Mercury News (California), July 30, 2006 Sunday, BU; Pg. SUN, 566 words, Frank Michael Russell, Mercury News

527. IRS Plans Its Own Stock Options Inquiry,  The Washington Post, July 29, 2006 Saturday,  Final Edition, Financial; D02, 405 words, Marcy Gordon, Associated Press

528. Accounting board issues alert on backdating of options,  San Jose Mercury News (California), July 28, 2006 Friday, 420 words

529. Stricter rules on compensation disclosure adopted,  THE SAN FRANCISCO CHRONICLE (California), July 27, 2006 Thursday,  FINAL Edition, BUSINESS; NET WORTH; Pg. C1, 1323 words, Kathleen Pender

530. Shareholders' poor options,  THE SAN FRANCISCO CHRONICLE (California), July 27, 2006 Thursday,  FINAL Edition, EDITORIAL; EDITORIALS; Pg. B8, 350 words

531. Investor lawsuits drop sharply;  FEWER CLASS ACTIONS, STANFORD STUDY SHOWS,  San Jose Mercury News (California), July 27, 2006 Thursday, BU; Pg. 3, 285 words, Brooke A. Masters, Washington Post

532. Investors' Class-Action Lawsuits Drop Sharply;  Stock Gains, Governance Measures Cited,  The Washington Post, July 27, 2006 Thursday,  Final Edition, Financial; D02, 451 words, Brooke A. Masters, Washington Post Staff Writer

533. SEC Rules Tightened On Pay Disclosure;  Firms Must Detail Total Compensation Of 5 Top Executives,  The Washington Post, July 27, 2006 Thursday,  Final Edition, Financial; D01, 729 words, Terence O'Hara, Washington Post Staff Writer

534. HP to buy Mercury Interactive;  Hewlett's $4.5 billion deal is biggest since acquiring Compaq 4 years ago,  THE SAN FRANCISCO CHRONICLE (California), July 26, 2006 Wednesday,  FINAL Edition, BUSINESS; Pg. C1, 704 words, Benjamin Pimentel, Chronicle Staff Writer

535. HP's $4.5 billion purchase;  MERCURY INTERACTIVE DEAL WOULD BOOST SOFTWARE ARM,  San Jose Mercury News (California), July 26, 2006 Wednesday, BU; Pg. 1, 860 words, Nicole C. Wong, Mercury News

536. SEC adopts stricter rules on executive pay, stock options;  SYMANTEC'S QUARTERLY PROFIT DROPS, BUT FORECAST PLEASES WALL STREET,  San Jose Mercury News (California), July 26, 2006 Wednesday, 746 words, Frank Michael Russell, Mercury News Assistant Business Editor

537. REGULATORS SEC Scrutinizes He ...,  The Washington Post, July 26, 2006 Wednesday,  Final Edition, Financial; D02, 801 words

538. Investors to get pay info,  THE SAN FRANCISCO CHRONICLE (California), July 25, 2006 Tuesday,  FINAL Edition, BUSINESS; NET WORTH; Pg. D1, 919 words, Kathleen Pender

539. HP agrees to acquire Mercury Interactive in $4.5 billion deal,  San Jose Mercury News (California), July 25, 2006 Tuesday, 167 words, Frank Michael Russell, Mercury News Assistant Business Editor

540. HP to buy Mercury Interactive for $4.5 billion; JOB-CUT EXPENSES ADD TO SUN MICROSYSTEMS' QUARTERLY LOSS, San Jose Mercury News (California), July 25, 2006 Tuesday, 643 words, Frank Michael Russell, Mercury News Assistant Business Editor

541. HP agrees to acquire Mercury Interactive in $4.5 billion deal, San Jose Mercury News (California), July 25, 2006 Tuesday, 167 words, Frank Michael Russell, Mercury News Assistant Business Editor

542. HP to buy Mercury Interactive for $4.5 billion; JOB-CUT EXPENSES ADD TO SUN MICROSYSTEMS' QUARTERLY LOSS, San Jose Mercury News (California), July 25, 2006 Tuesday, 643 words, Frank Michael Russell, Mercury News Assistant Business Editor

543. Stigma emerges, glitter fades for stock options, San Jose Mercury News (California), July 24, 2006 Monday, 918 words, Scott Duke Harris, Mercury News

544. How hot was it? So hot we stopped talking about Google (briefly), San Jose Mercury News (California), July 23, 2006 Sunday, BU; Pg. SUN, 549 words, Frank Michael Russell, Mercury News

545. Stigma emerges, glitter fades for stock options; `IT'S GOING TO GET UGLIER AND UGLIER', San Jose Mercury News (California), July 23, 2006 Sunday, A; Pg. 1, 907 words, Scott Duke Harris, Mercury News

546. Wal-Mart's Big Win Wal-Mart ..., The Washington Post, July 23, 2006 Sunday, Final Edition, Financial; F02, 439 words

547. Backdating issue moves to forefront; After charging Brocade execs, feds may need to wait awhile, THE SAN FRANCISCO CHRONICLE (California), July 22, 2006 Saturday, FINAL Edition, BUSINESS; Pg. C1, 781 words, Carolyn Said, Chronicle Staff Writer

