UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, : <br><br> Plaintiff, : <br><br> v. : <br><br> KENT H. ROBERTS, : <br><br> Defendant. : | CASE NUMBER 1:07CV00407 (EGS) |

**[PROPOSED] ORDER GRANTING DEFENDANT KENT H. ROBERTS' MOTION TO TRANSFER VENUE (28 U.S.C. SECTION 1404(a))**

WHEREAS, Defendant Kent H. Roberts has moved this Court for an order transferring venue of this action to the United States District Court for the Northern District of California;

WHEREAS, there is a pending criminal case against Defendant before the Honorable Marilyn H. Patel in the Northern District of California entitled *U.S.A. v. Roberts*, (Master File No. 07-cr-0100-MHP), filed on February 27, 2007; and

WHEREAS, the Court has fully considered the papers and oral argument, if any, submitted by counsel and finds that this action might have been brought in the Northern District of California and that the convenience of the parties and witnesses and the interests of justice would be served by transferring venue of this action;

**IT IS HEREBY ORDERED THAT:**

(1)  Defendant's motion to transfer venue is granted; and

(2)  The above-captioned action is hereby transferred to the Honorable Marilyn H. Patel of the United States District Court for the Northern District of California.

Dated: _____, 2007

_____
Emmet G. Sullivan
United States District Judge

## NAMES OF PERSONS TO BE SERVED WITH PROPOSED ORDER UPON ENTRY

PURSUANT TO Local Civil Rule of Procedure 7(k), listed below are the names and addresses of all attorneys entitled to be notified of the proposed order's entry.

William S. Freeman
COOLEY GODWARD KRONISH LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
wfreeman@cooley.com

Michael J. Klisch
COOLEY GODWARD KRONISH LLP
1200 19th Street, NW
5th Floor
Washington, DC 20036
mklisch@cooley.com

Stephen L. Cohen
SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, D.C. 20549-4030
cohens@sec.gov