UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

  v.

KENT H. ROBERTS,

    Defendant.

CASE NUMBER 1:07CV00407 (EGS)

## STIPULATION AND [PROPOSED] ORDER FOR BRIEFING SCHEDULE REGARDING MOTION TO INTERVENE AND STAY DISCOVERY

Plaintiff Securities and Exchange Commission, Defendant Kent H. Roberts and the United States of America, through their counsel, stipulate and agree upon the following briefing schedule for the United States of America's Motion to Intervene and Stay Discovery.

1. The parties have agreed that any opposition to the Motion to Intervene and Stay discovery will be due June 13, 2007 and any Reply will be due June 20, 2007.

2. The parties have agreed upon this briefing schedule in light of the fact that the schedule coincides with the briefing schedule for Defendant's Motion to Transfer Venue set by the Court's April 27, 2007 Minute Order, which states that "any motion to transfer shall be filed no later than May 21, 2007; any opposition to such motion is due no later than June 13, 2007; and any reply is due no later than June 20, 2007."

3.  The parties hereby agree and request that any hearing on the Motion to Intervene and Stay Discovery be set on the same day as any hearing for Defendant's Motion to Transfer Venue.

Dated: May 23, 2007                                Respectfully submitted,

COOLEY GODWARD KRONISH LLP
Michael J. Klisch (DC Bar No. 429711)
1200 19th Street, NW
5th Floor
Washington, DC 20036
(202) 842-7800

COOLEY GODWARD KRONISH LLP
Stephen C. Neal (CA Bar No. 170083)
William S. Freeman (CA Bar No. 82002)
Neal J. Stephens (CA Bar No. 152071)
Shannon M. Eagan (CA Bar No. 212830)
Einat Sandman (CA Bar No. 234776)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
(650) 843-5000

By:              /s/
     Michael J. Klisch (DC Bar No. 429711)

Attorneys for Defendant
KENT H. ROBERTS

Dated: May 22, 2007                                SECURITIES AND EXCHANGE
                                                    COMMISSION
                                                    100 F Street, N.E.
                                                    Washington, D.C. 20549-4030
                                                    (202) 551-4472

By:              /s/
     Stephen L. Cohen (D.C. Bar No. 450015)

Attorneys for Plaintiff
SECURITIES AND EXCHANGE
COMMISSION

Dated: May 22, 2007

SCOTT N. SCHOOLS
United States Attorney
United States Attorney's Office
Northern District of California
450 Golden Gate Avenue, 11th Floor
San Francisco, C.A. 94102
(415) 436-7200


By: _____/s/_____
   Laurel Beeler (CA Bar No. 187656)
   Timothy J. Lucey (CA Bar No. 172332)
   Assistant United States Attorneys

Attorneys for Intervener
UNITED STATES OF AMERICA

## [PROPOSED] ORDER

UPON CONSIDERATION of the Stipulation for Briefing Schedule for Motion to Intervene and Stay Discovery it is hereby ORDERED that:

1. Any opposition to the Motion to Intervene and Stay Discovery will be due June 13, 2007 and any Reply will be due June 20, 2007.

2. In the event the Court sets a hearing on the Motion to Intervene and Stay Discovery, the hearing will be held on the same day as any hearing for Defendant's Motion to Transfer Venue.


Dated: May __, 2007

                                            EMMET G. SULLIVAN
                                            United States District Judge

## NAMES OF PERSONS TO BE SERVED WITH PROPOSED ORDER UPON ENTRY

PURSUANT TO Local Civil Rule of Procedure 7(k), listed below are the names and addresses of all attorneys entitled to be notified of the proposed order's entry.

> William S. Freeman
> COOLEY GODWARD KRONISH LLP
> Five Palo Alto Square
> 3000 El Camino Real
> Palo Alto, CA 94306
>
> Mike Klisch
> COOLEY GODWARD KRONISH LLP
> 1200 19th Street, NW
> 5th Floor
> Washington, DC 20036
>
> Stephen L. Cohen
> SECURITIES AND EXCHANGE COMMISSION
> 100 F Street, N.E.
> Washington, D.C.  20549-4030
>
> Laurel Beeler
> Timothy J. Lucey
> Assistant United States Attorneys
> United States Attorney's Office
> Northern District of California
> 450 Golden Gate Avenue, 11th Floor
> San Francisco, C.A.  94102