UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, : | |
| : | |
| Plaintiff, : | |
| v. : | Case Number: 07-CV-00407 (EGS) |
| : | |
| KENT H. ROBERTS, : | |
| : | |
| Defendant. : | |

**PLAINTIFF SEC'S RESPONSE TO UNITED STATES'
MOTION TO INTERVENE AND STAY DISCOVERY**

Plaintiff Securities and Exchange Commission does not oppose the United States' Motion to Intervene and to Stay Discovery, pending resolution of the criminal proceeding captioned <u>United States v. Kent H. Roberts</u>, Case No. CR 07-0100 MHP (N.D. Cal.).

Dated: June 13, 2007                             Respectfully submitted,


                                                 _____/s/_____
Of counsel:                                      Stephen L. Cohen (D.C. Bar No. 478601)
Yuri B. Zelinsky                                 Paul G. Lane (D.C. Bar #428821)
Lawrence C. Renbaum
                                                 Attorneys for Plaintiff
                                                 Securities and Exchange Commission
                                                 100 F Street, N.E.
                                                 Washington, DC 20549-4030
                                                 Telephone: (202) 551-4472 (Cohen)
                                                 Facsimile:  (202) 772-9245 (Cohen)