UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) ) ) ) Plaintiff, ) ) v. ) ) KENT H. ROBERTS, ) ) Defendant. ) ) | Civil Action No. 07-407 (EGS) |

### ORDER

For the reasons stated in the Memorandum Opinion issued this same day, it is by the Court hereby

**ORDERED** that Defendant's Motion to Transfer is **GRANTED**; and it is

**FURTHER ORDERED** that United States' Motion to Intervene and to Stay Discovery is **DENIED without prejudice**; and it is

**FURTHER ORDERED** that this case is **TRANSFERRED** to the United States District Court for the Northern District of California.

**SO ORDERED.**

**Signed:    Emmet G. Sullivan
            United States District Judge
            July 10, 2007**