548. Setting the Record Straight, San Jose Mercury News (California), July 22, 2006 Saturday, A; Pg. 2, 137 words

549. Setting the Record Straight, San Jose Mercury News (California), July 22, 2006 Saturday, A; Pg. 2, 137 words

550. Setting the Record Straight, San Jose Mercury News (California), July 22, 2006 Saturday, A; Pg. 2, 137 words

551. Options probe snares 3 former Brocade execs, THE SAN FRANCISCO CHRONICLE (California), July 21, 2006 Friday, FINAL Edition, BUSINESS; Pg. D1, 1156 words, Carolyn Said, Chronicle Staff Writer

552. Former Brocade CEO and two other executives charged in options scandal, San Jose Mercury News (California), July 21, 2006 Friday, 1114 words, Therese Poletti and Sue McAllister, Mercury News

553. ANALYSIS, San Jose Mercury News (California), July 21, 2006 Friday, A; Pg. 1, 761 words, Mark Schwanhausser, Mercury News

554. OPTIONS RIGGING CHARGES FILED; BROCADE: ATTORNEYS FOR 3 EXECUTIVES DENY WRONGDOING:, San Jose Mercury News (California), July 21, 2006 Friday, A; Pg. 1, 1113 words, Therese Poletti and Sue McAllister, Mercury News

555. Former Brocade CEO and two other executives charged in options scandal, San Jose Mercury News (California), July 21, 2006 Friday, 1114 words, Therese Poletti and Sue McAllister, Mercury News

556. Bonds not indicted, but case will continue, San Jose Mercury News (California), July 21, 2006 Friday, SP; Pg. 1, 975 words, Elliott Almond and Sean Webby, Mercury News

557. ANALYSIS, San Jose Mercury News (California), July 21, 2006 Friday, A; Pg. 1, 761 words, Mark Schwanhausser, Mercury News

558. OPTIONS RIGGING CHARGES FILED; BROCADE: ATTORNEYS FOR 3 EXECUTIVES DENY WRONG-DOING:, San Jose Mercury News (California), July 21, 2006 Friday, A; Pg. 1, 1113 words, Therese Poletti and Sue McAllister, Mercury News

559. Langberg: Object lesson for valley execs tempted to scam the system, San Jose Mercury News (California), July 21, 2006 Friday, 662 words, Mike Langberg, Mercury News

560. Ex-Brocade CEO charismatic, aggressive, San Jose Mercury News (California), July 21, 2006 Friday, 651 words, Michelle Quinn and Therese Poletti, Mercury News

561. What the options scandal means for Silicon Valley, San Jose Mercury News (California), July 21, 2006 Friday, 1193 words, Mark Schwanhausser, Mercury News

562. Object lesson for valley execs tempted to scam the system, San Jose Mercury News (California), July 21, 2006 Friday, 673 words, Mike Langberg, Mercury News

563. Charges Filed in Options Probe; Authorities Say Complaint Is First but Not Last, The Washington Post, July 21, 2006 Friday, Final Edition, Financial; D01, 797 words, Carrie Johnson, Washington Post Staff Writer

564. Brocade officers hit with fraud complaint; SEC probe finds mishandling of stock options, The Washington Times, July 21, 2006 Friday, BUSINESS; Pg. C08, 749 words, By Patrice Hill, THE WASHINGTON TIMES

565. Langberg: Enforce laws on options; new rules unneeded; SCANDAL IMPERILS VALLEY'S FOUNDATION, San Jose Mercury News (California), July 20, 2006 Thursday, BU; Pg. 1, 609 words, Mike Langberg, Mercury News

566. Former Brocade CEO charged in options scandal, San Jose Mercury News (California), July 20, 2006 Thursday, 725 words, Mark Schwanhausser and Therese Poletti, Mercury News

567. Prosecutors charge Brocade ex-CEO Reyes in stock-option scheme; GOOGLE PROFIT MORE THAN DOU-BLES; SKIRMISHES IN INTEL-AMD BATTLE, San Jose Mercury News (California), July 20, 2006 Thursday, 1595 words, Frank Michael Russell, Mercury News Assistant Business Editor

568. Prosecutors charge Brocade ex-CEO Reyes in stock-option scheme; GOOGLE PROFIT MORE THAN DOU-BLES; SKIRMISHES IN INTEL-AMD BATTLE, San Jose Mercury News (California), July 20, 2006 Thursday, 1597 words, Frank Michael Russell, Mercury News Assistant Business Editor

569. Brocade CEO charged in options scandal, San Jose Mercury News (California), July 20, 2006 Thursday  Correction Appended, 830 words, Mark Schwanhausser and Therese Poletti, Mercury News

570. Apple leads tech-earnings cavalcade with 48 percent profit jump; INTEL, EBAY REPORT RESULTS; YAHOO STOCK PLUNGES; HOME SALES FALL, PRICES RISE, San Jose Mercury News (California), July 19, 2006 Wednesday, 1318 words, Frank Michael Russell, Mercury News Assistant Business Editor

571. DAILY DIGEST, THE SAN FRANCISCO CHRONICLE (California), July 18, 2006 Tuesday,  FINAL Edition, BUSINESS; DAILY DIGEST; Pg. E2, 1375 words

572. Federal charges likely `soon'; U.S. ATTORNEY, SEC EXPECT QUICK ACTION ON BACKDATED STOCK, San Jose Mercury News (California), July 18, 2006 Tuesday, BU; Pg. 1, 663 words, Mark Schwanhausser, Mercury News

573. Cox says SEC poised to bring first option-backdating case, San Jose Mercury News (California), July 17, 2006 Monday, 170 words

574. Feds investigating backdated options;  Probe of scandal could involve at least 25 Bay Area companies,  THE SAN FRANCISCO CHRONICLE (California), July 14, 2006 Friday,  FINAL Edition, BUSINESS; Pg. D1, 896 words, Carolyn Said, Chronicle Staff Writer

575. U.S. attorney launches task force on backdating;  FEDERAL INQUIRY HITS HIGHEST LEVEL YET,  San Jose Mercury News (California), July 14, 2006 Friday, A; Pg. 1, 582 words, Therese Poletti, Mercury News

576. U.S. attorney launches task force on backdating;  FEDERAL INQUIRY HITS HIGHEST LEVEL YET,  San Jose Mercury News (California), July 14, 2006 Friday, A; Pg. 1, 582 words, Therese Poletti, Mercury News

577. Arggghhh!!! Nasdaq plummets 4.4 percent for week as oil prices soar;  SV TECH STOCKS LOWER, TOO; GAS PRICES CUT INTO CONSUMER SPENDING,  San Jose Mercury News (California), July 14, 2006 Friday, 583 words, Frank Michael Russell, Mercury News Assistant Business Editor

578. Arggghhh!!! Nasdaq plummets 4.4 percent for week as oil prices soar;  SV TECH STOCKS LOWER, TOO; GAS PRICES CUT INTO CONSUMER SPENDING,  San Jose Mercury News (California), July 14, 2006 Friday, 582 words, Frank Michael Russell, Mercury News Assistant Business Editor

579. LEGAL Silicon Valley Options ...,  The Washington Post, July 14, 2006 Friday,  Final Edition, Financial; D05, 264 words

580. Silicon Valley option grants to be probed by task force;  NORTHERN CALIFORNIA FEDERAL PROSECU-TORS FORM TASK FORCE,  San Jose Mercury News (California), July 13, 2006 Thursday, 306 words, Therese Poletti, Mercury News

581. Options furor gets hotter,  THE SAN FRANCISCO CHRONICLE (California), July 11, 2006 Tuesday,  FINAL Edition, BUSINESS; NET WORTH; Pg. C1, 1060 words, Kathleen Pender

582. ADP's error on job stats,  THE SAN FRANCISCO CHRONICLE (California), July 9, 2006 Sunday,  FINAL Edi-tion, BUSINESS; NET WORTH; Pg. F1, 1071 words, Kathleen Pender

583. Mercury Interactive fesses up; eBay shakes up,  San Jose Mercury News (California), July 9, 2006 Sunday, BU; Pg. SUN, 491 words, Frank Michael Russell, Mercury News

584. Langberg: Options trouble at Mercury Interactive paints disturbing picture,  San Jose Mercury News (California), July 6, 2006 Thursday, 802 words, Mike Langberg, Mercury News

585. Options scandal underscores value of playing by the rules,  San Jose Mercury News (California), July 6, 2006 Thursday, 811 words, Mike Langberg, Mercury News

586. Openwave gets subpoenas from U.S. attorneys on options,  San Jose Mercury News (California), July 6, 2006 Thursday, 161 words

587. Langberg: Options scandal underscores value of playing by the rules;  WHAT WENT WRONG AT MERCURY INTERACTIVE,  San Jose Mercury News (California), July 6, 2006 Thursday, BU; Pg. 1, 801 words, Mike Langberg, Mercury News

588. Trickery of option awards,  THE SAN FRANCISCO CHRONICLE (California), July 4, 2006 Tuesday,  FINAL Edition, BUSINESS; NET WORTH; Pg. E1, 1277 words, Kathleen Pender

589. Options raise angst in valley;  EXECUTIVES, WORKERS BRACE FOR FALLOUT OVER BACKDATING, San Jose Mercury News (California), July 4, 2006 Tuesday, A; Pg. 1, 1102 words, Scott Duke Harris, Mercury News

590. Options raise angst in valley;  EXECUTIVES, WORKERS BRACE FOR FALLOUT OVER BACKDATING, San Jose Mercury News (California), July 4, 2006 Tuesday, A; Pg. 1, 1102 words, Scott Duke Harris, Mercury News

591. Firm admits rigging options;  MERCURY INTERACTIVE FINDS 54 INTENTIONAL ACTS OF BACKDAT-ING,  San Jose Mercury News (California), July 4, 2006 Tuesday  Correction Appended, BU; Pg. 1, 1022 words, Rochelle Garner, Bloomberg News

592. Market Strengthens as Quarter Ends,  The Washington Post, July 2, 2006 Sunday,   Final Edition, Financial; F07, 173 words

593. KLA-Tencor sees stock problems;  Likely backdating of options may force earnings restatement,  THE SAN FRANCISCO CHRONICLE (California), July 1, 2006 Saturday,   FINAL Edition, BUSINESS; Pg. C1, 487 words, Carolyn Said, Chronicle Staff Writer

594. Inquiry at Apple -- option irregularities;  Stock grants to executives under scrutiny,  THE SAN FRANCISCO CHRONICLE (California), June 30, 2006 Friday,   FINAL Edition, NEWS; Pg. A1, 1110 words, Carolyn Said, Kathleen Pender, Chronicle Staff Writers

595. Stock grant to Jobs questioned;  APPLE IS REVIEWING TIMING, PRICING OF 2000 AWARD TO CEO,  San Jose Mercury News (California), June 30, 2006 Friday, 856 words, Mark Schwanhausser, Mercury News

596. French legislators pass iPod legislation;  GENENTECH WINS LUCENTIS APPROVAL; BARE ESCENTUALS FILES FOR IPO,  San Jose Mercury News (California), June 30, 2006 Friday, 642 words, Frank Michael Russell, Mercury News Assistant Business Editor

597. Apple Finds 'Irregularities' in Employee Stock Options, Including Some of Jobs's,  The Washington Post, June 30, 2006 Friday,   Final Edition, Financial; D04, 585 words, Michael Liedtke, Associated Press, SAN FRANCISCO June 29

598. REGULATORS More Options Inve ...,  The Washington Post, June 30, 2006 Friday,   Final Edition, Financial; D02, 844 words

599. Options tangled in taxes,  THE SAN FRANCISCO CHRONICLE (California), June 29, 2006 Thursday,   FINAL Edition, BUSINESS; NET WORTH; Pg. C1, 988 words, Kathleen Pender

600. Options scams put heat on auditors;  INDUSTRY TAKING STOCK OF ACCOUNTING CONTROLS, ABILITY TO SPOT ABUSES,  San Jose Mercury News (California), June 28, 2006 Wednesday, BU; Pg. 1, 1038 words, Mark Schwanhausser, Mercury News

601. A call for curbs on CEO pay,  THE SAN FRANCISCO CHRONICLE (California), June 27, 2006 Tuesday,   FINAL Edition, BUSINESS; NET WORTH; Pg. D1, 876 words, Kathleen Pender

602. Blogs focus on options scandal;  POSTINGS PROVIDE INFORMATION RESOURCE, ANALYSIS FOR VALLEY EXECS, EMPLOYEES,  San Jose Mercury News (California), June 24, 2006 Saturday, BU; Pg. 1, 777 words, Therese Poletti, Mercury News

603. TECH TICKER,  San Jose Mercury News (California), June 24, 2006 Saturday, BU; Pg. 1, 447 words

604. AMD chooses upstate N.Y. for new $3.2B chip plant;  MICROSOFT SHOULD BUY YAHOO, ANALYST SAYS; SEC PROBING XILINX OPTIONS,  San Jose Mercury News (California), June 23, 2006 Friday, 483 words, Frank Michael Russell, Mercury News Assistant Business Editor

605. Altera to restate results;  OPTIONS BACKDATING PROMPTS REWRITING 10 YEARS OF REPORTS,  San Jose Mercury News (California), June 22, 2006 Thursday  Correction Appended, BU; Pg. 1, 658 words, Therese Poletti and Mark Schwanhausser, Mercury News

606. Options payout offered; BROCADE WILL SHELL OUT $4.5 MILLION TO WORKERS WHO ALTER DIS-COUNT PLANS, San Jose Mercury News (California), June 20, 2006 Tuesday, BU; Pg. 1, 552 words, Therese Poletti, Mercury News

607. Silicon Valley turning into Litigation Valley; SHAREHOLDERS WANT THEIR MONEY BACK, San Jose Mercury News (California), June 20, 2006 Tuesday, BU; Pg. 1, 972 words, Scott Duke Harris and Therese Poletti, Mercury News

608. Silicon Valley turning into Litigation Valley; SHAREHOLDERS WANT THEIR MONEY BACK, San Jose Mercury News (California), June 20, 2006 Tuesday, 972 words, Scott Duke Harris and Therese Poletti, Mercury News

609. Options payout offered; BROCADE WILL SHELL OUT $4.5 MILLION TO WORKERS WHO ALTER DIS-COUNT PLANS, San Jose Mercury News (California), June 20, 2006 Tuesday, 552 words, Therese Poletti, Mercury News

610. Setting the Record Straight, San Jose Mercury News (California), June 20, 2006 Tuesday, A; Pg. 2, 167 words

611. With No Reason to Gain, Stocks Fall, The Washington Post, June 20, 2006 Tuesday, Final Edition, Financial; D03, 447 words, Associated Press, NEW YORK June 19

612. Executive sells 1.2 million Intel shares, San Jose Mercury News (California), June 19, 2006 Monday, PT; Pg. 2, 495 words, Jack Davis, Mercury News

613. Backdating scandal expands; Tougher regulations expected to restrict how stock options fit within executive compensation, THE SAN FRANCISCO CHRONICLE (California), June 18, 2006 Sunday, FINAL Edition, BUSINESS; Pg. F1, 1492 words, Carolyn Said, Chronicle Staff Writer

614. Google focuses on Earth -- displaying it, controlling it, San Jose Mercury News (California), June 18, 2006 Sunday, BU; Pg. SUN, 505 words, Frank Michael Russell, Mercury News

615. Microsoft rigged options; SOFTWARE GIANT'S WORKERS COULD BUY STOCK AT LOW FOR MONTH FROM '92-'99, San Jose Mercury News (California), June 17, 2006 Saturday, BU; Pg. 1, 831 words, Mark Schwanhausser, Mercury News

616. Weekly Editorials, San Jose Mercury News (California), June 17, 2006 Saturday, A; Pg. OP1, 439 words

617. Microsoft rigged options; SOFTWARE GIANT'S WORKERS COULD BUY STOCK AT LOW FOR MONTH FROM '92-'99, San Jose Mercury News (California), June 17, 2006 Saturday, 831 words, Mark Schwanhausser, Mercury News

618. Backdating scandal may harm tech goals, San Jose Mercury News (California), June 16, 2006 Friday, BU; Pg. 1, 855 words, Mike Langberg, Mercury News

619. Backdating scandal may harm tech goals, San Jose Mercury News (California), June 16, 2006 Friday, 855 words, Mike Langberg, Mercury News

620. Microsoft and Home Depot put curious dates on options; markets end wild week with a whimper, San Jose Mercury News (California), June 16, 2006 Friday, 426 words, Jon Fortt, Mercury News Assistant Business Editor

621. Bubble hangover hasn't gone away; SCANDAL OVER STOCK OPTIONS BACK-DATING ILLUSTRATES NEED FOR STRONG CONTROLS, San Jose Mercury News (California), June 15, 2006 Thursday, A; Pg. OP1, 435 words, Mercury News Editorial

622. More options probes likely;  OTHER VALLEY FIRMS COULD BE SNARED BY LAX, LATE REPORTING, San Jose Mercury News (California), June 15, 2006 Thursday, A; Pg. 1, 989 words, Mark Schwanhausser, Mercury News

623. TECHNOLOGY BRIEFING,  The Washington Post, June 15, 2006 Thursday,  Final Edition, Financial; D05, 354 words

624. Pain at the pump pushes consumer prices 0.4% higher;  RELIEF RALLY FOR INTEL, AMD, APPLIED; SCHWAB CUTS ONLINE TRADING FEE,  San Jose Mercury News (California), June 14, 2006 Wednesday, 772 words, Frank Michael Russell, Mercury News Assistant Business Editor

625. A Crackdown on 'Perfect' Timing;  SEC to Clarify Rules on Lucrative -- and Potentially Abusive -- Backdating of Options,  The Washington Post, June 14, 2006 Wednesday,  Final Edition, Financial; D01, 1169 words, Kathleen Day, Washington Post Staff Writer

626. Don't bet on `net neutrality,' senator says;  SHARES OF AGILENT SPINOFF DROP AFTER IPO; TOYOTA TO ADD MORE HYBRIDS,  San Jose Mercury News (California), June 13, 2006 Tuesday, 754 words, Frank Michael Russell, Mercury News Assistant Business Editor

627. Options cloud hangs over valley firm's CEO,  San Jose Mercury News (California), June 13, 2006 Tuesday  Correction Appended, A; Pg. 1, 1035 words, Scott Duke Harris, Mercury News

628. Valley firm goes after ex-CEO on options,  San Jose Mercury News (California), June 10, 2006 Saturday  Correction Appended, A; Pg. 1, 837 words, Therese Poletti and Mark Schwanhausser, Mercury News

629. SEC Chief to Push for Fuller Disclosure of Executive Stock Options,  The Washington Post, June 10, 2006 Saturday,  Final Edition, Financial; D02, 581 words, Rob Urban and Jesse Westbrook, Bloomberg News

630. Maxim joins list of firms being probed over options;  INVESTIGATION CASTS SUSPICION OVER VALLEY ICON,  San Jose Mercury News (California), June 9, 2006 Friday, BU; Pg. 1, 563 words, Mark Schwanhausser, Mercury News

631. Company's recruiting perks under fire in suit;  SHAREHOLDERS QUESTIONING TIMING FOR OPTION GRANT,  San Jose Mercury News (California), June 5, 2006 Monday, A; Pg. 1, 1173 words, Therese Poletti, Mercury News

632. Additional `Letters to the Editor',  San Jose Mercury News (California), June 5, 2006 Monday, 2999 words

633. OPTIONS FALLOUT,  San Jose Mercury News (California), June 4, 2006 Sunday, A; Pg. 21, 186 words

634. Wider abuse of options feared;  VALLEY IS BRACING FOR MORE BAD NEWS IN STOCK-PRICE CASES, San Jose Mercury News (California), June 4, 2006 Sunday, A; Pg. 1, 1452 words, Mark Schwanhausser, Mercury News

635. Stock options and rigged prices;  SILICON VALLEY FIRMS FEAR THAT MORE COULD BE CAUGHT UP IN SCANDAL,  San Jose Mercury News (California), June 3, 2006 Saturday, 1410 words, Mark Schwanhausser, Mercury News

636. BUSINESS DIGEST,  San Jose Mercury News (California), June 1, 2006 Thursday, BU; Pg. 2, 1065 words

637. Options-granting scandal widens in valley;  MCAFEE FIRES GENERAL COUNSEL AMID COMPANY PROBE,  San Jose Mercury News (California), May 31, 2006 Wednesday, 754 words, Michelle Quinn, Mercury News

638. McAfee fires general counsel over stock-option grant,  San Jose Mercury News (California), May 31, 2006 Wednesday, 460 words, SAN FRANCISCO

639. McAfee fires exec amid options review;  GENERAL COUNSEL SWEPT UP IN WIDENING PROBE OF BACKDATING,  San Jose Mercury News (California), May 31, 2006 Wednesday, BU; Pg. 1, 760 words, Michelle Quinn, Mercury News

640. Sycamore Networks gets federal subpoena over stock-option grants,  San Jose Mercury News (California), May 31, 2006 Wednesday, 350 words, CHELMSFORD, Mass.

641. SOFTWARE McAfee Fires Genera ...,  The Washington Post, May 31, 2006 Wednesday,  Final Edition, Financial; D04, 413 words

642. Options scandal unfolding,  THE SAN FRANCISCO CHRONICLE (California), May 28, 2006 Sunday,  FINAL Edition, BUSINESS; NET WORTH; Pg. F1, 1416 words, Kathleen Pender

643. More handcuffs for execs predicted;  PROSECUTORS EMBOLDENED BY ENRON VERDICTS,  San Jose Mercury News (California), May 27, 2006 Saturday, BU; Pg. 1, 661 words, Marcy Gordon, Associated Press

644. THE ENRON VERDICT;  From white collars to prison blues;  Among the tales of success and corporate excess, the actions of Enron leaders -- and others -- speak volumes,  THE SAN FRANCISCO CHRONICLE (California), May 26, 2006 Friday,  FINAL Edition, BUSINESS; Pg. D1, 1529 words, Carolyn Said, Chronicle Staff Writer

645. Enron: Guilty!,  THE SAN FRANCISCO CHRONICLE (California), May 26, 2006 Friday,  FINAL Edition, EDITORIAL; EDITORIALS; Pg. B10, 290 words

646. Langberg: Why Enron wouldn't happen in the valley,  San Jose Mercury News (California), May 26, 2006 Friday, 686 words, Mike Langberg, Mercury News

647. TECH TICKER,  San Jose Mercury News (California), May 26, 2006 Friday, BU; Pg. 1, 429 words

648. SEC looking at options backdating by McAfee;  REVIEW INITIATED BY SOFTWARE MAKER,  San Jose Mercury News (California), May 26, 2006 Friday, BU; Pg. 1, 421 words, Mercury News wire services

649. Langberg: Why Enron scandal couldn't happen here,  San Jose Mercury News (California), May 26, 2006 Friday, BU; Pg. 1, 684 words, Mike Langberg, Mercury News

650. nationwide FALLOUT FROM THE SCANDAL,  San Jose Mercury News (California), May 26, 2006 Friday, BU; Pg. 1, 483 words

651. BUSINESS DIGEST,  San Jose Mercury News (California), May 25, 2006 Thursday, BU; Pg. 2, 1043 words

652. TECH TICKER,  San Jose Mercury News (California), May 25, 2006 Thursday, BU; Pg. 1, 451 words

653. Jury to Lay, Skilling: Guilty,  San Jose Mercury News (California), May 25, 2006 Thursday, 603 words, Kevin Wendt, Mercury News Assistant Business Editor

654. Possible options scams at several local companies,  THE SAN FRANCISCO CHRONICLE (California), May 24, 2006 Wednesday,  FINAL Edition, BUSINESS; Pg. C1, 1505 words, Carolyn Said, Chronicle Staff Writer

655. Stock option inquiry targets three more Valley companies;  JUNIPER NETWORKS, KLA-TENCOR AND OPENWAVE UNDER INVESTIGATION,  San Jose Mercury News (California), May 23, 2006 Tuesday, 869 words, Mark Schwanhausser, Mercury News

656. What is the possible offense?,  San Jose Mercury News (California), May 23, 2006 Tuesday, A; Pg. 1, 126 words

657. Three valley firms target of options probes;  BACK-DATING STOCK AWARDS WAS ONCE COMMON PRACTICE,  San Jose Mercury News (California), May 23, 2006 Tuesday, A; Pg. 1, 875 words, Mark Schwanhausser, Mercury News

658. Executive pay swells amid the backlash;  LITTLE SIGN OF RESTRAINT AMONG VALLEY FIRMS DESPITE CALLS FOR REFORM,  San Jose Mercury News (California), May 21, 2006 Sunday, 1394 words, Chris O'Brien, Mercury News

659. Revolving Door,  The Washington Post, May 21, 2006 Sunday,  Final Edition, Financial; F03, 247 words

660. TECH TICKER,  San Jose Mercury News (California), May 20, 2006 Saturday, BU; Pg. 1, 448 words

661. Backdated options,  The Washington Post, May 7, 2006 Sunday,  Final Edition, Financial; F03, 139 words

662. ECONOMY Report Overstated In ...,  The Washington Post, May 5, 2006 Friday,  Final Edition, Financial; D02, 784 words

663. UnitedHealth directors win re-election,  San Jose Mercury News (California), May 3, 2006 Wednesday, BU; Pg. 4, 151 words, MINNETONKA, Minn.

664. The CA scandal: As Kumar spoke of reform, crimes had already been committed,  San Jose Mercury News (California), April 28, 2006 Friday, 958 words, NEW YORK

665. CalPERS questions insurer on options;  $2.4 BILLION GRANTED TO TOP EXECUTIVES,  San Jose Mercury News (California), April 26, 2006 Wednesday, BU; Pg. 3, 345 words, Mercury News Wire Services

666. SMALL BUSINESS SBA Head Step ...,  The Washington Post, April 26, 2006 Wednesday,  Final Edition, Financial; D02, 753 words

667. Busy day for corporate lawyers,  San Jose Mercury News (California), April 25, 2006 Tuesday, 442 words

668. Busy day for corporate lawyers,  San Jose Mercury News (California), April 24, 2006 Monday, 440 words, Kevin Wendt, Mercury News Assistant Business Editor

669. Two Takes on Skilling's Character;  Lawyers Probe Enron Chief's Investments;  Witnesses Buttress Defense,  The Washington Post, April 21, 2006 Friday,  Final Edition, Financial; D03, 766 words, Carrie Johnson, Washington Post Staff Writer, HOUSTON April 20

670. DAILY DIGEST,  THE SAN FRANCISCO CHRONICLE (California), March 3, 2006 Friday,  FINAL Edition, BUSINESS; DAILY DIGEST; Pg. D2, 1199 words

671. EU warns Microsoft that it faces fines if it keeps up on current course,  San Jose Mercury News (California), March 2, 2006 Thursday, 650 words, BRUSSELS, Belgium

# EXHIBIT F

Home | Previous Page



## U.S. Securities and Exchange Commission

**U.S. SECURITIES AND EXCHANGE COMMISSION**

Litigation Release No. 20086 / April 24, 2007

*Securities and Exchange Commission v. Nancy R. Heinen and Fred D. Anderson*, Case No. 07-2214-HRL (Lloyd). (N.D. Cal. filed April 24, 2007)

**SEC Charges Former Apple General Counsel for Illegal Stock Option Backdating**

### Commission Also Settles Claims Against Former Apple CFO for $3.5 Million

The Securities and Exchange Commission today filed charges against two former senior executives of Apple, Inc. in a matter involving improper stock option backdating. The Commission accused former General Counsel Nancy R. Heinen of participating in the fraudulent backdating of options granted to Apple's top officers that caused the company to underreport its expenses by nearly $40 million. The Commission's complaint alleges that Heinen, of Portola Valley, California, caused Apple to backdate two large options grants to senior executives of Apple — a February 2001 grant of 4.8 million options to Apple's Executive Team and a December 2001 grant of 7.5 million options to Apple Chief Executive Officer Steve Jobs — and altered company records to conceal the fraud.

The Commission also filed, and simultaneously settled, charges against former Apple Chief Financial Officer Fred D. Anderson, of Atherton, California, alleging that Anderson should have noticed Heinen's efforts to backdate the Executive Team grant but failed to take steps to ensure that Apple's financial statements were correct. As part of the settlement, Anderson agreed (without admitting or denying the allegations) to pay approximately $3.5 million in disgorgement and penalties.

According to the Commission's complaint, filed in the Northern District of California, Apple granted 4.8 million options to six members of its executive team (including Heinen and Anderson) in February 2001. Because the options were in-the-money when granted (i.e. could be exercised to purchase Apple shares at a below market price), Apple was required to report a compensation charge in its publicly-filed financial statements. The Commission alleges that, in order to avoid reporting this expense, Heinen caused Apple to backdate options to January 17, 2001, when Apple's share price was substantially lower. Heinen is also alleged to have directed her staff to prepare documents falsely indicating that Apple's Board had approved the Executive Team grant on January 17. As a result, Apple failed to record approximately $18.9 million in compensation expenses associated with the option grant. Anderson, who should have realized the implications of Heinen's actions, failed to disclose key information to Apple's auditors and neglected to ensure that the company's financial statements were accurate. Both Heinen and Anderson personally received millions of dollars in unreported compensation as a result of the backdating.

**1:07CV00407 (EGS)**

The Commission's complaint also alleges improprieties in connection with a December 2001 grant of 7.5 million options to CEO Steve Jobs. Although the options were in-the-money at that time, Heinen — as with the Executive Team grant — caused Apple to backdate the grant to October 19, 2001, when Apple's share price was lower. As a result, the Commission alleges that Heinen caused Apple to improperly fail to record $20.3 million in compensation expense associated with the in-the-money options grant. The Commission further alleges that Heinen then signed fictitious Board minutes stating that the Board had approved the grant to Jobs on October 19 at a "Special Meeting of the Board of Directors" — a meeting that, in fact, never occurred.

Heinen is charged with violating Section 17(a) of the Securities Act of 1933 and Sections 10(b), 13(b)(5), and 16(a) of the Securities Exchange Act of 1934 and Rules 10b-5, 13b2-1, 13b2-2, and 16a-3 thereunder, and Heinen is charged with aiding and abetting violations of Sections 10(b), 13(a), 13 (b)(2)(A), 13(b)(2)(B), and 14(a) of the Securities Exchange Act of 1934 and Rules 10b-5, 12b-20, 13a-1, 13a-13, and 14a-9 thereunder. The Commission is seeking injunctive relief, disgorgement, and civil money penalties against Heinen, in addition to an order barring her from serving as an officer or director of a public company.

Anderson, without admitting or denying the allegations in the Commission's complaint, has agreed to a permanent injunction from further violations of Sections 17(a)(2) and 17(a)(3) of the Securities Act of 1933 and Section 16 (a) of the Securities Exchange Act of 1934 and Rules 13b2-2 and 16a-3 thereunder, and from aiding and abetting further violations of Section 13 (a), 13(b)(2)(A), 13(b)(2)(B), and 14(a) of the Securities Exchange Act of 1934 and Rules 12b-20, 13a-1, 13a-13, and 14a-9 thereunder. Anderson also will disgorge $2,953,125 in ill-gotten gains, plus prejudgment interest of $528,107.86 and will pay a civil monetary penalty of $150,000.

➤ SEC Complaint in this matter

*http://www.sec.gov/litigation/litreleases/2007/lr20086.htm*

1:07CV00407 (EGS)

# EXHIBIT G

Home | Previous Page



**U.S. Securities and Exchange Commission**

U.S. Securities and Exchange Commission

LITIGATION RELEASE NO. 19768 / July 20, 2006

*Securities and Exchange Commission v. Gregory L. Reyes, et al.,*
**United States District Court for the Northern District of California,
Civil Action No. C-06-4435**

FOR IMMEDIATE RELEASE

SEC CHARGES FORMER BROCADE CEO, VICE PRESIDENT, AND CFO
IN STOCK OPTION BACKDATING SCHEME

*San Francisco, July 20, 2006* — The Securities and Exchange Commission
today announced the filing of civil securities fraud charges against Gregory
L. Reyes, the former CEO, President, and Chairman of Brocade
Communications Systems, Inc., and Stephanie Jensen, its former Vice
President of Human Resources, alleging that the two routinely backdated
stock option grants to give employees favorably priced options without
recording necessary compensation expenses. The action, which is among
the first cases involving manipulation of stock option grants in violation of
the federal securities laws, is the result of an 18-month investigation by the
Commission.

According to the Commission's complaint, Reyes, 43, of Saratoga, Calif.,
and Jensen, 48, of Los Altos, Calif., regularly caused Brocade to grant "in-
the-money" options (i.e., the exercise price is below the stock's market
price on the day of grant, giving the recipient an immediate paper gain) to
both new and current employees between 2000 and 2004, but backdated
documents to make it appear that the options were "at-the-money" (i.e.,
the exercise price is the same as the stock's market price on the day of the
grant) when granted, thus concealing millions of dollars in expenses from
investors. Under well-settled accounting principles applicable at the time,
options granted "at-the-money" did not need to be expensed. In contrast,
options granted "in-the-money" needed to be recorded as a compensation
expense.

The complaint alleges that Reyes repeatedly used hindsight to select a date
with a lower stock price from the recent past as the supposed option grant
date. To facilitate the scheme, Jensen created, or directed others to create,
paperwork making it appear that the options had been granted on the
earlier date. In some instances, employment offer letters and compensation
committee minutes were falsified and purported to document option grants
to employees before they had even been hired by the company. As a result
of this practice, Brocade was able to give employees "in-the-money" stock
options without having to recognize compensation expenses as required by
accounting rules. When these stock option abuses surfaced, Brocade was
required to restate and revise its financial statements for fiscal years 1999
through 2004. In January 2005, Brocade announced the following
restatements (fiscal years):

**1:07CV00407 (EGS)**

| 2004: | Net loss increased from $2 million to $32 million |
| 2003: | Net loss increased from $136 million to $147 million |
| 2002: | Income increased by $60 million to $126 million |
| 1999-2001: | Income declined by a total of $304 million |

The complaint also names Antonio Canova, Brocade's former CFO, who is alleged to have learned of the backdating after joining Brocade. According to the complaint, Canova was specifically warned in writing that option paperwork had been forged to enable an employee to get favorably priced options; he took no action and failed to advise Brocade's auditors and Audit Committee. The complaint alleges that despite this knowledge, Canova signed Brocade's false and misleading financial statements and SEC filings.

The Commission's complaint, filed in federal court in San Francisco, Calif., charges Reyes, Canova, and Jensen with fraud and other violations of the federal securities laws, including the books-and-records, internal controls, misrepresentations to auditors, and Sarbanes-Oxley certification provisions.

➤ SEC Complaint in this matter

*http://www.sec.gov/litigation/litreleases/lr19768.htm*